IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Civil. No. 2:20-cv-01971-JHE |
| STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| DEFENDANTS. | ) | |

## **REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the Defendants:

- Governor Kay Ivey, 600 Dexter Avenue, Montgomery, AL 36130

- Attorney General Steve Marshall, Attorney General's Office, State of Alabama, 501 Washington Avenue, Montgomery, AL 36104

- Commissioner Jefferson S. Dunn, Alabama Department of Corrections, 301 South Ripley Street, Montgomery, Alabama 36130-1501

- Carrie McCollum, Alabama Department of Corrections, 301 South Ripley Street, Montgomery, Alabama 36130-1501

- William R. Lunsford, Maynard Cooper & Gale, 655 Gallatin Street SW, Huntsville, AL 35801

by certified mail pursuant to Alabama Rule of Civil Procedure 4(i)(2) and Federal

Rule of Civil Procedure 4.

Dated December 10, 2020.

        /s/ Carla C. Ward
        CARLA C. WARD
        Assistant United States Attorney
        United States Attorney's Office
        Northern District of Alabama
        1801 Fourth Avenue North
        Birmingham, Alabama 35203
        (205) 244-2185
        (205) 244-2181 (fax)
        carla.ward@usdoj.gov