# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| United States of America | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: 2:20-cv-01971-JHE |
| State of Alabama and Alabama Department | ) | |
| of Corrections | ) | |
| Defendant. | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*   Defendant Alabama Department of Corrections
c/o Commissioner Jefferson S. Dunn
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130-1501

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Carla C. Ward
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: December 10, 2020

SHARON N. HARRIS, CLERK
By: *[signature: Angela Day]*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| United States of America | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** 2:20-cv-01971-JHE |
| State of Alabama and Alabama Department | ) | |
| of Corrections | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*   Defendant Alabama Department of Corrections
c/o William R. Lunsford
Maynard Cooper & Gale
655 Gallatin Street SW
Huntsville, AL 35801

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Carla C. Ward
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: December 10, 2020

SHARON N. HARRIS, CLERK

By: *Angela Day*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| United States of America | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** 2:20-cv-01971-JHE |
| State of Alabama and Alabama Department | ) | |
| of Corrections | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)   Defendant Alabama Department of Corrections
c/o Carrie McCollum
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130-1501

NOTE: A separate summons must be
prepared for each defendant.


A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Carla C. Ward
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.


DATE: December 10, 2020

SHARON N. HARRIS, CLERK

By: *Angela Day*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)


NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| United States of America | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: 2:20-cv-01971-JHE |
| State of Alabama and Alabama Department | ) | |
| of Corrections | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*   Defendant State of Alabama
c/o Attorney General Steve Marshall
Attorney General's Office
State of Alabama
501 Washington Avenue
Montgomery, AL 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Carla C. Ward
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: December 10, 2020

SHARON N. HARRIS, CLERK

By: *Angela Day*

SEE REVERSE SIDE FOR RETURN         Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| United States of America | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: 2:20-cv-01971-JHE |
| State of Alabama and Alabama Department of Corrections | ) ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Defendant State of Alabama
c/o Governor Kay Ivey
600 Dexter Avenue
Montgomery, Alabama 36130

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Carla C. Ward
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: December 10, 2020

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Angela Day*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203