IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civil. No. 2:20-cv-01971-JHE |
| ) | |
| STATE OF ALABAMA and ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**DECLARATION OF CERTIFIED MAILING
OF PROCESS AND COMPLAINT[1]**

In accordance with Federal Rule of Civil Procedure 4(j)(2)(B) and Alabama Rule of Civil Procedure 4(i)(2), I submit this Declaration. On December 10, 2020, I personally provided copies of the summons and the complaint in this action to the Clerk of Court and requested that the following officials or individuals be served by Certified U.S. Mail:

---

[1] Alabama Rule of Civil Procedure 4 states that "[u]pon mailing, the attorney or party shall immediately file with the court an 'Affidavit of Certified Mailing of Process and Complaint.' That affidavit shall verify that a filed copy of the process and complaint or other document to be served has been mailed by certified mail in accordance with this rule."

1

- Defendant State of Alabama, c/o Governor Kay Ivey, 600 Dexter Avenue, Montgomery, AL 36130

- Defendant State of Alabama, c/o Attorney General Steve Marshall, Attorney General's Office, State of Alabama, 501 Washington Avenue, Montgomery, AL 36104

- Defendant Alabama Department of Corrections, c/o Commissioner Jefferson S. Dunn, Alabama Department of Corrections, 301 South Ripley Street, Montgomery, Alabama 36130-1501

- Defendant Alabama Department of Corrections, c/o Carrie McCollum, Alabama Department of Corrections, 301 South Ripley Street, Montgomery, Alabama 36130-1501

- Defendant Alabama Department of Corrections, c/o William R. Lunsford, Maynard Cooper & Gale, 655 Gallatin Street SW, Huntsville, AL 35801

The certified mailing included instructions to forward, return receipt requested, to the Civil Clerk of the U.S. District Court for the Northern District of Alabama, with instructions to the delivering postal employee to show to whom delivered, date of delivery, and address where delivered. The return receipt identified the case number of the case in which the pleading has been filed.

I declare this under penalty of perjury that the foregoing information is true and correct.

Executed on December 10, 2020.

/s/ Carla C. Ward
CARLA C. WARD
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
(205) 244-2181 (fax)
carla.ward@usdoj.gov