IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civil. No. 2:20-cv-01971-JHE |
| ) | |
| STATE OF ALABAMA and ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**JOINT MOTION SEEKING ORDER CLARIFYING DUE DATE FOR DEFENDANTS' RESPONSE TO COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b), Plaintiff United States of America ("Plaintiff") and Defendants State of Alabama and Alabama Department of Corrections (collectively, "the State") have consulted in good faith and move jointly for an order clarifying that the time for the State to respond to Plaintiff's Complaint (Doc. No. 1) is February 15, 2021.

On December 9, 2020, the United States issued summonses by certified mail on the State. Subsequently, the Parties agreed to pursue the waiver of formal service of process, thus providing the State with additional time (60 days) to respond to the Complaint. On December 17, 2020, the United States served

1

waivers of service on the State. Before the waivers were filed with the Court specifying that the State had until February 15, 2021 to respond to the Complaint, a certified mail receipt confirming service on Defendant State of Alabama was returned to the Civil Clerk for the Northern District of Alabama. A docket entry was then entered specifying that the State of Alabama had only 30 days, until January 7, 2021, to respond to the Complaint. *See* Doc. No. 9.

      To avoid any uncertainty related to the State's (both State of Alabama and Alabama Department of Corrections) deadline to respond to the Complaint, the parties respectfully request that the Court order that the State's (again, both State of Alabama's and Alabama Department of Corrections') response to the Complaint is due on or before February 15, 2021.

Dated January 6, 2021

FOR THE UNITED STATES OF AMERICA:

/s/ Carla C. Ward
CARLA C. WARD
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
(205) 244-2181 (fax)
carla.ward@usdoj.gov

FOR THE STATE OF ALABAMA AND ALABAMA DEPARTMENT OF CORRECTIONS:

/s/ William R. Lunsford
William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
MAYNARD, COOPER & GALE, PC
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
(256) 551-0171
(256) 512-0119 (fax)
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com

Carrie Shaw
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
(334) 353-3884
(334) 353-3891 (fax)
carrie.shaw@doc.alabama.gov