IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br><br>STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | CIVIL ACTION NO.<br>2:20-cv-01971-RDP<br><br>JOINT |

**JOINT MOTION TO STAY RULE 26 INITIAL CONFERENCE**

The Parties to this action seek a four week stay of all pretrial scheduling and discovery obligations, including the Rule 26 scheduling conference, to permit the Parties to assess the possibility of resolving this action through a mediated agreement. Currently, the deadline for the Parties' Rule 26 scheduling conference is February 26, 2021. (Doc. 18, ¶ 1). Rather than discussing the form and scope of discovery, the Parties seek a brief stay to see if they can amicably resolve the claims and issues in this action with an experienced mediator, U.S. Magistrate Judge John Ott. Therefore, the Parties respectfully move this Court, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, to issue an order staying all pretrial scheduling and discovery obligations, including the deadline for the Rule 26 scheduling conference, until March 26, 2021. **The Parties will continue to abide by the scheduling order, dated February 17, 2021, related to the State's motion to dismiss.** (Doc. 22).[1]

---

[1] Nothing in this Joint Motion to Stay is intended to preclude or will preclude any Party from seeking or opposing any future motion to stay all or any portion of this action.

1

Date:  February 25, 2021

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

| | |
|---|---|
| PAMELA S. KARLAN<br>Principal Deputy Assistant Attorney General | WILLIAM R. CHAMBERS<br>Acting United States Attorney |
| STEPHEN H. ROSENBAUM<br>Chief | LANE H. WOODKE<br>Chief, Civil Division |
| KERRY DEAN<br>Deputy Chief | JASON R. CHEEK<br>Deputy Civil Chief |
| | */s Carla C. Ward* |
| DEENA FOX<br>GEORGE EPPSTEINER<br>CURTIS HARRIS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>(202) 258-3036<br>kerry.k.dean@usdoj.gov | CARLA C. WARD<br>Assistant United States Attorney<br>United States Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>(205) 244-2185<br>car1a.ward@usdoj.gov |

FOR STATE OF ALABAMA AND ALABAMA DEPARTMENT OF CORRECTIONS:

**/s/ Matthew B. Reeves**
William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s Carla C. Ward**
CARLA C. WARD
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
car1a.ward@usdoj.gov