IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> v. <br><br> STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS, <br><br> Defendants. | CASE NO. 2:20-cv-01971-RDP |

**<u>JOINT REQUEST FOR SCHEDULING CONFERENCE</u>**

Pursuant to this Court's original order setting a scheduling conference "to discuss all pending discovery disputes and reports filed pursuant to the court's previous orders," Doc. 50, the United States, State of Alabama, and Alabama Department of Corrections ("the Parties") request this Court to reset its scheduling conference. In support thereof, the Parties state as follows:

1. The Court entered an Order on July 19, 2021, setting a scheduling conference for August 5, 2021. (Doc. 50).

2. The State filed its Unopposed Motion to Continue Rule 16(b) Scheduling Conference on July 21, 2021. (Doc. 51).

3. The Court entered an Order canceling the scheduling conference on July 23, 2021. (Doc. 52).

4. The Parties[1] request that the Court set a new scheduling conference at its convenience to address those items from the Court's original Order Setting Rule 16(b) Scheduling Conference. (Doc. 50). The Parties appreciate the Court's consideration in this matter.

Date: August 30, 2021.

Respectfully submitted,

FOR THE UNITED STATES:

| | |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General | WILLIAM R. CHAMBERS<br>Acting United States Attorney |
| STEPHEN H. ROSENBAUM<br>Chief | LANE H. WOODKE<br>Chief, Civil Division |
| KERRY KRENTLER DEAN<br>Deputy Chief | JASON R. CHEEK<br>Deputy Civil Chief |
| GEORGE EPPSTEINER<br>MATTHEW DONNELLY<br>CURTIS HARRIS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>(202) 258-3036<br>kerry.k.dean@usdoj.gov | */s/ Carla C. Ward*<br>CARLA C. WARD<br>Assistant United States Attorney<br>United States Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>(205) 244-2185<br>car1a.ward@usdoj.gov |

---

[1] The United States conferred with the Plaintiffs in *Duke v. Dunn*, Civil No. 4:14-cv-01952-RDP, and *D.S. v Dunn*, Civil No. 2:20-cv-2012-RDP, and the Plaintiffs in those cases do not object to the Court setting a consolidated scheduling conference, similar to the Court's original order setting a scheduling conference. (Doc. 50).

FOR THE STATE:

/s/ *Matthew B. Reeves*
William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ *Carla C. Ward*
CARLA C. WARD
Attorney for the United States
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
car1a.ward@usdoj.gov