FILED
2021 Oct-08 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| | } |
|     **Plaintiff,** | } |
| | } |
| v. | }  Case No.: 2:20-CV-01971-RDP |
| | } |
| **STATE OF ALABAMA, et al.,** | } |
| | } |
|     **Defendants.** | } |

## ORDER

In accordance with the Memorandum Opinion entered this day, Defendants' Motion for Partial Dismissal (Doc. # 38) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff **SHALL** replead the Amended Complaint to cure its deficiencies as a shotgun pleading. However, Defendants' requests for the court to dismiss allegations predicated on understaffing, to recognize a heightened pleading standard for the CRIPA action, and to review the Attorney General's certification of the action are **DENIED**. Plaintiff **SHALL** file its Second Amended Complaint within forty-five (45) days from the date on which this order is entered. Defendants **SHALL** respond to the amended pleading within thirty (30) days.

    **DONE** and **ORDERED** this October 8, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE