Case 3:20-cv-01971-RDP   Document 85-4   Filed 05/13/22   Page 1 of 2
Case 3:12-cv-00138-AC   Document 259   Filed 10/02/14   Page 1 of 2

FILED
2022 May-13 PM 05:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Exhibit D**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PAULA LANE, *et al*,

      Plaintiffs,

  v.

JOHN KITZHABER, Governor of the State of Oregon, *et al*,

      Defendants.

Case No. 3:12-cv-00138 -ST

ORDER

STEWART, Magistrate Judge:

This court, having considered the parties' submissions and argument on Defendants' Motion to Stay (docket #237), denies a one-year stay and set-over, but grants defendants' alternative oral motion for a four-month set-over of the case schedule and imposes the following new case schedule and deadlines:

| **Event** | **Deadline** |
| --- | --- |
| Motions to amend | 2/2/2015 |
| Fact discovery completed | 2/2/2015 |
| Fact cut-off date for dispositive motions *with exception for good cause shown* | 2/2/2015 |
| Expert designations | 2/9/2015 |
| Expert reports | 4/1/2015 |

1 –ORDER

| | |
|---|---|
| Expert rebuttal reports | 5/12/2015 |
| Trial evidentiary cut-off date<br>    *with exception for good cause shown* | 7/6/2015 |
| Expert discovery completed | 7/6/2015 |
| Summary judgment motion | 7/27/2015 |
| Summary judgment response | 8/24/2015 |
| Summary judgment reply | 9/15/2015 |
| Oral argument on summary judgment | Monday, 9/21/2015 at 1:30 pm |
| Pretrial motions and submissions | 10/19/2015 |
| Objections to Pretrial submissions<br>    *Please see Court Trial Management Order*<br>    *for details submission/objection requirements* | 11/2/2015 |
| Pretrial Conference | Tuesday, 11/17/2015 at 9:30 am |
| Court Trial (up to 4 weeks) | Tuesday, 12/1/2015 |

Following the fact and evidentiary cut-off deadlines, all parties shall provide supplemental discovery responses as required under FRCP 26(e). In response to supplemental discovery responses, up to 5 additional fact depositions per side may be taken through November 24, 2015. Any previously designated expert who intends to supplement his or her report or deposition testimony must do so within 30 days of learning information that materially impacts his or her opinion and/or testimony, but in no event later than November 24, 2015. *No additional depositions of experts who supplement his or her report or deposition testimony will be allowed.*

    DATED October 2, 2014.

                                                      s/ Janice M. Stewart
                                                      Janice M. Stewart
                                                      United States Magistrate Judge

2 –ORDER