# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:20-cv-01971-RDP |
| } | |
| STATE OF ALABAMA, et al., } | |
| } | |
| Defendants. } | |

## ORDER

On May 13, 2022, the Special Master filed his Report and Recommendation. (Doc. # 85). In the Report, the Special Master recommends that the court impose an evidentiary fact cutoff date simultaneous with the discovery deadline. (Doc. # 85 at 16). Defendants objected to the Special Master's Report and Recommendation, and the parties fully briefed the objection. (Docs. # 86, 88, 89).

After *de novo* review of the Report, briefs, and attached exhibits, the court **ADOPTS** the Report of the Special Master and further **ACCEPTS** the recommendation of the Special Master. The court **ORDERS** that any evidence created after the discovery deadline imposed in the Scheduling Order (Doc. # 84), or otherwise not disclosed before that date, may not be presented or considered at trial; provided, however, that any party **MAY** present such evidence if the party can show *good cause* for its untimely disclosure.

**DONE** and **ORDERED** this July 12, 2022.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE