FILED
2022 Oct-14 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STATE OF ALABAMA, and ALABAMA<br>DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:20-cv-01971-RDP<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DEBORAH CROOK

I, DEBORAH CROOK, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, and declare that the statements made below are true, and state as follows:

1.      My name is Deborah Crook. I am an individual over the age of nineteen (19) years and I have personal knowledge of the information contained in this Declaration.

2.      I am currently employed as the Deputy Commissioner, Office of Health Services ("Deputy Commissioner"), for the Alabama Department of Corrections ("ADOC") and have been employed in this position since May 16, 2021. I served as Interim Deputy Commissioner from February 1, 2021 to May 16, 2021. Immediately prior to serving as Interim Deputy Commissioner, I served as ADOC's Director of Mental Health Services, assuming that position in November 2019. As Deputy Commissioner, I provide administrative oversight of ADOC's Office of Health Services ("OHS") and the healthcare services provided by Wexford Health Sources, Inc. ("Wexford") for the inmates in ADOC's custody. Wexford serves as the vendor contracted with ADOC to provide such healthcare services.

3. I received and reviewed copies of the Amended Motion for Leave to Intervene, along with the accompanying Complaint in Intervention and Application for a Temporary Restraining Order and Preliminary Injunction filed on October 7, 2022. (the "Amended Motion," Doc. Nos. 99, 99-1, and 99-2). It is my understanding the Court directed the State of Alabama and ADOC (collectively, the "State") to respond to the Amended Motion by October 14, 2022. (Doc. No. 100). My understanding is the Amended Motion alleges that ADOC deprived the purported intervenors "of a healthy caloric intake, and, in some cases their prescribed medications and medical equipment." (Doc. No. 99-1 at ¶ 2). The allegations that ADOC is retaliating against inmates due to the inmate labor strike by depriving them of food, refusing their prescribed medications, and confiscating their medical equipment are absolutely false and I deny them entirely.

4. I am familiar with the on-going inmate strike and ADOC's response with regard to adjusting the feeding schedule during the work stoppage. In response, I developed and disseminated protocols for meals during the inmate strike to comply with OHS' Diet Manual to the wardens at each facility.

5. With regard to the allegations outlined in the Amended Motion, ADOC and Wexford provide a grievance process to all ADOC inmates for any grievances related to medical and mental healthcare. To request medical and/or mental health services, inmates must first submit a sick call request form. Upon submission of the sick call request form, the medical or mental health providers see the inmates to determine their needs for treatment. If an inmate disagrees with the treatment or determination, the inmate must submit a grievance form to allow Wexford to correct any deficiencies in their treatment. The grievance process available to inmates addresses the types of allegations made in the Amended Motion.

6. Upon arriving at any ADOC facility, ADOC notifies inmates of the procedures and processes for obtaining medical care and prescribed medications. The Health Care Units within ADOC facilities generally rely upon the same procedures for obtaining emergency and non-emergency medical treatment (i.e. sick call), conducting chronic care clinics, medication administration, segregation sick call and the like, including an inmate's invocation of and participation in a grievance process. As part of the medical staff's inmate orientation, inmates, including the purported intervening inmates, receive a form entitled "ACCESS TO HEALTHCARE SERVICES" which also provides a detailed explanation of the grievance process.

7. When an inmate develops a non-emergency medical or health problem and/or complaint at any of ADOC's facilities, an inmate may submit a sick call request form to bring this problem or complaint to the attention of the medical staff and/or request medical treatment. The inmates utilize the well-known sick call request process throughout all ADOC facilities on a daily basis. In the "ACCESS TO HEALTHCARE SERVICES" form, ADOC provides inmates a complete description of the sick call process. For inmates housed in general population areas, ADOC makes sick call request forms available at the Health Care Unit and at various locations throughout the facility.

8. An inmate making a sick call request must complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature). The inmate then submits the sick call request form by placing it in one of the locked boxes located throughout the facility. Medical staff remove sick call request forms from the locked box each morning, bring them to the Health Care Unit, and mark them as received by the medical records clerk or a nurse at that time.

