IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALABAMA and ) <br> ALABAMA DEPARTMENT OF ) <br> CORRECTIONS, ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | Civil. No. 2:20-cv-01971-RDP |

**Notice of Appearance**
**Suggestion of Mootness**
**And**
**Comment Regarding Briefing**

Frank Ozment hereby appears on behalf of Billy Crowe, putative intervenor in this matter.

The undersigned notes the Alabama Department of Corrections has resumed feeding inmates on the schedule and diet used prior to September 26, 2022, when the inmates stopped work, as the inmates have now resumed work. It is believed the ADOC has also returned confiscated medical equipment (C-PAP machines), although this has not yet been confirmed. Thus, Counts I, II, and III of the proffered complaint in intervention (Doc. 99-1) are moot and any complaint in intervention allowed by the Court would be revised accordingly before it was filed.

1

Finally, Crowe offers to submit a brief reply to the existing parties' opposition to intervention, in the event the Court believes a reply would be helpful. Crowe very respectfully submits, without meaning to impugn the sincerity of opposing counsel, that the points advanced in opposition to the motion to intervene plainly lack merit, except to the extent they acknowledge that a decision in this case will not bind Crowe or others in other cases. .

                Respectfully submitted,

                */s/ Frank Ozment*
                Counsel to Billy Crow

I hereby certify that I have filed this document by means of this Court's electronic filing system on October 24th, 2022, such that the document has been served on all counsel of record contemporaneously.

                */s/ Frank Ozment*