**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| **v.** | ) ) ) |
| **STATE OF ALABAMA, and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) ) ) ) | **CASE NO. 2:20-CV-01971-RDP**
| **Defendants.** | ) ) |

## NOTICE OF APPEARANCE

Please take notice that Lynette E. Potter, with Maynard, Cooper & Gale, P.C., hereby enters an appearance as counsel for Defendants the State of Alabama and the Alabama Department of Corrections (collectively the "State") in the above-styled action.

Dated: November 18, 2022

/s/ Lynette E. Potter
*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
La Keisha W. Butler
M. Landon Whatley
Lynette E. Potter
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801

Telephone: (256) 551-0171<br>
Facsimile: (256) 512-0119<br>
blunsford@maynardcooper.com<br>
mreeves@maynardcooper.com<br>
lbutler@maynardcooper.com<br>
lwhatley@maynardcooper.com<br>
lepotter@maynardcooper.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following, via email and/or U.S. Mail, first-class postage prepaid and properly addressed, on this the 18th of November, 2022.

Carla Ward
Jason R. Cheek
Lane H. Woodke
William R. Chambers, Jr.
Praveen Krishna
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile:  (205) 244-2181
Carla.Ward@usdoj.gov
Jason.Cheek@usdoj.gov
Lane.Woodke@usdoj.gov
Will.Chambers@usdoj.gov
Praveen.Krishna@usdoj.gov

Eric S. Dreiband
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1801 L Street NW
Washington, DC 20507
(202) 663-4900

*Attorneys for Plaintiff*

Curtis Harris
Deena Fox
George Eppsteiner
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
150 M Street NE
Washington, DC 20004
Telephone: (202) 305-1361
Curtis.Harris@crt.usdoj.gov
Deena.Fox@usdoj.gov
George.Epsteiner@usdoj.gov
Natasha-Eileen.Ulate@usdoj.gov

Steven H. Rosenbaum
Kerry K. Dean
Matthew J. Donnelly
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
Kerry.K.Dean@usdoj.gov
Matthew.Donnelly@usdoj.gov

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130

Telephone: (334) 353-3857
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

/s/ *Lynette E. Potter*
*One of the Attorneys for the State*