IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALABAMA, and ALABAMA DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:20-CV-01971-RDP |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned, William R. Lunsford, attorney for Defendants the Alabama Department of Corrections ("ADOC") and the State of Alabama ("Alabama" and, together with ADOC, the "State") in the above-styled action hereby submits this Notice of Change of Address. The new address will be as follows:

William R. Lunsford<br>
Butler Snow LLP<br>
200 West Side Square, Suite 100<br>
Huntsville, Alabama 35801<br>
bill.lunsford@butlersnow.com

Dated: April 7, 2023

/s/ *William R. Lunsford*
William R. Lunsford

*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801

Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com

Mary-Coleman Roberts
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130
Telephone: (334) 353-3857
marycoleman.roberts@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 7th day of April, 2023:

Carla Ward
Jason R. Cheek
Lane H. Woodke
William R. Chambers, Jr.
Praveen Krishna
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile: (205) 244-2181
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
lane.woodke@usdoj.gov
will.chambers@usdoj.gov
praveen.krishna@usdoj.gov

Kerry K. Dean
Matthew J. Donnelly
Steven Rosenbaum
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
kerry.k.dean@usdoj.gov
matthew.donnelly@usdoj.gov
Steven.rosenbaum@usdoj.gov

George Eppsteiner
Deena Fox
Curtis Harris
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
150 M Street NE
Washington, DC 20004
Telephone: (202) 305-1361
george.eppsteiner@usdoj.gov
deena.fox@usdoj.gov
curtis.harris@usdoj.gov
natasha-eileen.ulate@usdoj.gov

Eric S. Dreiband
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1801 L Street NW
Washington, DC 20507
(202) 663-4900

       /s/ *William R. Lunsford*
       Of Counsel