IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:20-cv-01971-RDP |
| | ) |
| STATE OF ALABAMA and ALABAMA | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

### AMENDED JOINT REPORT REGARDING DEPOSITION OF NON-PARTY ROBERT COUNCIL

The State of Alabama ("Alabama") and Alabama Department of Corrections ("ADOC," and together with Alabama, the "State") and non-party Robert Council ("Council" and together with the State, the "Parties") hereby submit this Amended Joint Report in response to the Court's January 12, 2024, Order regarding Council's deposition. (Doc. No. 144). The Parties provide amended information to the Court as indicated in bold letters. The Parties state as follows:

1. After conferring on a proposed deposition schedule for the State's remaining depositions in this action, the State confirmed several depositions for inmates incarcerated at Limestone Correctional Facility **with Plaintiff United States of America ("Plaintiff") on January 8, 2024**. **Plaintiff additionally requested a conference with the Special Master regarding a global deposition schedule.** The State thereafter issued a deposition subpoena to Council, setting his deposition for January 17, 2024.

2. Council's counsel contacted counsel for the State requesting to reschedule Council's deposition. **The State informed Council's counsel that due to the pending discovery deadline of March 29, 2024, the State not having confirmed dates from Plaintiff for the remaining forty-four (44) inmate depositions, and the pending conference with the Special**

**Master, the State was not in a position at that time to agree to a** rescheduled date for Council's deposition.

3. **Council's counsel contacted counsel for Plaintiff on January 9, 2024 and Plaintiff's counsel informed them that Plaintiff had no objection to rescheduling Council's deposition at a later date before the March 29, 2024 discovery deadline.**

4. Council filed a Motion to Modify and/or to Quash the State's Subpoena for Deposition Testimony and Production of Documents on January 11, 2024. (Doc. No. 143).

5. Following the meet and confer with the Special Master on January 11, 2024, the State contacted Council's counsel and agreed to coordinate a new date for Council's deposition to permit time for Council to review potentially responsive documents to the subpoena and meet with counsel.

6. Council's counsel and the State will work to reschedule his deposition prior to the March 29, 2024, discovery deadline.

7. On January 15, 2024, Council's counsel informed counsel for the State they must review Council's documents prior to confirming no remaining disputes remain regarding the State's subpoena. Council requests three (3) weeks to provide the Court with a final joint report as to any disputes.

8. Council's counsel is in communication with the warden's secretary at Limestone and plans to receive the documents in Council's possession (which they estimate total 2,000 pages). **Council's counsel was unable to visit Council at Limestone on January 18, 2024, due to inclement weather but is working to reschedule a visit to Limestone.** Council's counsel believes that three (3) weeks, until February 9, 2024, should provide sufficient time to review the

documents, determine what is responsive, discuss any issues with the State, and provide the Court with a final joint report.

Dated: January 19, 2024.

*/s/ William R. Lunsford*
William R. Lunsford

*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
Kenneth S. Steely
Clifford Z. Stafford
Daniel J. Chism
Lindan J. Hill
Carson T. Perreault
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
daniel.chism@butlersnow.com
lindan.hill@butlersnow.com
carson.perreault@butlersnow.com

Keith J. Fernandez
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com

*/s/ Andrew Menefee*
Andrew Menefee

Andrew Menefee
**MENEFEE LAW**
Alabama Bar No. 1529W23S
*Pro Hac Vice* forthcoming
1601 Connecticut Ave NW
Washington D.C., 20036
Telephone: (202) 381-0143
amenefee@menefee-law.com

John P. Batson
**LAW OFFICE OF JOHN BATSON**
Georgia Bar No. 042150
*Pro Hac Vice* forthcoming
1104 Milledge Road
Augusta, GA 30904
Telephone: (706) 737-4040
jpbatson@aol.com

Sumayya Saleh
**CIVIL RIGHTS CORPS**
D.C. Bar No. 1743427
*Pro Hac Vice* forthcoming
1601 Connecticut Avenue, NW
Washington, DC 20009
Telephone: (202) 844-4975
sumayya@civilrightscorps.org

*Attorneys for Nonparty Robert Council*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by electronic mail on this 19th day of January, 2024:

Carla Ward
Jason R. Cheek
William R. Chambers, Jr.
Praveen Krishna
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile: (205) 244-2181
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
will.chambers@usdoj.gov
praveen.krishna@usdoj.gov

Kerry K. Dean
Matthew J. Donnelly
Steven Rosenbaum
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
kerry.k.dean@usdoj.gov
matthew.donnelly@usdoj.gov
steven.rosenbaum@usdoj.gov

George Eppsteiner
Deena Fox
Curtis Harris
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
150 M Street NE
Washington, DC 20004
Telephone: (202) 305-1361
george.eppsteiner@usdoj.gov
deena.fox@usdoj.gov
curtis.harris@usdoj.gov
natasha-eileen.ulate@usdoj.gov

          /s/ *William R. Lunsford*
          Of Counsel