# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | Civil Action No. 2:20-cv-01971-RDP |
| **v.** ) | |
| ) | **OPPOSED** |
| **STATE OF ALABAMA and ALABAMA** ) | |
| **DEPARTMENT OF CORRECTIONS,** ) | |
| ) | |
| **Defendants.** | |

### THE STATE'S MOTION TO COMPEL DEPOSITION TESTIMONY OF NON-PARTY ROBERT COUNCIL (AIS # 181418)

The State of Alabama ("Alabama") and Alabama Department of Corrections ("ADOC," and together with Alabama, the "State") pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, hereby move the Court to compel the deposition testimony of non-party inmate Robert Council ("Council") and for an award of costs and attorney's fees accrued in bringing this motion. Prior to this filing, Counsel for the State communicated with Counsel for Plaintiff and Plaintiff indicated they oppose this Motion (the "Motion"). Counsel for Plaintiff provided no further information on the basis of their opposition.

In support of the State's Motion to Compel, as set forth in the attached exhibits and the accompanying memorandum in support, the State properly noticed Council's deposition, Council appeared for, but refused to participate in, the deposition, and Council improperly terminated the deposition. In support of this motion the State shows as follows:

1.     Council is an inmate currently in the custody of ADOC and incarcerated at Limestone Correctional Facility ("Limestone").

2. The State sought testimony from Council regarding his relevant, personal knowledge and experiences during his incarceration within the ADOC system, which constitutes an issue in this action.

3. The State properly served a Subpoena and Notice of Deposition (the "Subpoena") on April 1, 2024, commanding Council's presence to testify at a deposition to be taken at Limestone on April 2, 2024, at 9:00 am.

4. Prior to the deposition, Council did not move for a protective order, or notify the State's counsel any conflict or objections to appearing at the deposition or providing testimony in accordance with the Subpoena.

5. On April 2, 2024, Council refused to participate in the deposition, despite receiving a duly served subpoena. Council's only reason for refusing "I am not a party. I am not a witness. I have no participation whatsoever in the DOJ versus the State of Alabama." Council failed to provide any good cause for his refusal to participate in the deposition.

6. At the time of Council's refusal, the State made all reasonable efforts to resolve Council's issue, but he refused to submit to a deposition without cause.

7. The State incurred significant costs and attorney's fees related to travel to Limestone and in drafting this Motion as a direct result of Council's improper refusal to comply with a duly issued subpoena.

WHEREFORE, the State requests, after due proceedings, the Court enter an order compelling Council to submit to a deposition and awarding the State all costs and fees associated with bringing this motion.

Dated: April 25, 2024

/s/ Kenneth S. Steely

Kenneth S. Steely
*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
Kenneth S. Steely
Clifford Z. Stafford
Daniel J. Chism
Carson T. Perreault
P. Andrew Ray
William J. Cranford, III
Andrew T. Toler
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
daniel.chism@butlersnow.com
carson.perreault@butlersnow.com
andrew.ray@butlersnow.com
will.cranford@butlersnow.com
andrew.toler@butlersnow.com

Keith J. Fernandez
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com

Edderek L. Beau Cole
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
beau.cole@butlersnow.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon Robert Council via certified mail and all attorneys of record in this matter, including without limitation the following, by this Court's CM/ECF system and/or electronic mail on this 25th day of April, 2024:

Carla Ward
Jason R. Cheek
William R. Chambers, Jr.
Praveen Krishna
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile:(205)244-2181
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
will.chambers@usdoj.gov
praveen.krishna@usdoj.gov

Kerry K. Dean
Matthew J. Donnelly
Steven Rosenbaum
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
kerry.k.dean@usdoj.gov
matthew.donnelly@usdoj.gov
steven.rosenbaum@usdoj.gov

George Eppsteiner
Deena Fox
Curtis Harris
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
150 M Street NE
Washington, DC 20004
Telephone: (202) 305-1361
george.eppsteiner@usdoj.gov
deena.fox@usdoj.gov
curtis.harris@usdoj.gov
natasha-eileen.ulate@usdoj.gov

Robert Council (AIS #181418)
Limestone Correctional Facility
28779 Nick Davis Rd
Harvest, AL 35749

    /s/ Kenneth S. Steely
    Of Counsel