FILED
2024 Apr-25 PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **Civil Action No. 2:20-cv-01971-RDP** |
| | ) |
| STATE OF ALABAMA and ALABAMA | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT OF STEVEN HOWELL

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF** Limestone | ) |

Before me, the undersigned Notary Public, personally appeared STEVEN HOWELL who, after being duly sworn, states as follows:

1.  I am over the age of nineteen (19) years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal, first-hand knowledge.

2.  I am a Correctional Lieutenant at Limestone Correctional Facility, located at 28779 Nick Davis Rd, Harvest, AL 35749.

3.  I served the Subpoena to Testify at a Deposition in a Civil Action by hand delivering a copy to Robert Council (AIS# 181418) on April 1, 2024.

Further affiant saith not.

Steven Howell

**SWORN TO and SUBSCRIBED** before this the ~~24th~~ day of ~~April~~ , ~~2024~~.

Notary Public
My Commission Expires: _November 16th, 2026_

(SEAL)

2