Page 1

1      UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF ALABAMA

3

4  CASE NUMBER: 2:20-cv-01971-RDP

5

6  UNITED STATES OF AMERICA,

7  PLAINTIFF,

8

9  V.

10

11  STATE OF ALABAMA, et al.,

12  DEFENDANTS.

13

14          DEPOSITION TESTIMONY OF:

15          Robert Council, AIS #181418

16                April 2, 2024

17

18          S T I P U L A T I O N S

19          IT IS STIPULATED AND AGREED by and

20  between the parties through their respective

21  counsel that the deposition of Robert

22  Council, AIS #181418, may be taken before

23  Mallory B. Gray, CCR, RPR, a Court Reporter

1   and Notary Public for the State at Large, at
2   the Limestone Correctional Facility, on the
3   2nd of April 2024, commencing at
4   approximately 9:15 a.m.
5            In accordance with Rule 5(d) of the
6   Alabama Rules of Civil Procedure, as amended,
7   effective May 15, 1998, I, Mallory B. Gray,
8   am hereby delivering to William R. Lunsford,
9   the original transcript of the oral testimony
10  taken the 2nd of April 2024, along with the
11  exhibit.
12           Please be advised that this is the
13  same and not retained by the Court Reporter,
14  nor filed with the Court.
15
16
17
18
19
20
21
22
23

```
 1                    I N D E X

 2

 3   EXAMINATION BY:                          PAGE NO.

 4   Mr. Lunsford                                    7

 5

 6

 7

 8

 9

10                    E X H I B I T S

11

12   (No exhibits were marked for identification.)

13

14

...
23
```

1                A P P E A R A N C E S
2
3    FOR THE PLAINTIFF:
4         BY:  Haley Van Erem
              United States Department of Justice
5             150 M Street NE
              Washington, DC 20004
6
7    FOR THE DEFENDANTS:
8         BY:  William R. Lunsford
                 P. Andrew Ray
9                Carson Perreault
              Butler Snow LLP
10            200 West Side Square
              Suite 100
11            Huntsville, AL 35801
12
13
14
15
16
17
18
19
20
21
22
23

Page 5

1            I, Mallory Bradberry Gray, a Court
2     Reporter and Notary Public, State of Alabama
3     at Large, acting as Commissioner, certify
4     that on this date, pursuant to the Alabama
5     Rules of Civil Procedure and the foregoing
6     stipulation of counsel, there came before me
7     at Limestone Correctional Facility,
8     commencing at approximately 9:15 a.m.  On the
9     2nd of April 2024, Robert Council, AIS
10    #181418, witness in the above cause, for oral
11    examination, whereupon the following
12    proceedings were had:
13
14            Robert Council, AIS #181418,
15         being first duly sworn, was examined
16              and testified as follows:
17
18
19            MR. LUNSFORD:  A couple different
20    points.  First of all, let me say, we have
21    counsel here for the Department of Justice
22    who has not filed a notice of appearance in
23    the case.

```
 1           We have received a variety of
 2   different explanations.  I know of no
 3   authority that allows an attorney who's not
 4   counsel of record and counsel who is not even
 5   admitted under the jurisdiction, and I don't
 6   believe you're even admitted in the state of
 7   Alabama to practice, I view this, constitutes
 8   an unauthorized practice of law without
 9   permission to the extent an attorney is here
10   engaging in some form of litigation on behalf
11   of the United States that's not even admitted
12   in the case, we have an objection to that.
13   And if there is a legal basis and I'm
14   incorrect, then I -- I have been legally
15   incorrect on a position before and been
16   educated.  If there is something that I'm
17   missing here, I would love to know what legal
18   authority exists for DOJ to send a lawyer to
19   a jurisdiction and not comply with the rules
20   of professional conduct and also the rules
21   for admission to a federal court.
22           MS. VAN EREM:  Would you like for me
23   to respond?
```

