**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | |
|---|---|
| **MARK DUKE, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 4:14-cv-01952-RDP |
| | ) |
| **JOHN HAMM, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } Case No.: 2:20-CV-1971-RDP |
| | } |
| **STATE OF ALABAMA, et al.,** | } |
| | } |
| **Defendants.** | } |

**ORDER**

These cases are before the court on the State's Motion for Clarification. On October 7, 2024, the court conducted a status conference during which the Motion for Clarification was discussed. As discussed at the status conference, nothing in the court's protective orders entered in these cases should be read as a bar to the production of documents in Judge Axon's *Ezell* and *Guy* cases. The Clerk of Court is directed to terminate the pending Motions to Clarify.

**DONE** and **ORDERED** this October 7, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE