IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-01971-RDP |
| | ) | |
| **STATE OF ALABAMA and** | ) | |
| **ALABAMA DEPARTMENT OF** | ) | UNOPPOSED |
| **CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## THE STATE'S MOTION FOR LEAVE TO DEPOSE INCARCERATED PERSONS

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, Defendants the Alabama Department of Corrections ("ADOC") and the State of Alabama ("Alabama" and, together with ADOC, the "State"), respectfully request that this Court grant the State leave to take the depositions of incarcerated persons.[1] The State further states as follows:

1. Robert Gilchrist (AIS # 133054) ("Gilchrist") is currently incarcerated within the ADOC. Gilchrist's deposition is scheduled to take place at Fountain Correctional Facility ("Fountain") on November 14, 2024.

2. LeDonte Dent (AIS # 305882) ("Dent") is currently incarcerated within the ADOC. Dent's deposition is scheduled to take place at Fountain on November 15, 2024.

3. Houston King (AIS # 229499) ("King") is currently incarcerated within the ADOC. King's deposition is scheduled to take place at St. Clair Correctional Facility ("St. Clair") on November 18, 2024.

---

[1] The State provides the below list of anticipated deponents based on the deponents' current incarcerations. However, should any of the listed deponents transfer to another facility prior to their deposition, the State will replace the deponent with an inmate currently incarcerated at the respective facility.

4. Justin Wells (AIS # 303413) ("Wells") is currently incarcerated within the ADOC. Wells' deposition is scheduled to take place at Elmore Correctional Facility ("Elmore") on November 19, 2024.

5. Antwone Radford (AIS # 191361) ("Radford") is currently incarcerated within the ADOC. Radford's deposition is scheduled to take place at Elmore on November 19, 2024.

6. Kendrick Jordan (AIS # 301136) ("Jordan") is currently incarcerated within the ADOC. Jordan's deposition is scheduled to take place at Elmore on November 20, 2024.

7. Michael Hamilton (AIS # 298522) ("Hamilton") is currently incarcerated within the ADOC. Hamilton's deposition is currently scheduled to take place at Bibb Correctional Facility ("Bibb") on December 3, 2024.

8. Patrick Stinson (AIS # 194978) ("Stinson") is currently incarcerated within the ADOC. Stinson's deposition is currently scheduled to take place at Donaldson Correctional Facility ("Donaldson") on December 3, 2024.

9. Travone Williams (AIS # 182001) ("Williams") is currently incarcerated within the ADOC. Williams' deposition is currently scheduled to take place at Donaldson on December 4, 2024.

10. Edward Kennedy (AIS #252527) ("Kennedy") is currently incarcerated within the ADOC. Kennedy's deposition is scheduled to take place at Limestone Correctional Facility ("Limestone") on December 11, 2024.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests this Court grant the State leave to take the depositions of the listed incarcerated persons.

Dated: October 31, 2024.

*/s/ Lynette E. Potter*
Lynette E. Potter

*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
Kenneth S. Steely
Clifford Z. Stafford
Daniel J. Chism
Carson T. Perreault
P. Andrew Ray
William J. Cranford, III
Andrew T. Toler
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
daniel.chism@butlersnow.com
carson.perreault@butlersnow.com
andrew.ray@butlersnow.com
will.cranford@butlersnow.com
andrew.toler@butlersnow.com

Keith J. Fernandez
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com

Edderek L. Beau Cole
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
beau.cole@butlersnow.com

        Michael B. Beers
        **BUTLER SNOW LLP**
        250 Commerce Street
        Suite 100
        Montgomery, Alabama 36104
        Telephone: (334) 832-2905
        Facsimile: (334) 832-2901
        mike.beers@butlersnow.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 31st day of October, 2024:

Carla Ward
Jason R. Cheek
William R. Chambers, Jr.
Praveen Krishna
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile: (205) 244-2181
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
will.chambers@usdoj.gov
praveen.krishna@usdoj.gov

George Eppsteiner
Deena Fox
Curtis Harris
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
150 M Street NE
Washington, DC 20004
Telephone: (202) 305-1361
george.eppsteiner@usdoj.gov
deena.fox@usdoj.gov
curtis.harris@usdoj.gov
natasha-eileen.ulate@usdoj.gov

Kerry K. Dean
Matthew J. Donnelly
Steven Rosenbaum
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
kerry.k.dean@usdoj.gov
matthew.donnelly@usdoj.gov
steven.rosenbaum@usdoj.gov

                /s/ *Lynette E. Potter*
                Of Counsel