UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:20-cv-01971-RDP |
| **STATE OF ALABAMA, et al.,** | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on three Motions filed by non-party Christina Gaddis. (Docs. # 248, 249, 250). Gaddis states that she received a subpoena for production of documents from Defendants.[1] Her current Motions seek: (1) to quash the subpoena (Doc. # 248); (2) to stay compliance with the subpoena (Doc. # 249); and (3) a protective order (Doc. # 250).

Gaddis's Motion to Stay Compliance with Subpoena Pending DOJ Review (Doc. # 249) is **GRANTED**. Gaddis's deadline to comply with the subpoena is **STAYED** until further order of this court.

The Motion to Quash (Doc. # 248) and the Motion for Protective Order (Doc. # 250) are **REFERRED** to Special Master, Bruce Barze, to confer with Gaddis and the parties about the subpoena and prepare a report and recommendation on the remaining Motions.

The Clerk of Court is **DIRECTED** to (1) **TERMINATE** the Motion to Quash (Doc. # 248) and the Motion for Protective Order (Doc. # 250); and (2) mail a copy of this Order to Christina Gaddis, 415 Baggett Camp Road, Quinton, Alabama 35130.

---

[1] The court previously granted Gaddis an extension of time to respond to the subpoena to allow her to seek legal counsel. (Docs. # 238, 239).

**DONE** and **ORDERED** this February 27, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE