**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:20-cv-01971-RDP |
| | ) |
| **STATE OF ALABAMA and ALABAMA** | )    UNOPPOSED |
| **DEPARTMENT OF CORRECTIONS,** | ) |
| | ) |
| **Defendants.** | ) |

**THE STATE'S RENEWED MOTION FOR LEAVE TO TAKE**
**DEPOSITION AFTER THE DISCOVERY DEADLINE**

Defendants the State of Alabama ("Alabama") and Alabama Department of Corrections

("ADOC," and together with Alabama, the "State") hereby submit this Motion for Leave to Take

Deposition of Mark Williams after the discovery deadline. In support of this Motion, the State

provides the following:

1.      Under the current scheduling order, fact discovery closed on January 31, 2025.

(Doc. 217).

2.      On September 4, 2024, the State requested the deposition of Mark Williams, an

employee of Plaintiff United States ("Plaintiff"). Plaintiff raised a dispute as to the deposition and

document requests. The State raised the dispute before the Special Master. On January 20, 2025,

the Special Master entered his Report and Recommendation recommending the Court grant

Plaintiff's request for a protective order over the documents requested in the subpoena to Mark

Williams and deny Plaintiff's request for a protective order to the extent the State "seeks to depose

Williams regarding the facts underlying Plaintiff's interrogatory responses … the facts supporting

the parties' claims and defenses, and facts—like those in his emails—about which Williams has personal knowledge." (Doc. 231 at 15).

3.    Upon receipt of the Report and Recommendation, the State's counsel notified Plaintiff's counsel that the State would "accept[] the R&R as written."  The State further requested to schedule Williams' deposition in Plaintiff's office in Washington D.C. on January 31, 2025, due to the already scheduled 30(b)(6) of Plaintiff taking place in Washington D.C. on January 30, 2025.  Plaintiff responded that it is "likely going to file an objection to the R&R, so scheduling is premature."

4.    Prior to the deadline for the parties to file objections to the Report and Recommendation, the State filed a motion seeking leave to depose Williams after the close of fact discovery.  (Doc. 235).  The Court denied the motion without prejudice as premature, stating that "[i]f the Court determines that the deposition should go forward, [the State] may renew [its] Motion." (Doc. 236).

5.    On January 27, 2025, Plaintiff filed an objection to the Special Master's Report and Recommendation.   (Doc. 237).   The State filed a brief in support of the Report and Recommendation on February 3, 2025.  (Doc. 242).  Finally, Plaintiff filed a reply in support of its objection to the Report and Recommendation.  (Doc. 245).

6.    The Court ultimately adopted the Report and Recommendation in full.  (Doc. 247 at 1-2).  Thus, the Court granted the State its request to depose Williams.  (Doc. 247 at 2).

7.    As fact discovery in this case closed on January 31, 2025, prior to the completion of briefing on the Report and Recommendation and, therefore, the Court's adoption of the Special Master's Recommendation, the State now respectfully renews its motion seeking leave to depose Williams outside the fact discovery deadline.

8.    Williams' deposition is currently scheduled to be held in Washington, D.C., on April 8, 2025.

9.    Prior to filing this Motion, the State conferred with Plaintiff's counsel who stated, "The United States has consented to Defendants conducting the deposition of Mark Williams on April 8, 2025 in accordance with the Court's prior order."

WHEREFORE, PREMISES CONSIDERED, the State respectfully renews its request for leave to take the deposition of Mark Williams after the discovery deadline.

Dated: March 25, 2025.

/s/ William R. Lunsford
William R. Lunsford
*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
Kenneth S. Steely
Daniel J. Chism
William J. Cranford, III
Andrew T. Toler
Samantha L. McNatt
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com
kenneth.steely@butlersnow.com
daniel.chism@butlersnow.com
will.cranford@butlersnow.com
andrew.toler@butlersnow.com
samantha.mcnatt@butlersnow.com

Keith J. Fernandez
**BUTLER SNOW LLP**
445 North Boulevard

Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com

Michael B. Beers
**BUTLER SNOW LLP**
250 Commerce Street
Suite 100
Montgomery, Alabama 36104
Telephone: (334) 832-2905
Facsimile: (334) 832-2901
mike.beers@butlersnow.com

Will R. Allen
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
will.allen@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by this Court's CM/ECF system and electronic mail on this 25th day of March, 2025:

Carla Ward
Jason R. Cheek
William R. Chambers, Jr.
Praveen Krishna
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile: (205) 244-2181
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
will.chambers@usdoj.gov
praveen.krishna@usdoj.gov

George Eppsteiner
Deena Fox
Curtis Harris
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
150 M Street NE
Washington, DC 20004
Telephone: (202) 305-1361
george.eppsteiner@usdoj.gov
deena.fox@usdoj.gov
curtis.harris@usdoj.gov
natasha-eileen.ulate@usdoj.gov

Kerry K. Dean
Matthew J. Donnelly
Steven Rosenbaum
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
kerry.k.dean@usdoj.gov
matthew.donnelly@usdoj.gov
steven.rosenbaum@usdoj.gov

/s/ William R. Lunsford
Of Counsel

5