FILED
2026 Feb-25 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE OF ALABAMA, *et al.*,**<br><br>**Defendants.** | **Case No.: 2:20-cv-1971-HDM** |

# FOURTH AMENDED SCHEDULING ORDER

The court enters this order amending the Third Amended Scheduling Order. (Doc. 217). This order governs further proceedings in this action unless modified for good cause shown.

**Extensions to the deadlines set to complete all discovery and file dispositive motions will not be granted absent extraordinary cause. In the event extraordinary cause is shown, only one extension will be granted. The trial date in this case will not be extended under any circumstances.**

## I. DISCOVERY LIMITATIONS AND DEADLINES

**A. Fact Discovery:** Fact discovery closed on January 31, 2025. (Doc. 217 at 1). Pursuant to the Parties' discovery supplementation obligations, Defendants shall respond to Plaintiff's contention interrogatories, served November 2024, in two installments: **March 30, 2026**, and **April 30, 2026**.

**B. Expert Testimony:** All Parties must disclose their initial expert reports[1] by **May 15, 2026**. For any initial report disclosed, any other Party may disclose a response report by **June 12, 2026**. A response report must be limited to rebutting an initial report, must stay within the

[1] "Report" in this paragraph means disclosure of all information related to an expert's testimony required by Rule 26(a)(2), including disclosures under Rule 26(a)(2)(C) for experts who do not need to provide a written report.

scope of the initial report, and may not introduce new topics or subject areas that did not appear in the initial report. Pursuant to the Parties' agreement, at the time of disclosure of an expert report, the party disclosing the expert report **SHALL** provide to the opposing party the Bates numbers or other relevant identifying information for all "facts or data considered by" the expert in forming their opinions.

Plaintiff's expert depositions may be taken **from June 15, 2026, to July 8, 2026**. Defendants' expert depositions may be taken **from July 8, 2026, to August 7, 2026**.

C. **Supplementation:** Supplementation of disclosures and discovery under Federal Rule of Civil Procedure 26(e) is due within a reasonable period of time after discovery of such information (which ordinarily will be within twenty-one days of counsel becoming aware of the need to supplement).

D. **Motions About Discovery Disputes:** Discovery disputes will be resolved according to the process set forth in the Special Master Order. (Doc. 70). If the Special Master Order does not apply, the Parties will resolve discovery disputes according to the court's procedure for "Discovery Disputes" set forth in its Initial Order. (Doc. 18 at 3).

E. **Discovery Preservation, Production, and Protection:** The Parties will preserve and produce discovery in accordance with the Stipulated Consolidated Protective Order, (doc. 62), and the Stipulated Consolidated Order Regarding Protocols for Production of Documents and Things (Including ESI), (doc. 63).

**II. DISPOSITIVE MOTIONS:** All potentially dispositive motions and evidentiary submissions upon which a party will rely in support of the motion must be filed no later than **August 31, 2026.**

Oppositions to dispositive motions are due **within twenty-one (21) days** of any dispositive motion filing. Replies in support of dispositive motions are due **within fourteen (14) days** of any response in opposition.

The parties must file and brief all dispositive motions consistent with the initial order. (Doc. 18). **Any motion for summary judgment must comply with all the requirements of Appendix II which is attached to**

**the court's initial order**. Any other dispositive motion must comply with the requirements of Appendix II to the extent practicable.

Compliance with this requirement will necessitate filing the evidentiary submission in support of the brief separately from the brief and may necessitate filing the evidentiary submission one or more days prior to filing the brief. Both the brief and evidentiary submission must be filed on or before the filing deadline.

**III. PRETRIAL CONFERENCE:** A pretrial conference will be scheduled by separate order. Due dates for lists of trial witnesses, exhibits, and objections under Federal Rule of Civil Procedure 26(a)(3) shall be established in a separate pretrial order.

**IV. TRIAL:** Trial is set for **November 30, 2026**, at **9:00 a.m.** at the Federal Courthouse, Huntsville, Alabama. Trial is expected to last an estimated length of six weeks.

**V. NOTICE OF SETTLEMENT:** The parties must notify the court within two business days of reaching any settlement.

**DONE** and **ORDERED** this February 25, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE