FILED
2026 Aug-11 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br><br>STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | Civil No. 2:20-cv-01971-HDM<br>Partially Opposed |

**THE UNITED STATES' PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES, UNDER SEAL, AND OVERSIZED EXHIBITS**

The United States moves for leave to file excess pages for a motion for summary judgment, not to exceed 300 pages, including the brief and statement of facts. Additionally, the United States moves the Court for an Order permitting: (1) filing highly confidential and confidential exhibits, and motions that reference such exhibits, under seal with redacted versions of briefs on the public docket; (2) filing the sealed exhibits over the counter in a hard drive, rather than in hard copy; (3) filing exhibits over 10 MB; and (3) filing video exhibits. The State opposes the United States' motion for additional pages and intends to submit a response in opposition outlining its position. The State does not oppose the remainder of the United States' Motion.

## I. ARGUMENT

Pursuant to this Court's Initial Order,[1] initial briefs supporting a motion for summary judgment are limited to thirty-five pages. This systemwide case concerns alleged unconstitutional conditions in 13 prisons across Alabama housing over ten thousand prisoners. Second Amended Complaint, Doc. 71. Over the course of the last six years of litigation, the Parties have exchanged millions of documents in discovery and taken over 150 depositions. Given the extensive record and systemwide nature of the claims, there is good cause to allow the United States to file excess pages in a motion for summary judgment. *See BEP Servs., L.P. v. Dye*, No. 1:02-cv-3299, 2005 WL 8157363, at *1 (N.D. Ga. Mar. 11, 2005). The United States requests the enlargement to properly present the record to the Court and promote an efficient and orderly resolution of this case. *See* Fed. R. Civ. P. 1. The requested maximum 300 pages would include the brief itself as well as the required statement of facts, which restates the facts included in the brief.

Additionally, the Court has entered a Protective Order in this case. Doc. 62. Under the Protective Order, the Parties may designate certain information Confidential or Highly Confidential. *Id.* at 2–5. Confidential information includes personally identifiably information of prisoners and ADOC staff and third-party proprietary business information. *Id.* at 2–3. Highly Confidential information

[1] The United States refers to Judge Mooty's Initial Order, as the presiding judge.

includes information likely to jeopardize the safety or security of ADOC operations, likely to result in retaliation, concerns an ongoing investigation, or includes internal self-critical reviews. *Id.* at 4–5. Further, "[w]ithout written permission from the disclosing party or a court order secured after appropriate notice to all interested persons, a receiving party may not file in the public record in these actions any Confidential or Highly Confidential Information." *Id.* at 12. The Parties must also separately move to file documents under seal, despite the Protective Order. *Id.*

The United States seeks to file Highly Confidential materials, Confidential materials, and briefs that reference these materials, under seal. The United States will then file redacted versions of the briefs on the public docket. As the United States expects the matter of confidential documents to come up frequently in this litigation, the United States seeks a Standing Order to file under seal under the process outlined above for any future motions in this case.

The United States also seeks to file the sealed exhibits over the counter on a hard drive rather than in paper format, given the volume of exhibits and that some exhibits will be more readable to the Court in native format, such as excel files. Further, it is the United States' understanding that in the Northern District of Alabama, the Parties must seek Court permission to file exhibits over 10 MB and to file video exhibits.[2] The United States expects to use such exhibits and contends

[2] *See also* the Court's Initial Order regarding Conventional Submissions, p. 21.

such information will assist the Court in resolving dispositive motions. The United States, therefore, requests permission to file oversized exhibits over 10 MB and video exhibits over the counter on a hard drive.

## II. CONCLUSION

This lawsuit involves alleged unconstitutional conditions in 13 prisons across Alabama and millions of documents in discovery over the course of six years. Given the extensive record, the United States respectfully requests:

1. Leave to file an initial Motion for Summary Judgment (including the brief and statement of facts) not to exceed 300 pages;
2. A standing order to file Confidential and Highly Confidential, as defined in the Protective Order, Doc. 62, exhibits and briefs referencing these materials under seal with redacted versions of the briefs on the public docket;
3. Leave to file exhibits under seal over the counter on a hard drive;
4. Leave to file exhibits over 10 MB in this case over the counter on a hard drive; and
5. Leave to file video exhibits in this case over the counter on a hard drive.

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

CARLA C. WARD
Deputy Civil Chief

JASON R. CHEEK
Chief, Civil Division

United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
carla.ward@usdoj.gov

/s/ *Eileen Ulate*
EILEEN ULATE
ASHLEY LIGHT
CRISTINA GAMONDI
PATRICIA NATION
JULIA Z. HALLER
JOSHUA BACHMAN
MARLYSHA MYRTHIL
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 705-8762
Natasha-eileen.ulate@usdoj.gov

DATED: August 11, 2026.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2026, I electronically filed the foregoing MOTION FOR LEAVE TO FILE EXCESS PAGES, UNDER SEAL, AND OVERSIZED EXHIBITS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Eileen Ulate*
EILEEN ULATE
Attorney for the United States