FILED
2026 Aug-11 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br><br>STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | Civil No. 2:20-cv-01971-HDM |

# [PROPOSED] ORDER

The United States' Motion for Leave to File Excess Pages, Under Seal, and Oversized Exhibits (Doc. __), is **GRANTED**. It is **ORDERED** that:

1. The United States may file an initial Motion for Summary Judgment, including the brief and statement of facts, not to exceed 300 pages;
2. The Parties may file Confidential and Highly Confidential, as defined in the Protective Order, Doc. 62, exhibits and briefs referencing these materials under seal with redacted versions of the briefs on the public docket;
3. The United States may file sealed exhibits over the counter on a hard drive;

4. The United States may file exhibits over 10 MB in this case over the counter on a hard drive; and
5. The United States may file video exhibits in this case over the counter on a hard drive.

**DONE** and **ORDERED** on ____________, 2026.

______________________________

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE