FILED
2026 Aug-25 AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| STATE OF ALABAMA and ALABAMA | ] | |
| DEPARTMENT OF CORRECTIONS, | ] | Civil No. 2:20-cv-01971-HDM |
| | ] | |
| Defendants. | ] | |

**THE UNITED STATES' EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 | U.S. Dep't of Justice, Investigation of Alabama's Prisons for Men (Apr. 2, 2019), https://www.justice.gov/crt/case-document/file/1149971/dl?inline= | |
| 2 | U.S. Dep't of Justice Ltr. to Governor Kay Ivey, Notice Regarding Investigation of Alabama's State Prisons for Men (Apr. 2, 2019), https://www.justice.gov/crt/case-document/file/1149981/dl?inline= | |
| 3 | US Dep't of Justice, Investigation of Alabama's State Prisons for Men (July 23, 2020), https://www.justice.gov/crt/case-document/file/1297031/dl?inline= | |
| 4 | US Dep't of Justice Ltr. to Governor Kay Ivey, Notice Regarding Investigation of Alabama's State Prisons for Men (July 23, 2020), https://www.justice.gov/crt/case-document/file/1297026/dl?inline= | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 5 | Alabama Department of Corrections, Monthly Statistical Rep. for Jan. 2019. | |
| 6 | Alabama Department of Corrections, Monthly Statistical Rep. for Feb. 2019. | |
| 7 | Alabama Department of Corrections, Monthly Statistical Rep. for Mar. 2019. | |
| 8 | Alabama Department of Corrections, Monthly Statistical Rep. for Apr. 2019. | |
| 9 | Alabama Department of Corrections, Monthly Statistical Rep. for May 2019. | |
| 10 | Alabama Department of Corrections, Monthly Statistical Rep. for June 2019. | |
| 11 | Alabama Department of Corrections, Monthly Statistical Rep. for July 2019. | |
| 12 | Alabama Department of Corrections, Monthly Statistical Rep. for Aug. 2019. | |
| 13 | Alabama Department of Corrections, Monthly Statistical Rep. for Sept. 2019. | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 14 | Alabama Department of Corrections, Monthly Statistical Rep. for Oct. 2019. | |
| 15 | Alabama Department of Corrections, Monthly Statistical Rep. for Nov. 2019. | |
| 16 | Alabama Department of Corrections, Monthly Statistical Rep. for Dec. 2019. | |
| 17 | Alabama Department of Corrections, Quarterly Rep. Ending Dec. 31, 2025. (SCF-23-00598). | |
| 18 | Alabama Department of Corrections, Quarterly Rep. Ending Sept. 30, 2024. (BCF-24-01106). | |
| 19 | Alabama Department of Corrections, Quarterly Rep. Ending Dec. 31, 2024 (VCF-24-00732). | |
| 20 | Alabama Department of Corrections, Quarterly Rep. Ending Sept. 30, 2025. (SCF-24-01411-INV). | |
| 21 | Alabama Department of Corrections, Quarterly Rep. Ending June 30, 2025. (KCF-24-02586-INV). | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 22 | Alabama Department of Corrections, Quarterly Rep. Ending Sept. 30, 2025. (BCCF-24-01281-INV). | |
| 23 | Alabama Department of Corrections, Quarterly Rep. Ending Sept. 30, 2025. (BCF-24-02242-INV). | |
| 24 | Personnel Board of the State of Alabama, In the Matter of the Appeal of Timothy McCorvey (Sept. 20, 2023), https://www.personnel.alabama.gov/LegalNotices/BoardOrders/09BoardOrders/BO-McCorveyTimothy.pdf | |
| 25 | Judgment, *United States v. Ulysses Oliver, Jr.*, 2:19cr127 (M.D. Ala. May 26, 2022) | |
| 26 | Judgment, *United States v. Bryanna Nicole Mosley*, 2:19cr183 (M.D. Ala. Jan. 18, 2022) | |
| 27 | Judgment, *United States v. Leon Troy Williams*, 2:19cr292 (M.D. Ala. May 23, 2022) | |
| 28 | Final Judgment, *United States v. Willie M. Burks, III*, 2:19cr344 (M.D. Ala. Feb. 8, 2022) | |
| 29 | Judgment, *United States v. Jordan Thomas*, 7:20cr207 (N.D. Ala. Mar. 7, 2023) | |
| 30 | Judgments, *United States v. Devlon Williams and Larry Managan, Jr.*, 2:21cr160 (M.D. Ala. Oct. 2, 2023 & Mar. 7, 2024) | |
| 31 | Judgment, *United States v. Lorenzo Mills*, 2:22cr95 (M.D. Ala. Aug. 1, 2024) | |
| 32 | Judgment, *United States v. Xavier Dennard Carroll*, 2:22cr109 (M.D. Ala. May 30, 2023) | |
| 33 | Judgment, *United States v. Mohammad Shahid Jenkins*, 2:23cr30 (N.D. Ala. Dec. 20, 2023) | |
| 34 | *State of Alabama v. Markeon Person*, DC-2019-000009.00 and DC-2019-000010.00 (Mar. 21, 2019) | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 35 | *State of Alabama v. Dustin Ward*, DC-2021-000998.00 (May 25, 2022) | |
| 36 | *State of Alabama v. Joe Binder*, CC-2022-000927.00 | |
| 37 | *State of Alabama v. Derek Terez Simmons*, CC-2022-000032.00 | |
| 38 | *State of Alabama v. Samuel Dial*, CC-2022-000927.00 | |
| 39 | *State of Alabama v. Jesse Cobb*, CC-2024-000146.00) | |
| 40 | *State of Alabama v. D'Marcus Sanders*, DC-2023-000944.00 | |
| 41 | Abbott, Jenny (5-10-2024) Deposition | |
| 42 | Addie, Danny (11-3-2023) Deposition | |
| 43 | Aikens, Monolito (2-29-2024) Deposition | |
| 44 | Akbar, Sulayman (1-26-2024) Deposition | |
| 45 | Albritton, Kayla (6-30-2023) Deposition | |
| 46 | Bell, Benjamin (2-21-2024) Deposition | |
| 47 | Benton, Timothy (1-7-2025) Deposition | |
| 48 | Bickhaus, April (6-27-2023) Deposition | |
| 49 | Boyd, Kendrick (3-29-2023) Deposition | |
| 50 | Bramlett, Dennie (1-8-2025) Deposition | |
