FILED
2026 Aug-25 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS, | ] ] | Civil No. 2:20-cv-01971-HDM |
| | ] | |
| Defendants. | ] | |

**<u>THE UNITED STATES' NOTICE OF CONVENTIONAL FILING</u>**

The United States submits this Notice of Conventional Filing of a flash drive with the Clerk of Court that contains oversized exhibits, under seal, pursuant to this Court's August 13, 2026 Order, Doc. 348. The oversized exhibits filed by the United States are listed in its Evidentiary Submission in Support of its Motion for Summary Judgment, Doc. 354, and itemized in Attachment A to this Notice.

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

/s/ *Carla Ward*
CARLA C. WARD
Deputy Civil Chief

JASON R. CHEEK
Chief, Civil Division

United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
carla.ward@usdoj.gov

EILEEN ULATE
ASHLEY LIGHT
CRISTINA GAMONDI
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 705-8762
Natasha-eileen.ulate@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ *Carla Ward*
CARLA C. WARD
Attorney for the United States