9. Upon triage of sick call request forms, the sick call request forms, the medical staff compiles a list of inmates who submitted sick call requests and provides the list to the ADOC officer assigned to the Health Care Unit. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints. The nurse conducting sick call takes inmates' vital signs and either: (1) provides an inmate with medical treatment that the nurse can provide under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at the facility. If an inmate submits more than one sick call request form on the same day, the nurse will only fill in the intake information on one (1) sick call request form regarding the inmate's subjective complaints, objective vital signs, assessment and plan.

10. The inmates know well that this grievance procedure exists as indicated by the fact that the medical staff at ADOC's facilities receive inmate requests and/or inmate grievances on a daily basis. The physicians, nurse practitioners, nurses, and other medical personnel at the facilities attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.

11. A submitted sick call request form that the medical staff does not complete indicates that an inmate failed to report when summoned to sick call. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately request that ADOC correctional staff bring the inmate to the Health Care Unit for medical treatment, and the inmate will not be required to wait until sick call begins.

12. As set forth in the "ACCESS TO HEALTHCARE SERVICES" form, inmates receive prescribed medication through the process commonly referred to as "pill call." During pill call, inmates line up outside of the pill call windows outside of the Health Care Unit. When an inmate arrives at the pill call window, he provides a member of the medical staff who is standing

on the other side of the pill call window with his ADOC-issued identification badge. The medical staff member then retrieves the inmate's medication and provides it to the inmate in a small cup. The inmate must immediately take the medication in front of the medical staff member.

13. As the pill call process progresses, the medical staff conducting the pill call records the disbursement of medication on forms known as "Medication Administration Records" or E-MARs, which they maintain electronically. If an inmate does not report to pill call to retrieve his medication, they will receive a "missed" designation.

14. In addition to the pill call process, ADOC permits some inmates to maintain their prescription medications on their person and administer this medication without oversight from the medical staff. This process, known as "KOP" or "Keep on Person" medication administration, constitutes a more efficient and sometimes more effective medication administration process. ADOC does not permit administration of certain medications, such as narcotics and certain psychotropic medications, through the KOP program. When ADOC enrolls an inmate in the KOP program, he or she must consent to such enrollment and Wexford notifies the inmate of the specifics of the process. Through the KOP program, inmates receive blister packs containing their medication. These blister packs of medication provide explicit directions as to the order in which the medications should be taken and that when the inmates reach a certain number of remaining pills, i.e. when an inmate reaches the "re-order" row on the blister pack, he should notify the medical staff that his medication requires reordering. In short, inmates enrolled in the KOP program are personally responsible for taking their medication as prescribed and notifying the medical staff at the facility when those medications require re-ordering.

15. An inmate initiates the grievance process by submitting a Medical Grievance form to the HSA through the institutional mail system. After reviewing the Medical Grievance, the

HSA provides a written response within approximately ten (10) days of receipt of the Inmate Grievance. The HSA encourages inmates who have complaints about the medical care they sought or received within the facilities to utilize this grievance process. The HSA provides the written response to a Medical Grievance on the bottom portion of the same form containing an inmate's Medical Grievance in the "Response" section. Below the "Response" section, the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A <u>GRIEVANCE APPEAL</u> FORM FROM THE HEALTH SERVICES ADMINISTRATOR. RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE SEGREGATION SICK CALL NURSE ON ROUNDS.

16. As stated in the Medical Grievance forms, the second step of the grievance process involves the submission of a formal Medical Grievance Appeal, at which time the HSA may bring in the inmate for one-on-one communication with the medical staff, the Director of Nursing ("<u>DON</u>") or me. The health services provider, Wexford, provides a written response to a formal Medical Grievance Appeal within approximately ten (10) days of receipt and returns a copy of the completed forms to the inmate. Inmates may obtain Medical Grievance and Medical Grievance Appeal forms from the Health Care Unit and the correctional shift commander office at the facilities. Inmates must place completed Medical Grievance and Medical Grievance Appeal forms in the sick call boxes.

17. The only grievance submitted by any of the putative intervenors arises out of Fountain Correctional Facility and bears a date of October 4, 2022 (<u>i.e.</u>, four (4) days after the filing of the original motion to intervene).

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Date: October 14, 2022.

_Deborah Crook_
Deborah Crook