Page 7

1          MR. LUNSFORD:  Please.
2          MS. VAN EREM:  It's within the
3    authority of the Department of Justice to
4    send any attorney with the Department of
5    Justice.  I have been sent by the Department
6    of Justice and I'm here representing the
7    United States of America.
8          MR. LUNSFORD:  Can you give me some
9    legal authority other than just, We are the
10   DOJ and we can break every rule that
11   otherwise exists for every other lawyer?
12         MS. VAN EREM:  We can handle that at
13   another time.
14         MR. LUNSFORD:  No.  I'm asking for
15   the legal basis for your appearance.  What's
16   the legal basis for you to appear?
17         MS. VAN EREM:  There's a US statute,
18   28 USC 517, that allows the Solicitor
19   General, or any officer of the Department of
20   Justice, to be sent to any State or District
21   in the United States to attend to the
22   interest of the United States in a suit
23   pending in a court of the United States, or

1    to attend to any other interest of the United
2    States.
3            MR. LUNSFORD:  Without -- and you're
4    exempted from the rules that every other
5    lawyer is bound to simply because --
6            MS. VAN EREM:  That's my response,
7    sir.
8            MR. LUNSFORD:  Okay.  Very good.
9                  EXAMINATION
10   BY MR. LUNSFORD:
11       Q.   Good morning, Mr. Council.
12       A.   Good morning.
13       Q.   My name is Bill Lunsford.  I'm an
14   attorney for the State of Alabama, and we
15   have requested an opportunity to ask you some
16   questions on the record today.
17            Do you understand that?
18       A.   If I hear what you're saying...
19       Q.   Yes, sir.
20            And as I understand it, you're not
21   currently represented by counsel with regard
22   to the lawsuit that's been filed by the
23   United States against the State of Alabama;

Page 9

1  is that correct?
2       A.   I do not have an attorney.  I am not
3  a party.  I am not a witness.  I have no
4  participation whatsoever in the DOJ versus
5  the State of Alabama.
6            Like I said and I reiterate, I am
7  not a witness.  I am not a party.  Therefore,
8  I do not need representation in a suit that
9  I'm not a party of.
10      Q.   Okay.  When you say you're not a
11 witness, what do you mean by that?
12      A.   I am not a witness in the DOJ versus
13 the State of Alabama.
14      Q.   So here's why that causes a question
15 in my mind.  You met with the attorney that
16 is seated here today yesterday at Limestone
17 Correction Facility, right?
18      A.   Under the same circumstances that
19 I'm sitting here with you now.
20      Q.   And --
21      A.   I'm compelled by the ADOC to do what
22 they say or be assaulted.  So I came by force
23 to be here, to sit here, to listen to

1  whatever it is.  When I refused to come, I
2  was threatened that if I didn't participate
3  or come that there would be violence.
4       Q.   Who threatened you?
5       A.   The ADOC, the people that you
6  represent.
7       Q.   Can you tell me the name of the
8  individual?
9       A.   I just told you.
10      Q.   Can you name the individual?
11      A.   I just -- I'm done.
12           MR. LUNSFORD:  Okay.  Just for the
13 record, Mr. Council is leaving the room after
14 he indicated that he was done.
15           Also, I want to put on the record
16 that Mr. Council didn't refuse to meet with
17 DOJ yesterday.  In fact, he met with them for
18 52 minutes, and after a 52-minute meeting
19 with my colleague here, he suddenly notified
20 us that he would not be participating in his
21 deposition.  We will be moving to compel his
22 deposition, and to the extent that we
23 identify any evidence that Plaintiff's

1  counsel is involved in any way in
2  discouraging participation in these
3  depositions, we will promptly notify the
4  court.
5           That's all we have at this time.
6           MS. VAN EREM:  I would like to put
7  something on the record as well.
8           Both Mr. Council and tomorrow's
9  deponent Mr. Moore were not served subpoenas
10 until yesterday afternoon.  They did not know
11 about the deposition for today until
12 yesterday afternoon when DOJ met with them.
13 Because Mr. Moore had counsel, who was not
14 aware, we ethically needed to wait to hear
15 from his counsel before speaking with him.
16          Yesterday afternoon, counsel for
17 ADOC stated that we should be able to
18 interview Mr. Moore after Mr. Council's
19 deposition today.  But after 9:00 p.m. last
20 night, Department of Justice heard from
21 counsel for ADOC that they would not
22 facilitate an interview with Mr. Moore today;
23 that we would need to use the legal visit,