| 51 | Butler, Reosha (1-27-2025) Deposition | |
| 52 | Calloway, Rolanda (4-9-2024) Deposition | |
| 53 | Carey, Timothy (1-7-2025) Deposition | |
| 54 | Chandler, Demarcus (2-20-2024) Deposition | |
| 55 | Crabtree, Chadwick (6-8-2023) Deposition | |
| 56 | Crow, John (5-16-2023) Deposition | |
| 57 | Crowe, Billy (3-6-2024) Deposition | |
| 58 | Damone, Carl (7-3-2023) Deposition | |
| 59 | Dansby, Larry (1-8-2025) Deposition | |
| 60 | Danzey, Joseph (2-22-2023) Deposition | |
| 61 | Davis, Gwendolyn (6-2-2023) Deposition | |
| 62 | Davis, Perry (4-27-2023) Deposition | |
| 63 | Eddings, Janet (7-12-2023) Deposition | |
| 64 | Ellington, Edward (4-6-2023) Deposition | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 65 | Emberton, Jeffrey (3-3-2023) Deposition | |
| 66 | Estle, Brandon (3-20-2024) Deposition | |
| 67 | Gallew, David (8-3-2023) Deposition | |
| 68 | Gilchrist, Jody (5-2-2023) Deposition | |
| 69 | Goodson, Napoleon (5-25-2023) Deposition | |
| 70 | Gordy, Christopher (5-21-2024) Deposition | |
| 71 | Griffin, Lavance (3-16-2023) Deposition | |
| 72 | Hall, Douglas (9-29-2023) Deposition | |
| 73 | Hamm, John (1-30-2025) Deposition | |
| 74 | Hamm, Suzanne (1-27-2025) Deposition | |
| 75 | Havard, Joseph (3-20-2024) Deposition | |
| 76 | Headley, Joseph (3-22-2024) Deposition | |
| 77 | Holtzclaw, Malcolm (7-11-2023) Deposition | |
| 78 | Hutton, John (12-20-2022) Deposition | |
| 79 | Jackson, Brandon (1-8-2025) Deposition | |
| 80 | Jones, Patrice (6-21-2023) Deposition | |
| 81 | King, Houston (11-18-2024) Deposition | |
| 82 | Lamar, David (2-26-2024) Deposition | |
| 83 | Lambert-Hughes, Elizabeth (2-16-2024) Deposition | |
| 84 | Long, Johnny (2-13-2024) Deposition | |
| 85 | Looney, Rodney (2-27-2024) Deposition | |
| 86 | Lovelace, Greg (7-28-2023) Deposition | |
| 87 | McClain, Antonio (4-17-2024) Deposition | |
| 88 | McClain, Lagreta (5-23-2024) Deposition | |
| 89 | McKenzie, Brandon (4-27-2023) Deposition | |
| 90 | McNatt, Kevin (5-4-2023) Deposition | |
| 91 | Mercado, Arnaldo (2-27-2024) Deposition | |
| 92 | Minor, Renee (1-31-2024) Deposition | |
| 93 | Minton, Lori (1-28-2025) Deposition | |
| 94 | Mitchell, Phillip (3-21-2024) Deposition | |
| 95 | Moore, Ephan (4-3-2024) Deposition | |
| 96 | Morgan, Phyllis (3-22-2023) Deposition | |
| 97 | Noble, Cruz (11-3-2023) Deposition | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 98 | Nolen, Curtis (12-5-2022) Deposition | |
| 99 | Peters, Kenneth (4-30-2024) Deposition | |
| 100 | Pierce, Kenneth (7-18-2023) Deposition | |
| 101 | Raybon, Terry (3-21-2024) Deposition | |
| 102 | Robinson, Dion (3-7-2024) Deposition | |
| 103 | Smith, Janarious (2-20-2024) Deposition | |
| 104 | Smith, Otis (3-20-2023) Deposition | |
| 105 | Smith, Quinetter (4-14-2023) Deposition | |
| 106 | Stewart, Carlos (1-5-2024) Deposition | |
| 107 | Stewart-Riley, Cynthia (8-29-2023) Deposition | |
| 108 | Stewart-Riley, Cynthia 30(b)(6) (9-21-2022) Deposition | |
| 109 | Streeter, William (4-9-2024) Deposition | |
| 110 | Vincent, Christy (5-7-2024) Deposition | |
| 111 | Walker, Bradley (3-29-2023) Deposition | |
| 112 | Wallis, Ryan (2-16-2023) Deposition | |
| 113 | Williams, Charles (5-22-2024) Deposition | |
| 114 | Williams, Karen (5-1-2024) Deposition | |
| 115 | Williams, Wendy (1-24-2025) Deposition | |
| 116 | Williams, Wendy 30(b)(6) (9-21-2022) Deposition | |
| 117 | Wilson, Terry (3-21-2023) Deposition | |
| 118 | Michelle Bonner United States Expert Report (May 15, 2026) | |
| 119 | Martin Horn United States Expert Report (May 15, 2026) | |
| 120 | Kevin Quinn United States Expert Report (May 15, 2026) | |
| 121 | Kenneth Ray United States Expert Report (May 15, 2026) | |
| 122 | Roger Werholtz United States Expert Report (May 15, 2026) | |
| 123 | ADOC Staff Arrests 2019 | ADOC(DOJ)_1755606 |
| 124 | ADOC Staff Arrests 2020 | ADOC(DOJ)_1755585 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 125 | ADOC Staff Arrests 2021 | ADOC(DOJ)_1755596 |
| 126 | ADOC Staff Arrests 2022 | ADOC(DOJ)_1755573 |
| 127 | ADOC Staff Arrests 2022 | ADOC(DOJ)_2168300 |
| 128 | ADOC Staff Arrests 2023 | ADOC(DOJ)_1755612 |
| 129 | Autopsy | ADOC(DOJ)_1758553 |
| 130 | Autopsy | ADOC(DOJ)_1817579 |
| 131 | Autopsy | ADOC(DOJ)_2399898 |
| 132 | Autopsy | ADOC(DOJ)_2486624 |
| 133 | Autopsy | ADOC(DOJ)_3495739 |
| 134 | Autopsy | ADOC(DOJ)_3791979 |
| 135 | Autopsy | USSUBP_001_0000007 |
| 136 | Autopsy | USSUBP_001_0000012 |
| 137 | Autopsy | USSUBP_001_0000020 |
| 138 | Autopsy | USSUBP_001_0000025 |
| 139 | Autopsy | USSUBP_001_0000048 |
| 140 | Autopsy | USSUBP_001_0000052 |
| 141 | Autopsy | USSUBP_001_0000074 |
| 142 | Autopsy | USSUBP_001_0000082 |
| 143 | Autopsy | USSUBP_001_0000096 |
| 144 | Autopsy | USSUBP_001_0000121 |
| 145 | Autopsy | USSUBP_001_0000130 |
| 146 | Autopsy | USSUBP_001_0000132 |
| 147 | Autopsy | USSUBP_001_0000145 |
| 148 | Autopsy | USSUBP_001_0011936 |
| 149 | Autopsy | USSUBP_001_0011972 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 150 | Autopsy | USSUBP_002_0000007 |