1   which means we did not have the opportunity
2   to interview Mr. Moore because that requires
3   a 24-hour notice, which we did not have.
4           It is unfair.  It denies us the
5   opportunity for us to meet with tomorrow's
6   deponent, Mr. Moore, and it's due to a fault
7   of ADOC to serve the subpoena on Mr. Council
8   and Mr. Moore.
9           MR. LUNSFORD:  That's all we have at
10  this time.
11
12           FURTHER DEPONENT SAITH NOT
13
14
15
16
17
18
19
20
21
22
23

1                    CERTIFICATE
2    STATE OF ALABAMA          )
                                ) ss:
3    COUNTY OF MARSHALL        )
4
            I hereby certify that the above and
5    foregoing proceeding was taken down by me by
6    stenographic means, and that the content
7    herein was produced in transcript form by
8    computer aid under my supervision, and that
9    the foregoing represents, to the best of my
10   ability, a true and correct transcript of the
11   proceedings occurring on said date at said
12   time.
13           I further certify that I am neither
14   of counsel nor of kin to the parties to the
15   action, nor am I in anywise interested in the
16   result of said cause.
17
18
19
20           *[signature: Mallory Gray]*
21           Mallory B. Gray, CCR
             CCR #558, Expires 9/30/2024
22           Commissioner for the
             State of Alabama at Large
23           Notary Public, Expires 02/27

**0**

**01971**  1:4
**02/27**  13:23

**1**

**100**  4:10
**15**  2:7
**150**  4:5
**181418**  1:15,22
  5:10,14
**18327**  13:20
**1998**  2:7

**2**

**2**  1:16
**200**  4:10
**20004**  4:5
**2024**  1:16 2:3,10
  5:9
**24**  12:3
**28**  7:18
**2:20**  1:4
**2nd**  2:3,10 5:9

**3**

**35801**  4:11

**5**

**5**  2:5
**517**  7:18
**52**  10:18,18
**558**  13:21

**7**

**7**  3:4

**9**

**9/30/2024**  13:21
**9:00**  11:19
**9:15**  2:4 5:8

**a**

**a.m.**  2:4 5:8
**ability**  13:10
**able**  11:17
**above**  5:10 13:4
**accordance**  2:5
**acting**  5:3
**action**  13:15
**admission**  6:21
**admitted**  6:5,6
  6:11
**adoc**  9:21 10:5
  11:17,21 12:7
**advised**  2:12
**afternoon**  11:10
  11:12,16
**agreed**  1:19
**aid**  13:8
**ais**  1:15,22 5:9
  5:14
**al**  1:11 4:11
**alabama**  1:2,11
  2:6 5:2,4 6:7
  8:14,23 9:5,13
  13:2,22
**allows**  6:3 7:18
**amended**  2:6
**america**  1:6 7:7
**andrew**  4:8
**anywise**  13:15

**appear**  7:16
**appearance**
  5:22 7:15
**approximately**
  2:4 5:8
**april**  1:16 2:3
  2:10 5:9
**asking**  7:14
**assaulted**  9:22
**attend**  7:21 8:1
**attorney**  6:3,9
  7:4 8:14 9:2,15
**authority**  6:3,18
  7:3,9
**aware**  11:14

**b**

**b**  1:23 2:7 3:10
  13:21
**basis**  6:13 7:15
  7:16
**behalf**  6:10
**believe**  6:6
**best**  13:9
**bill**  8:13
**bound**  8:5
**bradberry**  5:1
**break**  7:10
**butler**  4:9