| 151 | Autopsy | USSUBP_002_0000010 |
| 152 | Autopsy | USSUBP_002_0000012 |
| 153 | Autopsy | USSUBP_002_0000021 |
| 154 | Autopsy | USSUBP_005_0000012 |
| 155 | Autopsy | USSUBP_005_0000017 |
| 156 | Autopsy | USSUBP_005_0000023 |
| 157 | Autopsy | USSUBP_005_0000028 |
| 158 | Autopsy | USSUBP_005_0000030 |
| 159 | Autopsy | USSUBP_005_0000031 |
| 160 | Autopsy | USSUBP_005_0000045 |
| 161 | Autopsy | USSUBP_005_0000046 |
| 162 | Autopsy | USSUBP_008_0000004 |
| 163 | Autopsy | USSUBP_008_0000017 |
| 164 | Autopsy | USSUBP_008_0000116 |
| 165 | Autopsy | USSUBP_008_0000156 |
| 166 | Autopsy | USSUBP_008_0000169 |
| 167 | Autopsy | USSUBP_018-0001169 |
| 168 | Autopsy | USSUBP_031_0000240 |
| 169 | Body Chart | ADOC(DOJ)_1148281 |
| 170 | Death Packet | ADOC(DOJ)_3378893 |
| 171 | Death Release Form | ADOC(DOJ)_3349257 |
| 172 | Death Report | ADOC(DOJ)_2118350 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 173 | Email | ADOC(DOJ)_0374014 |
| 174 | Email | ADOC(DOJ)_1819737 |
| 175 | Email | ADOC(DOJ)_2076700 |
| 176 | Email | ADOC(DOJ)_2084814 |
| 177 | Email | ADOC(DOJ)_2090440 |
| 178 | Email | ADOC(DOJ)_2106790 |
| 179 | Email | ADOC(DOJ)_2115042 |
| 180 | Email | ADOC(DOJ)_2130020 |
| 181 | Email | ADOC(DOJ)_2141368 |
| 182 | Email | ADOC(DOJ)_2149941 |
| 183 | Email | ADOC(DOJ)_2151287 |
| 184 | Email | ADOC(DOJ)_2212280 |
| 185 | Email | ADOC(DOJ)_2366259 |
| 186 | Email | ADOC(DOJ)_2401257 |
| 187 | Email | ADOC(DOJ)_3227020 |
| 188 | Email | ADOC(DOJ)_3515470 |
| 189 | Email | ADOC(DOJ)_4097514 |
| 190 | Email | COMMS_PROD_0000086 |
| 191 | Email | COMMS_PROD_0000115 |
| 192 | Email | COMMS_PROD_0000167 |
| 193 | Email | COMMS_PROD_0000169 |
| 194 | Email | COMMS_PROD_0000185 |
| 195 | Email | COMMS_PROD_0000219 |
| 196 | Email | COMMS_PROD_0000222 |
| 197 | Email | COMMS_PROD_0000333 |
| 198 | Email | COMMS_PROD_0000478 |
| 199 | Email | COMMS_PROD_0000479 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 200 | Email | COMMS_PROD_0000504 |
| 201 | Email | COMMS_PROD_0000598 |
| 202 | Email | COMMS_PROD_0000665 |
| 203 | Email | COMMS-0001335 |
| 204 | Email | COMMS-0001698 |
| 205 | Evidence Form | ADOC(DOJ)_1628202 |
| 206 | Food Service Audit | ADOC(DOJ)_1762897 |
| 207 | Food Service Audit | ADOC(DOJ)_1762949 |
| 208 | Food Service Audit | ADOC(DOJ)_1772122 |
| 209 | Food Service Audit | ADOC(DOJ)_2348324 |
| 210 | Incident Arrests | ADOC(DOJ)_2151295 |
| 211 | Incident Report | ADOC(DOJ)_0001339 |
| 212 | Incident Report | ADOC(DOJ)_0001746 |
| 213 | Incident Report | ADOC(DOJ)_0001840 |
| 214 | Incident Report | ADOC(DOJ)_0006183 |
| 215 | Incident Report | ADOC(DOJ)_0007776 |
| 216 | Incident Report | ADOC(DOJ)_0009002 |
| 217 | Incident Report | ADOC(DOJ)_0009037 |
| 218 | Incident Report | ADOC(DOJ)_0009110 |
| 219 | Incident Report | ADOC(DOJ)_0009115 |
| 220 | Incident Report | ADOC(DOJ)_0009574 |
| 221 | Incident Report | ADOC(DOJ)_0011022 |
| 222 | Incident Report | ADOC(DOJ)_0011090 |
| 223 | Incident Report | ADOC(DOJ)_0011152 |
| 224 | Incident Report | ADOC(DOJ)_0011157 |
| 225 | Incident Report | ADOC(DOJ)_0011226 |
| 226 | Incident Report | ADOC(DOJ)_0011285 |
| 227 | Incident Report | ADOC(DOJ)_0011358 |
| 228 | Incident Report | ADOC(DOJ)_0011379 |
| 229 | Incident Report | ADOC(DOJ)_0011384 |
| 230 | Incident Report | ADOC(DOJ)_0011397 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 231 | Incident Report | ADOC(DOJ)_0012322 |
| 232 | Incident Report | ADOC(DOJ)_0012751 |
| 233 | Incident Report | ADOC(DOJ)_0012868 |
| 234 | Incident Report | ADOC(DOJ)_0016192 |
| 235 | Incident Report | ADOC(DOJ)_0017035 |
| 236 | Incident Report | ADOC(DOJ)_0018017 |
| 237 | Incident Report | ADOC(DOJ)_0018018 |
| 238 | Incident Report | ADOC(DOJ)_0018195 |
| 239 | Incident Report | ADOC(DOJ)_0021210 |
| 240 | Incident Report | ADOC(DOJ)_0037034 |
| 241 | Incident Report | ADOC(DOJ)_0037828 |
| 242 | Incident Report | ADOC(DOJ)_0047124 |
| 243 | Incident Report | ADOC(DOJ)_0047218 |
| 244 | Incident Report | ADOC(DOJ)_0047224 |
| 245 | Incident Report | ADOC(DOJ)_0049798 |
| 246 | Incident Report | ADOC(DOJ)_0049802 |
| 247 | Incident Report | ADOC(DOJ)_0054166 |
| 248 | Incident Report | ADOC(DOJ)_0058297 |
| 249 | Incident Report | ADOC(DOJ)_0072667 |
| 250 | Incident Report | ADOC(DOJ)_0072692 |
| 251 | Incident Report | ADOC(DOJ)_0076334 |
| 252 | Incident Report | ADOC(DOJ)_0084802 |
| 253 | Incident Report | ADOC(DOJ)_0085180 |
| 254 | Incident Report | ADOC(DOJ)_0086754 |
| 255 | Incident Report | ADOC(DOJ)_0086839 |
| 256 | Incident Report | ADOC(DOJ)_0087390 |
| 257 | Incident Report | ADOC(DOJ)_0088662 |
| 258 | Incident Report | ADOC(DOJ)_0090062 |
| 259 | Incident Report | ADOC(DOJ)_0121188 |
| 260 | Incident Report | ADOC(DOJ)_0122413 |
| 261 | Incident Report | ADOC(DOJ)_0160697 |
| 262 | Incident Report | ADOC(DOJ)_0160807 |
| 263 | Incident Report | ADOC(DOJ)_0165024 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 264 | Incident Report | ADOC(DOJ)_0171665 |
| 265 | Incident Report | ADOC(DOJ)_0174867 |