**c**

**c**  4:1
**carson**  4:9
**case**  1:4 5:23
  6:12

**cause**  5:10
  13:16
**causes**  9:14
**ccr**  1:23 13:21
  13:21
**certificate**  13:1
**certify**  5:3 13:4
  13:13
**circumstances**
  9:18
**civil**  2:6 5:5
**colleague**  10:19
**come**  10:1,3
**commencing**
  2:3 5:8
**commissioner**
  5:3 13:22
**compel**  10:21
**compelled**  9:21
**comply**  6:19
**computer**  13:8
**conduct**  6:20
**constitutes**  6:7
**content**  13:6
**correct**  9:1
  13:10
**correction**  9:17
**correctional**  2:2
  5:7
**council**  1:15,22
  5:9,14 8:11
  10:13,16 11:8
  12:7
**council's**  11:18

**counsel** 1:21 5:6 5:21 6:4,4 8:21 11:1,13,15,16 11:21 13:14
**county** 13:3
**couple** 5:19
**court** 1:1,23 2:13,14 5:1 6:21 7:23 11:4
**currently** 8:21
**cv** 1:4

**d**

**d** 2:5 3:1
**date** 5:4 13:11
**dc** 4:5
**defendants** 1:12 4:7
**delivering** 2:8
**denies** 12:4
**department** 4:4 5:21 7:3,4,5,19 11:20
**deponent** 11:9 12:6,12
**deposition** 1:14 1:21 10:21,22 11:11,19
**depositions** 11:3
**different** 5:19 6:2
**discouraging** 11:2
**district** 1:1,2 7:20

**doj** 6:18 7:10 9:4,12 10:17 11:12
**due** 12:6
**duly** 5:15

**e**

**e** 3:1,10 4:1,1
**educated** 6:16
**effective** 2:7
**engaging** 6:10
**erem** 4:4 6:22 7:2,12,17 8:6 11:6
**et** 1:11
**ethically** 11:14
**evidence** 10:23
**examination** 3:3 5:11 8:9
**examined** 5:15
**exempted** 8:4
**exhibit** 2:11
**exhibits** 3:12
**exists** 6:18 7:11
**expires** 13:21,23
**explanations** 6:2
**extent** 6:9 10:22

**f**

**facilitate** 11:22
**facility** 2:2 5:7 9:17
**fact** 10:17
**fault** 12:6

**federal** 6:21
**filed** 2:14 5:22 8:22
**first** 5:15,20
**following** 5:11
**follows** 5:16
**force** 9:22
**foregoing** 5:5 13:5,9
**form** 6:10 13:7
**further** 12:12 13:13

**g**

**general** 7:19
**give** 7:8
**good** 8:8,11,12
**gray** 1:23 2:7 5:1 13:21

**h**

**h** 3:10
**haley** 4:4
**handle** 7:12
**hear** 8:18 11:14
**heard** 11:20
**hour** 12:3
**huntsville** 4:11

**i**

**identification** 3:12
**identify** 10:23
**incorrect** 6:14 6:15
**indicated** 10:14

**individual** 10:8 10:10
**interest** 7:22 8:1
**interested** 13:15
**interview** 11:18 11:22 12:2
**involved** 11:1

**j**

**jurisdiction** 6:5 6:19
**justice** 4:4 5:21 7:3,5,6,20 11:20

**k**

**kin** 13:14
**know** 6:2,17 11:10

**l**

**l** 1:18
**large** 2:1 5:3 13:22
**law** 6:8
**lawsuit** 8:22
**lawyer** 6:18 7:11 8:5
**leaving** 10:13
**legal** 6:13,17 7:9 7:15,16 11:23
**legally** 6:14
**limestone** 2:2 5:7 9:16
**listen** 9:23
**litigation** 6:10
**llp** 4:9

love  6:17
lunsford  2:8 3:4
  4:8 5:19 7:1,8
  7:14 8:3,8,10,13
  10:12 12:9

**m**

m  4:5
mallory  1:23
  2:7 5:1 13:21
marked  3:12
marshall  13:3
mean  9:11
means  12:1 13:6
meet  10:16 12:5
meeting  10:18
met  9:15 10:17
  11:12
mind  9:15
minute  10:18
minutes  10:18
missing  6:17
moore  11:9,13
  11:18,22 12:2,6
  12:8
morning  8:11
  8:12
moving  10:21