| 266 | Incident Report | ADOC(DOJ)_0195246 |
| 267 | Incident Report | ADOC(DOJ)_0201285 |
| 268 | Incident Report | ADOC(DOJ)_0225307 |
| 269 | Incident Report | ADOC(DOJ)_0230219 |
| 270 | Incident Report | ADOC(DOJ)_0247587 |
| 271 | Incident Report | ADOC(DOJ)_0251001 |
| 272 | Incident Report | ADOC(DOJ)_0297754 |
| 273 | Incident Report | ADOC(DOJ)_0297762 |
| 274 | Incident Report | ADOC(DOJ)_0301740 |
| 275 | Incident Report | ADOC(DOJ)_1144569 |
| 276 | Incident Report | ADOC(DOJ)_1150782 |
| 277 | Incident Report | ADOC(DOJ)_1151553 |
| 278 | Incident Report | ADOC(DOJ)_1164837 |
| 279 | Incident Report | ADOC(DOJ)_1170269 |
| 280 | Incident Report | ADOC(DOJ)_1172041 |
| 281 | Incident Report | ADOC(DOJ)_1175685 |
| 282 | Incident Report | ADOC(DOJ)_1204783 |
| 283 | Incident Report | ADOC(DOJ)_1219565 |
| 284 | Incident Report | ADOC(DOJ)_1241185 |
| 285 | Incident Report | ADOC(DOJ)_1246397 |
| 286 | Incident Report | ADOC(DOJ)_1249742 |
| 287 | Incident Report | ADOC(DOJ)_1257136 |
| 288 | Incident Report | ADOC(DOJ)_1286805 |
| 289 | Incident Report | ADOC(DOJ)_1290517 |
| 290 | Incident Report | ADOC(DOJ)_1299695 |
| 291 | Incident Report | ADOC(DOJ)_1332042 |
| 292 | Incident Report | ADOC(DOJ)_1403644 |
| 293 | Incident Report | ADOC(DOJ)_1412248 |
| 294 | Incident Report | ADOC(DOJ)_1412295 |
| 295 | Incident Report | ADOC(DOJ)_1413043 |
| 296 | Incident Report | ADOC(DOJ)_1416014 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 297 | Incident Report | ADOC(DOJ)_1431418 |
| 298 | Incident Report | ADOC(DOJ)_1758414 |
| 299 | Incident Report | ADOC(DOJ)_2393017 |
| 300 | Incident Report | ADOC(DOJ)_2393386 |
| 301 | Incident Report | ADOC(DOJ)_2411664 |
| 302 | Incident Report | ADOC(DOJ)_2412169 |
| 303 | Incident Report | ADOC(DOJ)_2415903 |
| 304 | Incident Report | ADOC(DOJ)_2418336 |
| 305 | Incident Report | ADOC(DOJ)_2418650 |
| 306 | Incident Report | ADOC(DOJ)_2418959 |
| 307 | Incident Report | ADOC(DOJ)_2627393 |
| 308 | Incident Report | ADOC(DOJ)_3258329 |
| 309 | Incident Report | ADOC(DOJ)_3293183 |
| 310 | Incident Report | ADOC(DOJ)_3339361 |
| 311 | Incident Report | ADOC(DOJ)_3339585 |
| 312 | Incident Report | ADOC(DOJ)_3340109 |
| 313 | Incident Report | ADOC(DOJ)_3340566 |
| 314 | Incident Report | ADOC(DOJ)_3340590 |
| 315 | Incident Report | ADOC(DOJ)_3341124 |
| 316 | Incident Report | ADOC(DOJ)_3341421 |
| 317 | Incident Report | ADOC(DOJ)_3341448 |
| 318 | Incident Report | ADOC(DOJ)_3342299 |
| 319 | Incident Report | ADOC(DOJ)_3342607 |
| 320 | Incident Report | ADOC(DOJ)_3348538 |
| 321 | Incident Report | ADOC(DOJ)_3349015 |
| 322 | Incident Report | ADOC(DOJ)_3350498 |
| 323 | Incident Report | ADOC(DOJ)_3354391 |
| 324 | Incident Report | ADOC(DOJ)_3359095 |
| 325 | Incident Report | ADOC(DOJ)_3389993 |
| 326 | Incident Report | ADOC(DOJ)_3398734 |
| 327 | Incident Report | ADOC(DOJ)_3398921 |
| 328 | Incident Report | ADOC(DOJ)_3399089 |
| 329 | Incident Report | ADOC(DOJ)_3399815 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 330 | Incident Report | ADOC(DOJ)_3399867 |
| 331 | Incident Report | ADOC(DOJ)_3399873 |
| 332 | Incident Report | ADOC(DOJ)_3399879 |
| 333 | Incident Report | ADOC(DOJ)_3399883 |
| 334 | Incident Report | ADOC(DOJ)_3399913 |
| 335 | Incident Report | ADOC(DOJ)_3399982 |
| 336 | Incident Report | ADOC(DOJ)_3399992 |
| 337 | Incident Report | ADOC(DOJ)_3400011 |
| 338 | Incident Report | ADOC(DOJ)_3400036 |
| 339 | Incident Report | ADOC(DOJ)_3400065 |
| 340 | Incident Report | ADOC(DOJ)_3400067 |
| 341 | Incident Report | ADOC(DOJ)_3400070 |
| 342 | Incident Report | ADOC(DOJ)_3400079 |
| 343 | Incident Report | ADOC(DOJ)_3400081 |
| 344 | Incident Report | ADOC(DOJ)_3400452 |
| 345 | Incident Report | ADOC(DOJ)_3400456 |
| 346 | Incident Report | ADOC(DOJ)_3400503 |
| 347 | Incident Report | ADOC(DOJ)_3400613 |
| 348 | Incident Report | ADOC(DOJ)_3400619 |
| 349 | Incident Report | ADOC(DOJ)_3400638 |
| 350 | Incident Report | ADOC(DOJ)_3400714 |
| 351 | Incident Report | ADOC(DOJ)_3400781 |
| 352 | Incident Report | ADOC(DOJ)_3400808 |
| 353 | Incident Report | ADOC(DOJ)_3400845 |
| 354 | Incident Report | ADOC(DOJ)_3400961 |
| 355 | Incident Report | ADOC(DOJ)_3401113 |
| 356 | Incident Report | ADOC(DOJ)_3401294 |
| 357 | Incident Report | ADOC(DOJ)_3401392 |
| 358 | Incident Report | ADOC(DOJ)_3401521 |
| 359 | Incident Report | ADOC(DOJ)_3401524 |
| 360 | Incident Report | ADOC(DOJ)_3401528 |
| 361 | Incident Report | ADOC(DOJ)_3401543 |
| 362 | Incident Report | ADOC(DOJ)_3401552 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 363 | Incident Report | ADOC(DOJ)_3401556 |
| 364 | Incident Report | ADOC(DOJ)_3401577 |
| 365 | Incident Report | ADOC(DOJ)_3401582 |
| 366 | Incident Report | ADOC(DOJ)_3401587 |
| 367 | Incident Report | ADOC(DOJ)_3401911 |
| 368 | Incident Report | ADOC(DOJ)_3402129 |
| 369 | Incident Report | ADOC(DOJ)_3402515 |
| 370 | Incident Report | ADOC(DOJ)_3402710 |
| 371 | Incident Report | ADOC(DOJ)_3402765 |
| 372 | Incident Report | ADOC(DOJ)_3402857 |