**n**

n  1:18 3:1 4:1
name  8:13 10:7
  10:10
ne  4:5
need  9:8 11:23

needed  11:14
neither  13:13
night  11:20
northern  1:2
notary  2:1 5:2
  13:23
notice  5:22 12:3
notified  10:19
notify  11:3
number  1:4

**o**

o  1:18
objection  6:12
occurring  13:11
officer  7:19
okay  8:8 9:10
  10:12
opportunity
  8:15 12:1,5
oral  2:9 5:10
original  2:9

**p**

p  1:18 4:1,1,8
p.m.  11:19
page  3:3
participate  10:2
participating
  10:20
participation
  9:4 11:2
parties  1:20
  13:14
party  9:3,7,9

pending  7:23
people  10:5
permission  6:9
perreault  4:9
plaintiff  1:7 4:3
plaintiff's  10:23
please  2:12 7:1
points  5:20
position  6:15
practice  6:7,8
procedure  2:6
  5:5
proceeding  13:5
proceedings
  5:12 13:11
produced  13:7
professional
  6:20
promptly  11:3
public  2:1 5:2
  13:23
pursuant  5:4
put  10:15 11:6

**q**

question  9:14
questions  8:16

**r**

r  2:8 4:1,8
ray  4:8
rdp  1:4
received  6:1
record  6:4 8:16
  10:13,15 11:7

refuse  10:16
refused  10:1
regard  8:21
reiterate  9:6
reporter  1:23
  2:13 5:2
represent  10:6
representation
  9:8
represented
  8:21
representing
  7:6
represents  13:9
requested  8:15
requires  12:2
respective  1:20
respond  6:23
response  8:6
result  13:16
retained  2:13
right  9:17
robert  1:15,21
  5:9,14
room  10:13
rpr  1:23
rule  2:5 7:10
rules  2:6 5:5
  6:19,20 8:4

**s**

s  1:18,18 3:10
  4:1
saith  12:12
saying  8:18

**seated** 9:16
**send** 6:18 7:4
**sent** 7:5,20
**serve** 12:7
**served** 11:9
**side** 4:10
**signature** 13:20
**simply** 8:5
**sir** 8:7,19
**sit** 9:23
**sitting** 9:19
**snow** 4:9
**solicitor** 7:18
**speaking** 11:15
**square** 4:10
**ss** 13:2
**state** 1:11 2:1 5:2 6:6 7:20 8:14,23 9:5,13 13:2,22
**stated** 11:17
**states** 1:1,6 4:4 6:11 7:7,21,22 7:23 8:2,23
**statute** 7:17
**stenographic** 13:6
**stipulated** 1:19
**stipulation** 5:6
**street** 4:5
**subpoena** 12:7
**subpoenas** 11:9
**suddenly** 10:19
**suit** 7:22 9:8

**suite** 4:10
**supervision** 13:8
**sworn** 5:15

**t**

**t** 1:18,18 3:10
**taken** 1:22 2:10 13:5
**tell** 10:7
**testified** 5:16
**testimony** 1:14 2:9
**threatened** 10:2 10:4
**time** 7:13 11:5 12:10 13:12
**today** 8:16 9:16 11:11,19,22
**told** 10:9
**tomorrow's** 11:8 12:5
**transcript** 2:9 13:7,10
**true** 13:10

**u**

**u** 1:18
**unauthorized** 6:8
**under** 6:5 9:18 13:8
**understand** 8:17,20
**unfair** 12:4

**united** 1:1,6 4:4 6:11 7:7,21,22 7:23 8:1,23
**usc** 7:18
**use** 11:23

**v**

**v** 1:9
**van** 4:4 6:22 7:2 7:12,17 8:6 11:6
**variety** 6:1
**versus** 9:4,12
**view** 6:7
**violence** 10:3
**visit** 11:23

**w**

**wait** 11:14
**want** 10:15
**washington** 4:5
**way** 11:1
**west** 4:10
**whatsoever** 9:4
**william** 2:8 4:8
**witness** 5:10 9:3 9:7,11,12

**x**

**x** 3:1,10

**y**

**yesterday** 9:16 10:17 11:10,12 11:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.