| 373 | Incident Report | ADOC(DOJ)_3402962 |
| 374 | Incident Report | ADOC(DOJ)_3403305 |
| 375 | Incident Report | ADOC(DOJ)_3404066 |
| 376 | Incident Report | ADOC(DOJ)_3404078 |
| 377 | Incident Report | ADOC(DOJ)_3404083 |
| 378 | Incident Report | ADOC(DOJ)_3404087 |
| 379 | Incident Report | ADOC(DOJ)_3404091 |
| 380 | Incident Report | ADOC(DOJ)_3404092 |
| 381 | Incident Report | ADOC(DOJ)_3404104 |
| 382 | Incident Report | ADOC(DOJ)_3404125 |
| 383 | Incident Report | ADOC(DOJ)_3404154 |
| 384 | Incident Report | ADOC(DOJ)_3404167 |
| 385 | Incident Report | ADOC(DOJ)_3404222 |
| 386 | Incident Report | ADOC(DOJ)_3404235 |
| 387 | Incident Report | ADOC(DOJ)_3404502 |
| 388 | Incident Report | ADOC(DOJ)_3404687 |
| 389 | Incident Report | ADOC(DOJ)_3404695 |
| 390 | Incident Report | ADOC(DOJ)_3404736 |
| 391 | Incident Report | ADOC(DOJ)_3404804 |
| 392 | Incident Report | ADOC(DOJ)_3404883 |
| 393 | Incident Report | ADOC(DOJ)_3404897 |
| 394 | Incident Report | ADOC(DOJ)_3404907 |
| 395 | Incident Report | ADOC(DOJ)_3404912 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 396 | Incident Report | ADOC(DOJ)_3404914 |
| 397 | Incident Report | ADOC(DOJ)_3404922 |
| 398 | Incident Report | ADOC(DOJ)_3404924 |
| 399 | Incident Report | ADOC(DOJ)_3404929 |
| 400 | Incident Report | ADOC(DOJ)_3404940 |
| 401 | Incident Report | ADOC(DOJ)_3405363 |
| 402 | Incident Report | ADOC(DOJ)_3406364 |
| 403 | Incident Report | ADOC(DOJ)_3406842 |
| 404 | Incident Report | ADOC(DOJ)_3407022 |
| 405 | Incident Report | ADOC(DOJ)_3407666 |
| 406 | Incident Report | ADOC(DOJ)_3407703 |
| 407 | Incident Report | ADOC(DOJ)_3407735 |
| 408 | Incident Report | ADOC(DOJ)_3407740 |
| 409 | Incident Report | ADOC(DOJ)_3407758 |
| 410 | Incident Report | ADOC(DOJ)_3407793 |
| 411 | Incident Report | ADOC(DOJ)_3408081 |
| 412 | Incident Report | ADOC(DOJ)_3408536 |
| 413 | Incident Report | ADOC(DOJ)_3408625 |
| 414 | Incident Report | ADOC(DOJ)_3408640 |
| 415 | Incident Report | ADOC(DOJ)_3408834 |
| 416 | Incident Report | ADOC(DOJ)_3409060 |
| 417 | Incident Report | ADOC(DOJ)_3409067 |
| 418 | Incident Report | ADOC(DOJ)_3409107 |
| 419 | Incident Report | ADOC(DOJ)_3409240 |
| 420 | Incident Report | ADOC(DOJ)_3409537 |
| 421 | Incident Report | ADOC(DOJ)_3409671 |
| 422 | Incident Report | ADOC(DOJ)_3409943 |
| 423 | Incident Report | ADOC(DOJ)_3409951 |
| 424 | Incident Report | ADOC(DOJ)_3410441 |
| 425 | Incident Report | ADOC(DOJ)_3411110 |
| 426 | Incident Report | ADOC(DOJ)_3411322 |
| 427 | Incident Report | ADOC(DOJ)_3411460 |
| 428 | Incident Report | ADOC(DOJ)_3411461 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 429 | Incident Report | ADOC(DOJ)_3411481 |
| 430 | Incident Report | ADOC(DOJ)_3411532 |
| 431 | Incident Report | ADOC(DOJ)_3411541 |
| 432 | Incident Report | ADOC(DOJ)_3411544 |
| 433 | Incident Report | ADOC(DOJ)_3411570 |
| 434 | Incident Report | ADOC(DOJ)_3411601 |
| 435 | Incident Report | ADOC(DOJ)_3411645 |
| 436 | Incident Report | ADOC(DOJ)_3411827 |
| 437 | Incident Report | ADOC(DOJ)_3411977 |
| 438 | Incident Report | ADOC(DOJ)_3412613 |
| 439 | Incident Report | ADOC(DOJ)_3413382 |
| 440 | Incident Report | ADOC(DOJ)_3413387 |
| 441 | Incident Report | ADOC(DOJ)_3413429 |
| 442 | Incident Report | ADOC(DOJ)_3413438 |
| 443 | Incident Report | ADOC(DOJ)_3413440 |
| 444 | Incident Report | ADOC(DOJ)_3413500 |
| 445 | Incident Report | ADOC(DOJ)_3413759 |
| 446 | Incident Report | ADOC(DOJ)_3413868 |
| 447 | Incident Report | ADOC(DOJ)_3414403 |
| 448 | Incident Report | ADOC(DOJ)_3414409 |
| 449 | Incident Report | ADOC(DOJ)_3414416 |
| 450 | Incident Report | ADOC(DOJ)_3414418 |
| 451 | Incident Report | ADOC(DOJ)_3414421 |
| 452 | Incident Report | ADOC(DOJ)_3414435 |
| 453 | Incident Report | ADOC(DOJ)_3414440 |
| 454 | Incident Report | ADOC(DOJ)_3415837 |
| 455 | Incident Report | ADOC(DOJ)_3416330 |
| 456 | Incident Report | ADOC(DOJ)_3408564 |
| 457 | Incident Report | ADOC(DOJ)_3417752 |
| 458 | Incident Report | ADOC(DOJ)_3420403 |
| 459 | Incident Report | ADOC(DOJ)_3420440 |
| 460 | Incident Report | ADOC(DOJ)_3420442 |
| 461 | Incident Report | ADOC(DOJ)_3420448 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 462 | Incident Report | ADOC(DOJ)_3420451 |
| 463 | Incident Report | ADOC(DOJ)_3420497 |
| 464 | Incident Report | ADOC(DOJ)_3420524 |
| 465 | Incident Report | ADOC(DOJ)_3420592 |
| 466 | Incident Report | ADOC(DOJ)_3420628 |
| 467 | Incident Report | ADOC(DOJ)_3420676 |
| 468 | Incident Report | ADOC(DOJ)_3420680 |
| 469 | Incident Report | ADOC(DOJ)_3420727 |
| 470 | Incident Report | ADOC(DOJ)_3495071 |
| 471 | Incident Report | ADOC(DOJ)_4007125 |
| 472 | Incident Report | ADOC(DOJ)_4019637 |
| 473 | Incident Report | ADOC(DOJ)_4023070 |
| 474 | Incident Report | ADOC(DOJ)_4023497 |
| 475 | Incident Report | ADOC(DOJ)_4024417 |
| 476 | Incident Report | ADOC(DOJ)_4042412 |
| 477 | Incident Report | ADOC(DOJ)_4065375 |
| 478 | Incident Report | ADOC(DOJ)_4068274 |
| 479 | Incident Report | ADOC(DOJ)_4069049 |
| 480 | Incident Report | ADOC(DOJ)_4097503 |
| 481 | Incident Report | ADOC(DOJ)_4130526 |
| 482 | Incident Report | ADOC(DOJ)_4148316 |
| 483 | Incident Report | ADOC(DOJ)_4151792 |
| 484 | Incident Report | ADOC(DOJ)_4151976 |
| 485 | Incident Summary | ADOC(DOJ)_2169034 |
| 486 | Incident Summary | ADOC(DOJ)_3968125 |
| 487 | Incident Timeline | ADOC(DOJ)_2151288 |
| 488 | Incident Timeline | ADOC(DOJ)_2495620 |
| 489 | Investigation Report | ADOC(DOJ)_0368081 |
| 490 | Investigation Report | ADOC(DOJ)_0375204 |
| 491 | Investigation Report | ADOC(DOJ)_0384415 |
| 492 | Investigation Report | ADOC(DOJ)_0390395 |
| 493 | Investigation Report | ADOC(DOJ)_0396217 |
| 494 | Investigation Report | ADOC(DOJ)_0396411 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 495 | Investigation Report | ADOC(DOJ)_0396478 |
| 496 | Investigation Report | ADOC(DOJ)_0396585 |
| 497 | Investigation Report | ADOC(DOJ)_0396727 |
| 498 | Investigation Report | ADOC(DOJ)_0396789 |
| 499 | Investigation Report | ADOC(DOJ)_0396841 |
| 500 | Investigation Report | ADOC(DOJ)_0398904 |
| 501 | Investigation Report | ADOC(DOJ)_0406885 |
| 502 | Investigation Report | ADOC(DOJ)_0432083 |
| 503 | Investigation Report | ADOC(DOJ)_0439996 |
| 504 | Investigation Report | ADOC(DOJ)_0462312 |
| 505 | Investigation Report | ADOC(DOJ)_0465046 |
| 506 | Incident Report | ADOC(DOJ)_0093128 |
| 507 | Investigation Report | ADOC(DOJ)_0987422 |
| 508 | Investigation Report | ADOC(DOJ)_1005800 |
| 509 | Investigation Report | ADOC(DOJ)_1011355 |
| 510 | Investigation Report | ADOC(DOJ)_1031218 |
| 511 | Investigation Report | ADOC(DOJ)_1257747 |
| 512 | Investigation Report | ADOC(DOJ)_1312256 |
| 513 | Investigation Report | ADOC(DOJ)_1408200 |
| 514 | Investigation Report | ADOC(DOJ)_1577628 |
| 515 | Investigation Report | ADOC(DOJ)_1615770 |
| 516 | Investigation Report | ADOC(DOJ)_1628079 |
| 517 | Investigation Report | ADOC(DOJ)_1628082 |
| 518 | Investigation Report | ADOC(DOJ)_1628206 |
| 519 | Investigation Report | ADOC(DOJ)_1628209 |
| 520 | Investigation Report | ADOC(DOJ)_1758099 |
| 521 | Investigation Report | ADOC(DOJ)_1758545 |
| 522 | Investigation Report | ADOC(DOJ)_1760604 |
| 523 | Investigation Report | ADOC(DOJ)_1772799 |
| 524 | Investigation Report | ADOC(DOJ)_1784911 |
| 525 | Investigation Report | ADOC(DOJ)_1799490 |
| 526 | Investigation Report | ADOC(DOJ)_1807907 |
| 527 | Investigation Report | ADOC(DOJ)_1813253 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 528 | Investigation Report | ADOC(DOJ)_1815439 |
| 529 | Investigation Report | ADOC(DOJ)_1817574 |
| 530 | Investigation Report | ADOC(DOJ)_1824791 |
| 531 | Investigation Report | ADOC(DOJ)_1827138 |
| 532 | Investigation Report | ADOC(DOJ)_1827319 |
| 533 | Investigation Report | ADOC(DOJ)_1827708 |
| 534 | Investigation Report | ADOC(DOJ)_1833560 |
| 535 | Investigation Report | ADOC(DOJ)_1834717 |
| 536 | Investigation Report | ADOC(DOJ)_2028814 |
| 537 | Investigation Report | ADOC(DOJ)_2029029 |
| 538 | Investigation Report | ADOC(DOJ)_2054952 |
| 539 | Investigation Report | ADOC(DOJ)_2093806 |
| 540 | Investigation Report | ADOC(DOJ)_2094798 |
| 541 | Investigation Report | ADOC(DOJ)_2098820 |
| 542 | Investigation Report | ADOC(DOJ)_2151568 |
| 543 | Investigation Report | ADOC(DOJ)_2172974 |
| 544 | Investigation Report | ADOC(DOJ)_2186406 |
| 545 | Investigation Report | ADOC(DOJ)_2366144 |
| 546 | Investigation Report | ADOC(DOJ)_2366527 |
| 547 | Investigation Report | ADOC(DOJ)_2366607 |
| 548 | Investigation Report | ADOC(DOJ)_2370765 |
| 549 | Investigation Report | ADOC(DOJ)_2375361 |
| 550 | Investigation Report | ADOC(DOJ)_2377827 |
| 551 | Investigation Report | ADOC(DOJ)_2485932 |
| 552 | Investigation Report | ADOC(DOJ)_2936659 |
| 553 | Investigation Report | ADOC(DOJ)_3379244 |
| 554 | Investigation Report | ADOC(DOJ)_3380436 |
| 555 | Investigation Report | ADOC(DOJ)_3389387 |
| 556 | Investigation Report | ADOC(DOJ)_3389994 |
| 557 | Investigation Report | ADOC(DOJ)_3423033 |
| 558 | Investigation Report | ADOC(DOJ)_3424794 |
| 559 | Investigation Report | ADOC(DOJ)_3424830 |
| 560 | Investigation Report | ADOC(DOJ)_3424934 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 561 | Investigation Report | ADOC(DOJ)_3426427 |
| 562 | Investigation Report | ADOC(DOJ)_3493405 |
| 563 | Investigation Report | ADOC(DOJ)_3494293 |
| 564 | Investigation Report | ADOC(DOJ)_3495319 |
| 565 | Investigation Report | ADOC(DOJ)_3495437 |
| 566 | Investigation Report | ADOC(DOJ)_3495497 |
| 567 | Investigation Report | ADOC(DOJ)_3127061 |
| 568 | Investigation Report | ADOC(DOJ)_3966638 |
| 569 | Investigation Report | ADOC(DOJ)_3968436 |
| 570 | Investigation Report | ADOC(DOJ)_3968459 |
| 571 | Investigation Report | ADOC(DOJ)_4007305 |
| 572 | Investigation Report | ADOC(DOJ)_4007372 |
| 573 | Investigation Report | ADOC(DOJ)_4007384 |
| 574 | Investigation Report | ADOC(DOJ)_4007390 |
| 575 | Investigation Report | ADOC(DOJ)_4007393 |
| 576 | Investigation Report | ADOC(DOJ)_4007399 |
| 577 | Investigation Report | ADOC(DOJ)_4007403 |
| 578 | Investigation Report | ADOC(DOJ)_4007406 |
| 579 | Investigation Report | ADOC(DOJ)_4007414 |
| 580 | Investigation Report | ADOC(DOJ)_4007420 |
| 581 | Investigation Report | ADOC(DOJ)_4007422 |
| 582 | Investigation Report | ADOC(DOJ)_4007447 |
| 583 | Investigation Report | ADOC(DOJ)_4020995 |
| 584 | Investigation Report | ADOC(DOJ)_4022412 |
| 585 | Investigation Report | ADOC(DOJ)_4024463 |
| 586 | Investigation Report | ADOC(DOJ)_4025533 |
| 587 | Investigation Report | ADOC(DOJ)_4045338 |
| 588 | Investigation Report | ADOC(DOJ)_4045344 |
| 589 | Investigation Report | ADOC(DOJ)_4065386 |
| 590 | Investigation Report | ADOC(DOJ)_4065627 |
| 591 | Investigation Report | ADOC(DOJ)_4094193 |
| 592 | Investigation Report | ADOC(DOJ)_4129371 |
| 593 | Investigation Report | ADOC(DOJ)_4129401 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 594 | Investigation Report | ADOC(DOJ)_4129424 |
| 595 | Investigation Report | ADOC(DOJ)_4129435 |
| 596 | Investigation Report | ADOC(DOJ)_4129452 |
| 597 | Investigation Report | ADOC(DOJ)_4129456 |
| 598 | Investigation Report | ADOC(DOJ)_4129465 |
| 599 | Investigation Report | ADOC(DOJ)_4129467 |
| 600 | Investigation Report | ADOC(DOJ)_1008836 |
| 601 | Investigation Report | ADOC(DOJ)_3505751 |
| 602 | Investigation Report | ADOC(DOJ)_4019650 |
| 603 | LESD Activity Report | ADOC(DOJ)_3422244 |
| 604 | LESD Activity Report | ADOC(DOJ)_3422349 |
| 605 | LESD Briefing | ADOC(DOJ)_1789189 |
| 606 | LESD Briefing | ADOC(DOJ)_2363497 |
| 607 | LESD Summary | ADOC(DOJ)_0340359 |
| 608 | Living Agreement | ADOC(DOJ)_0011166 |
| 609 | Living Agreement | ADOC(DOJ)_1170271 |
| 610 | Living Agreement | ADOC(DOJ)_1177067 |
| 611 | Log of Deaths | ADOC(DOJ)_4009840 |
| 612 | Medical Records | ADOC(DOJ)_1628178 |
| 613 | Medical Records | ADOC(DOJ)_1829665 |
| 614 | Medical Records | USSUBP_013_0000023 |
| 615 | Medical Record | USSUBP_034_0000564 |
| 616 | Offense Report | ADOC(DOJ)_1730292 |
| 617 | Offense Report | ADOC(DOJ)_3389989 |
| 618 | Officer Statement | ADOC(DOJ)_0011141 |
| 619 | Officer Statement | ADOC(DOJ)_3408538 |
| 620 | Officer Statement | ADOC(DOJ)_4065621 |
| 621 | Officer Statement | ADOC(DOJ)_4065622 |
| 622 | Personnel Memo | ADOC(DOJ)_1802178 |
| 623 | Personnel Memo | ADOC(DOJ)_2097343 |
| 624 | Photo | ADOC(DOJ)_0160808 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 625 | Photo | ADOC(DOJ)_0165029 |
| 626 | Photo | ADOC(DOJ)_1148270 |
| 627 | Photo | ADOC(DOJ)_1148276 |
| 628 | Photo | ADOC(DOJ)_1219567 |
| 629 | Photo | ADOC(DOJ)_2130023 |
| 630 | Photo | ADOC(DOJ)_2130024 |
| 631 | Photo | ADOC(DOJ)_4023075 |
| 632 | Photo | COMMS_PROD_0000116 |
| 633 | Photo | COMMS_PROD_0000181 |
| 634 | Photo | COMMS_PROD_0000182 |
| 635 | Photo | COMMS-0001343 |
| 636 | Photo | SITE-0003923 |
| 637 | Photo | SITE-0003931 |
| 638 | Photo | SITE-0005340 |
| 639 | Photo | SITE-0005787 |
| 640 | Photo | SITE-0006669 |
| 641 | Photo | SITE-0006744 |
| 642 | Photo | SITE-0006973 |
| 643 | Photo | SITE-0007365 |
| 644 | Photo | SITE-0007379 |
| 645 | Photo | SITE-0007453 |
| 646 | Photo | SITE-0007717 |
| 647 | Photo | SITE-0007811 |
| 648 | Photo | SITE-0009195 |
| 649 | Photo | SITE-0010312 |
| 650 | Photo | SITE-0012141 |
| 651 | Photo | SITE-0012328 |
| 652 | Photo | SITE-0013249 |
| 653 | Photo | SITE-0014036 |
| 654 | Photo | SITE-0014296 |
| 655 | Photo | USSUBP_002_0000182 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 656 | Photo | USSUBP_002_000018 3 |
| 657 | Photo | USSUBP_002_000018 8 |
| 658 | Photo Summary | ADOC(DOJ)_3975111 |
| 659 | Policy | ADOC(DOJ)_0312278 |
| 660 | Policy | ADOC(DOJ)_2248310 |
| 661 | Policy | ADOC(DOJ)_2249187 |
| 662 | Policy | ADOC(DOJ)_2250186 |
| 663 | Policy | ADOC(DOJ)_2250425 |
| 664 | Policy | ADOC(DOJ)_2250811 |
| 665 | Policy | ADOC(DOJ)_2251056 |
| 666 | Policy | ADOC(DOJ)_2251915 |
| 667 | Policy | ADOC(DOJ)_2252081 |
| 668 | Policy | ADOC(DOJ)_2253604 |
| 669 | Policy | ADOC(DOJ)_2292309 |
| 670 | Policy | ADOC(DOJ)_2293983 |
| 671 | Policy | ADOC(DOJ)_2295345 |
| 672 | Policy | ADOC(DOJ)_2295738 |
| 673 | Policy | ADOC(DOJ)_3395870 |
| 674 | Policy | ADOC(DOJ)_4015513 |
| 675 | Policy | USRFP_002_0002903 |
| 676 | Policy | ADOC(DOJ)_2248932 |
| 677 | PREA Incidents | ADOC(DOJ)_2184497 |
| 678 | Sexual Abuse Review Form | ADOC(DOJ)_4010156 |
| 679 | Sexual Abuse Review Form | ADOC(DOJ)_4010160 |
| 680 | Sexual Abuse Review Form | ADOC(DOJ)_4010166 |
| 681 | Sexual Abuse Review Form | ADOC(DOJ)_4010206 |
| 682 | Sexual Abuse Review Form | ADOC(DOJ)_4010340 |
| 683 | Sexual Abuse Review Form | ADOC(DOJ)_4010452 |
| 684 | Sexual Abuse Review Form | ADOC(DOJ)_4010565 |
| 685 | Shift Roster | ADOC(DOJ)_3420778 |
| 686 | Shift Roster | ADOC(DOJ)_3420779 |
| 687 | Shift Roster | ADOC(DOJ)_3420858 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 688 | Shift Roster | ADOC(DOJ)_3421034 |
| 689 | Shift Roster | ADOC(DOJ)_3421036 |
| 690 | Shift Roster | ADOC(DOJ)_3421240 |
| 691 | Shift Roster | ADOC(DOJ)_3421622 |
| 692 | Shift Roster | ADOC(DOJ)_4016313 |
| 693 | Shift Roster | ADOC(DOJ)_4016318 |
| 694 | Shift Roster | ADOC(DOJ)_4016321 |
| 695 | Shift Roster | ADOC(DOJ)_4016323 |
| 696 | Shift Roster | ADOC(DOJ)_4016360 |
| 697 | Shift Roster | ADOC(DOJ)_4016370 |
| 698 | Situational Brief | ADOC(DOJ)_2138357 |
| 699 | Use of Force Letter | ADOC(DOJ)_4023504 |
| 700 | Use of Force Review Board report | ADOC(DOJ)_4129471 |
| 701 | Use of Force Review Board report | ADOC(DOJ)_4129475 |
| 702 | Video Request | ADOC(DOJ)_4045353 |
| 703 | Video Review Notes | ADOC(DOJ)_4097515 |
| 704 | Warrant | ADOC(DOJ)_2485928 |
| 705 | Video | ADOC(DOJ)_0212361 |
| 706 | Video | ADOC(DOJ)_1202700 |
| 707 | Video | ADOC(DOJ)_1202701 |
| 708 | Video | ADOC(DOJ)_4065379 |
| 709 | Video | COMMS_PROD_0000168 |
| 710 | Video | COMMS_PROD_0000186 |
| 711 | Video | COMMS_PROD_0000220 |
| 712 | Video | COMMS_PROD_0000228 |
| 713 | Video | COMMS_PROD_0000340 |
| 714 | Video | COMMS_PROD_0000480 |
| 715 | Video | COMMS_PROD_0000506 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 716 | Video | COMMS_PROD_0000 599 |
| 717 | Video | COMMS-0001699 |
| 718 | Video | ADOC(DOJ)_4066086 |
| 719 | Video | ADOC(DOJ)_4080494 |
| 720 | Video Elmore C19 - A2 side 1 - Camera - 01-2023-12-12 ELMCF-23-02168 approx 0511-0520hrs Request 217 | |
| 721 | Video HIGHLY CONFIDENTIAL St.Clair C70 - N_O - Camera - 03-2023-01-03-ADOC(DOJ)_0242655 | |
| 722 | Video ADOC(DOJ)_1200628-ADOC(DOJ)_1200628 HIGHLY CONFIDENTIAL | |
| 723 | Video ADOC(DOJ)_1201977-ADOC(DOJ)_1201977 HIGHLY CONFIDENTIAL | |
| 724 | Video Elmore C27 - C Dorm West1 - Camera - 01-2023-04-26 approx 2230 - 0030 Request 122 | |
| 725 | Video Staton C43 - Dorm B - Camera - 01-2023-04-30 approx 0800 - 1000 Request 130 | |
| 726 | Video Staton C20 - C dorm bay 2 - Camera - 03-2023-04-30 approx 1439 - 1639 Request 132 | |
| 727 | Video Elmore C27 - C Dorm West1 - Camera - 02-2023-05-16 0828- 1028 hrs ELMCF-23-00938 Request 147 | |
| 728 | Video Ventress C26 - F Dorm - Camera - 01-2023-04-30 approx 1010 - 1210 Request 128 | |
| 729 | Video Bullock C38 - I1 Dorm - Camera - 04-2023-07-07 BCF-23-01103 approx 1200-1300 hrs Request No 169 | |
| 730 | Video ADOC(DOJ)_1200473-ADOC(DOJ)_1200473 HIGHLY CONFIDENTIAL | |
| 731 | Video Staton C37 - E dorm bay 1 - Camera - 04-2023-10-21 approx 1630-1730hrs (in response to US RFP 210) | |
| 732 | Video Donaldson C65 - Dorm X and Y Cube-2023-08-13 WDCF-23-01415 approx 0320 - 0420 hrs Request No 182 | |
| 733 | Video Easterling C22 - Population Chow Hall - Camera - 01-2023-05-24 approx 1800 - 2000 hrs (Response to US RFP 160) | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 734 | Video Bibb C23 - E Dorm Entry - Camera - 02-2023-08-04 No IR approx 1130-0130 (Response to US RFP 180) | |
| 735 | Video Elmore C30 - C Dorm Rec Room West - Camera - 02-2023-04-27 approx 0100 – 0300 (Response to US RFP 124) | |
| 736 | Video Fountain C02 - F Dorm - Camera - 02-2023-09-20 approx 1000-1030 hours (Response to US RFP 196) | |
| 737 | Video C02 – Shift Office Entrance – Camera 01 500 – 630 hrs (Response to US RFP 17) | |
| 738 | Video Limestone C25 - Dining Room Front - Camera - 02-2024-02-24 approx. 0746 hours to 0747 hours.mp4 | |
| 739 | Video Kilby C19 - P Dorm - Camera - 02-2024-02-26 approx. 0756 hours to 0814 hours.mp4 | |
| 740 | Video Limestone C67 - Dorm K - Camera - 02-2024-03-23Approx 0700-0715hrs LCF-24-00379 Request No 257 | |
| 741 | Video Limestone C69 - Dorm K Lobby-2024-03-23 Approx 0700-0715hrs LCF-24-00379 Request No 257 | |
| 742 | Summary of ADOC Deaths | ADOC(DOJ)_2403250 |
| 743 | Summary of Incidents (1/1/2019-12/31/2019) | ADOC(DOJ)_0308679 |
| 744 | Summary of Incidents (1/1/2020-12/31/2020) | ADOC(DOJ)_0308680 |
| 745 | Summary of Incidents (1/1/2021-9/30/2021) | ADOC(DOJ)_0308681 |
| 746 | Summary of Incidents (10/1/2021 to 12/31/2022) | ADOC(DOJ)_1200332 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 747 | Summary of Incidents (1/1/2023 to 6/30/2023) | ADOC(DOJ)_025 and ADOC(DOJ)_031 – Delimited File |
| 748 | Summary of Incidents (7/1/2023 to 9/30/2023) | ADOC(DOJ)_052 Delimited File |
| 749 | Summary of Incidents (10/1/2023 to 3/31/2024) | ADOC(DOJ)_055 Delimited File |
| 750 | Summary of Incidents (4/1/2024-6/30/2024) | ADOC(DOJ)_3398667 |
| 751 | Summary of Incidents (7/1/2024 to 1/31/2025) | ADOC(DOJ)_67 Delimited File |
| 752 | Summary of Incidents (Draper 5/1/2020-12/21/2020) | ADOC(DOJ)_0321051 |
| 753 | Summary of Incidents (Draper 1/4/2021-9/30/2021) | ADOC(DOJ)_0321052 |
| 754 | Photo | SITE-0003958 |

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

/s/ *Carla Ward*
CARLA C. WARD
Deputy Civil Chief

JASON R. CHEEK
Chief, Civil Division

United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
carla.ward@usdoj.gov

EILEEN ULATE
ASHLEY LIGHT
CRISTINA GAMONDI
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 705-8762
Natasha-eileen.ulate@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ *Carla Ward*
CARLA C. WARD
Attorney for the United States