FILED
2026 Aug-28 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-01971-HDM** |
| | ) | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THE STATE'S INITIAL EVIDENTIARY SUBMISSION**

Defendants the State of Alabama ("Alabama") and Alabama Department of Corrections ("ADOC," and together with Alabama, the "State") hereby submit the attached evidentiary materials in support of their Motion for Summary Judgment.

***News Articles and Publications***

**Exhibit 1:** Alabama Daily News Article - Report: State's Efforts to Increase Prison Staff Pay Improving Retention (Sept. 23, 2024)

**Exhibit 2:** Corrections1 Article - Alabama Prison Commissioner Hopes Raises Can Move Needle on Staff Shortage (Mar. 16, 2023)

**Exhibit 3:** Corrections1 Article - Pay Raises Increase Alabama State Prison Staffing (Sept. 22, 2023)

**Exhibit 4:** Press Release - ADOC Commissioner Announces Pay Increases for Correctional Officers (Mar. 7, 2023)

**Exhibit 5:** Safer Prisons / Safer Communities, Prison Staffing Crisis by the Numbers (October 2024)

**Exhibit 6:** The Cullman Times - Alabama Correctional Officers to Get Hefty Pay Increase (Mar. 9, 2023)

**Exhibit 7:** The Marshall Project Article - New Data Shows How Dire the Prison Staffing Shortage Really Is (Jan. 10, 2024)

**Exhibit 8:** USA Today Article - As Prison Populations Rise, States Face a Stubborn Staffing Crisis (Jan. 10, 2024)

***Studies, Reports, and Media Releases***

**Exhibit 9:** ADOC Strategic Plan 2019-2022 (Ex. 145B to the Deposition of Jeffery Williams)

**Exhibit 10:** Alabama Commission on the Evaluation of Services, Correctional Officer Recruitment & Retention Efforts (May 2024) (ADOC(DOJ)_4182904-4182924)

**Exhibit 11:** Recruiting and Retaining Correctional Officers, A Report for the Alabama Department of Corrections, Warren Averett (ADOC(DOJ)_2351294-ADOC(DOJ)_2351338)

***Monthly Statistical Reports***

**Exhibit 12:** January 2019 Monthly Statistical Report

**Exhibit 13:** February 2019 Monthly Statistical Report

**Exhibit 14:** March 2019 Monthly Statistical Report

**Exhibit 15:** April 2019 Monthly Statistical Report

**Exhibit 16:** May 2019 Monthly Statistical Report

**Exhibit 17:** June 2019 Monthly Statistical Report

**Exhibit 18:** July 2019 Monthly Statistical Report

**Exhibit 19:** August 2019 Monthly Statistical Report

**Exhibit 20:** September 2019 Monthly Statistical Report

**Exhibit 21:** October 2019 Monthly Statistical Report

| | |
|---|---|
| **Exhibit 22:** | November 2019 Monthly Statistical Report |
| **Exhibit 23:** | December 2019 Monthly Statistical Report |
| **Exhibit 24:** | January 2020 Monthly Statistical Report |
| **Exhibit 25:** | February 2020 Monthly Statistical Report |
| **Exhibit 26:** | March 2020 Monthly Statistical Report |
| **Exhibit 27:** | April 2020 Monthly Statistical Report |
| **Exhibit 28:** | May 2020 Monthly Statistical Report |
| **Exhibit 29:** | June 2020 Monthly Statistical Report |
| **Exhibit 30:** | July 2020 Monthly Statistical Report |
| **Exhibit 31:** | August 2020 Monthly Statistical Report |
| **Exhibit 32:** | September 2020 Monthly Statistical Report |
| **Exhibit 33:** | October 2020 Monthly Statistical Report |
| **Exhibit 34:** | November 2020 Monthly Statistical Report |
| **Exhibit 35:** | December 2020 Monthly Statistical Report |
| **Exhibit 36:** | January 2021 Monthly Statistical Report |
| **Exhibit 37:** | February 2021 Monthly Statistical Report |
| **Exhibit 38:** | March 2021 Monthly Statistical Report |
| **Exhibit 39:** | April 2021 Monthly Statistical Report |
| **Exhibit 40:** | May 2021 Monthly Statistical Report |
| **Exhibit 41:** | June 2021 Monthly Statistical Report |
| **Exhibit 42:** | July 2021 Monthly Statistical Report |
| **Exhibit 43:** | August 2021 Monthly Statistical Report |
| **Exhibit 44:** | September 2021 Monthly Statistical Report |

**Exhibit 45:** October 2021 Monthly Statistical Report

**Exhibit 46:** November 2021 Monthly Statistical Report

**Exhibit 47:** December 2021 Monthly Statistical Report

**Exhibit 48:** January 2022 Monthly Statistical Report

**Exhibit 49:** February 2022 Monthly Statistical Report

**Exhibit 50:** March 2022 Monthly Statistical Report

**Exhibit 51:** April 2022 Monthly Statistical Report

**Exhibit 52:** May 2022 Monthly Statistical Report

**Exhibit 53:** June 2022 Monthly Statistical Report

**Exhibit 54:** July 2022 Monthly Statistical Report

**Exhibit 55:** August 2022 Monthly Statistical Report

**Exhibit 56:** September 2022 Monthly Statistical Report

**Exhibit 57:** October 2022 Monthly Statistical Report

**Exhibit 58:** November 2022 Monthly Statistical Report

**Exhibit 59:** December 2022 Monthly Statistical Report

**Exhibit 60:** January 2023 Monthly Statistical Report

**Exhibit 61:** February 2023 Monthly Statistical Report

**Exhibit 62:** March 2023 Monthly Statistical Report

**Exhibit 63:** April 2023 Monthly Statistical Report

**Exhibit 64:** May 2023 Monthly Statistical Report

**Exhibit 65:** June 2023 Monthly Statistical Report

**Exhibit 66:** July 2023 Monthly Statistical Report

**Exhibit 67:** August 2023 Monthly Statistical Report

**Exhibit 68:** September 2023 Monthly Statistical Report

**Exhibit 69:** October 2023 Monthly Statistical Report

**Exhibit 70:** November 2023 Monthly Statistical Report

**Exhibit 71:** December 2023 Monthly Statistical Report

**Exhibit 72:** January 2024 Monthly Statistical Report

**Exhibit 73:** February 2024 Monthly Statistical Report

**Exhibit 74:** March 2024 Monthly Statistical Report

**Exhibit 75:** April 2024 Monthly Statistical Report

**Exhibit 76:** May 2024 Monthly Statistical Report

**Exhibit 77:** June 2024 Monthly Statistical Report

**Exhibit 78:** July 2024 Monthly Statistical Report

**Exhibit 79:** August 2024 Monthly Statistical Report

**Exhibit 80:** September 2024 Monthly Statistical Report

**Exhibit 81:** October 2024 Monthly Statistical Report

**Exhibit 82:** November 2024 Monthly Statistical Report

**Exhibit 83:** December 2024 Monthly Statistical Report

***Annual Reports***

**Exhibit 84:** Fiscal Year 2010 Annual Report

**Exhibit 85:** Fiscal Year 2011 Annual Report

**Exhibit 86:** Fiscal Year 2012 Annual Report

**Exhibit 87:** Fiscal Year 2013 Annual Report

**Exhibit 88:** Fiscal Year 2014 Annual Report

**Exhibit 89:** Fiscal Year 2015 Annual Report

***Braggs Quarterly and Correctional Staffing Reports***

**Exhibit 90:** Braggs Quarterly Correctional Staffing Reports - Q1 2018 (ADOC(DOJ)_2269777-2269785)

**Exhibit 91:** Braggs Quarterly Correctional Staffing Reports - Q2 2018 (ADOC(DOJ)_2269732-2269738)

**Exhibit 92:** Braggs Quarterly Correctional Staffing Reports - Q3 2018 (ADOC(DOJ)_2269786-2269794)

**Exhibit 93:** Braggs Quarterly Correctional Staffing Reports - Q4 2018 (ADOC(DOJ)_2269759-2269760)

**Exhibit 94:** Braggs Quarterly Correctional Staffing Reports - Q1 2019 (ADOC(DOJ)_2269767-2269768)

**Exhibit 95:** Braggs Quarterly Correctional Staffing Reports - Q2 2019 (ADOC(DOJ)_2269740-2269741)

**Exhibit 96:** Braggs Quarterly Correctional Staffing Reports - Q3 2019 (ADOC(DOJ)_2269796-2269797)

**Exhibit 97:** Braggs Quarterly Correctional Staffing Reports - Q4 2019 (ADOC(DOJ)_2269751-2269752)

**Exhibit 98:** Braggs Quarterly Correctional Staffing Reports - Q1 2020 (ADOC(DOJ)_2269775-2269776)

**Exhibit 99:** Braggs Quarterly Correctional Staffing Reports - Q2 2020 (ADOC(DOJ)_2269748-2269749)

**Exhibit 100:** Braggs Quarterly Correctional Staffing Reports - Q3 2020 (ADOC(DOJ)_2269803-2269804)

**Exhibit 101:** Braggs Quarterly Correctional Staffing Reports - Q4 2020 (ADOC(DOJ)_2269757-2269758)

**Exhibit 102:** Braggs Quarterly Correctional Staffing Reports - Q1 2021 (ADOC(DOJ)_2269773-2269774)

**Exhibit 103:** Braggs Quarterly Correctional Staffing Reports - Q2 2021 (ADOC(DOJ)_2269745-2269746)

**Exhibit 104:** Braggs Quarterly Correctional Staffing Reports - Q3 2021 (ADOC(DOJ)_2269800-2269801)

**Exhibit 105:** Braggs Quarterly Correctional Staffing Reports - Q4 2021 (ADOC(DOJ)_2269755)

**Exhibit 106:** Braggs Quarterly Correctional Staffing Reports - Q1 2022 (ADOC(DOJ)_2269771)

**Exhibit 107:** Braggs Quarterly Correctional Staffing Reports - Q2 2022 (ADOC(DOJ)_2269743)

**Exhibit 108:** Braggs Quarterly Correctional Staffing Reports - Q3 2022 (ADOC(DOJ)_2269798)

**Exhibit 109:** Braggs Quarterly Correctional Staffing Reports - Q4 2022 (ADOC(DOJ)_2269753)

**Exhibit 110:** Braggs Quarterly Correctional Staffing Reports - Q1 2023 (ADOC(DOJ)_ 2269805)

**Exhibit 111:** Braggs Quarterly Correctional Staffing Reports - Q2 2023 (ADOC(DOJ)_2269742)

**Exhibit 112:** Braggs Quarterly Correctional Staffing Reports - Q3 2023

**Exhibit 113:** Braggs Quarterly Correctional Staffing Reports - Q4 2023

**Exhibit 114:** Braggs Quarterly Correctional Staffing Reports - Q1 2024

**Exhibit 115:** Braggs Quarterly Correctional Staffing Reports - Q2 2024

**Exhibit 116:** Braggs Quarterly Correctional Staffing Reports - Q3 2024

**Exhibit 117:** Braggs Quarterly Correctional Staffing Reports - Q4 2024

***Policies, Procedures, and Standards***

**Exhibit 118:** Administrative Regulation Number 208 - Employee Corrective Action – May 1, 2024 (ADOC(DOJ)_4016023-4016067)

**Exhibit 119:** Administrative Regulation Number 400 - Classification of Inmates – December 1, 2022 (ADOC(DOJ)_ 4015492-4015494)

**Exhibit 120:** ADOC Male Classification Manual (January 2018) (ADOC(DOJ)_1335688-1335770)

***Declarations***

**Exhibit 121:** Declaration of Stan Goolsby

***Federal Bureau of Prison Documents***

**Exhibit 122:** DOJ OIG Report - Evaluation of Issues Surrounding Inmate Deaths in Federal Bureau of Prisons Institutions - 24-041 (February 2024)

**Exhibit 123:** DOJ Statement of Kathleen Toomey – Hearing (Feb. 26, 2025)

**Exhibit 124:** Durbin Urges OPM to Approve Special Pay Rate for BOP Employees to Address Critical Staffing Shortages at BOP Facilities Nationwide, U.S. Senate Committee on the Judiciary (Jan. 14, 2025)

**Exhibit 125:** FBOP Inmate to Correctional Officer (CO) Ratio Report

**Exhibit 126:** The Nation's Correctional Staffing Crisis: Assessing the Toll on Correctional Officers and Incarcerated Persons – Statement of John Wetzel (Feb. 28, 2024)

**Exhibit 127:** The Nation's Correctional Staffing Crisis: Assessing the Toll on Correctional Officers and Incarcerated Persons – Statement of Brandy Moore White (Feb. 28, 2024)

**Exhibit 128:** The Nation's Correctional Staffing Crisis: Assessing the Toll on Correctional Officers and Incarcerated Persons – Statement of Stephen Walker (Feb. 28, 2024)

**Exhibit 129:** U.S. Senate Letter to FBOP Director (May 28, 2024)

***Miscellaneous Documents***

**Exhibit 130:** Comp Comparisons Chart (Ex. 7 to the Deposition of Kenneth Ray)

**Exhibit 131:** Governor's Recommendation v. ADOC Actual Expenditures Chart (Ex. 8 to the Deposition of Kenneth Ray)

**Exhibit 132:** The United State's Objections and Responses to Defendants' First Requests for Admission

**Exhibit 133:** The United States' Objections and Responses to Defendants' Second Set of Interrogatories (Ex. 2 to Deposition of Mark Williams)

The State hereby submits the attached evidentiary materials *under seal* in support of their Motion for Summary Judgment.

***Deposition Transcripts (Under Seal)***

**Exhibit 134:** Deposition Transcript of Albert Thomas

**Exhibit 135:** Deposition Transcript of Angie Baggett

**Exhibit 136:** Deposition Transcript of April Bickhaus

**Exhibit 137:** Deposition Transcript of Arnaldo Mercado

**Exhibit 138:** Deposition Transcript of Bradley Walker

**Exhibit 139:** Deposition Transcript of Carl Damone

**Exhibit 140:** Deposition Transcript of Christopher Gordy

**Exhibit 141:** Deposition Transcript of Clatys Jenkins

**Exhibit 142:** Deposition Transcript of Curtis Nolen

**Exhibit 143:** Deposition Transcript of Cynthia Stewart-Riley

**Exhibit 144:** Deposition Transcript of Cynthia Stewart-Riley 30(b)(6)

**Exhibit 145:** Deposition Transcript of David Lamar

**Exhibit 146:** Deposition Transcript of Edward Ellington

**Exhibit 147:** Deposition Transcript of Elizabeth Lambert-Hughes

**Exhibit 148:** Deposition Transcript of Elliott Sanders

**Exhibit 149:** Deposition Transcript of Eric Bradford

**Exhibit 150:** Deposition Transcript of Evan Norris 30(b)(6)

**Exhibit 151:** Deposition Transcript of James Austin (Duke, 2016)

**Exhibit 152:** Deposition Transcript of James Austin (Duke, 2024)

**Exhibit 153:** Deposition Transcript of Jefferson Dunn (Duke)

**Exhibit 154:** Deposition Transcript of John Hamm

**Exhibit 155:** Deposition Transcript of John Hutton

**Exhibit 156:** Deposition Transcript of Joseph Danzey

**Exhibit 157:** Deposition Transcript of Joseph Headley

**Exhibit 158:** Deposition Transcript of Kathy Lane

**Exhibit 159:** Deposition Transcript of Kenneth Peters

**Exhibit 160:** Deposition Transcript of Kenneth Ray

**Exhibit 161:** Deposition Transcript of Kevin McNatt

**Exhibit 162:** Deposition Transcript of Kevin Quinn

**Exhibit 163:** Deposition Transcript of Lisa Gradiska 30(b)(6)

**Exhibit 164:** Deposition Transcript of Malcolm Holtzclaw

**Exhibit 165:** Deposition Transcript of Marc Coudriet

**Exhibit 166:** Deposition Transcript of Mark McCorkle

**Exhibit 167:** Deposition Transcript of Mark Williams

**Exhibit 168:** Deposition Transcript of Martin Horn

**Exhibit 169:** Deposition Transcript of Mary Ila Ward

**Exhibit 170:** Deposition Transcript of Mary Ila Ward (Duke)

**Exhibit 171:** Deposition Transcript of Megan Fulghum

**Exhibit 172:** Deposition Transcript of Michael Allen

**Exhibit 173:** Deposition Transcript of Michelle Bonner

**Exhibit 174:** Deposition Transcript of Mistelle Starr

**Exhibit 175:** Deposition Transcript of Napoleon Goodson

**Exhibit 176:** Deposition Transcript of Otis Smith

**Exhibit 177:** Deposition Transcript of Patrick Robinson

**Exhibit 178:** Deposition Transcript of Phillip Mitchell

**Exhibit 179:** Deposition Transcript of Randy Keyes

**Exhibit 180:** Deposition Transcript of Renée Minor

**Exhibit 181:** Deposition Transcript of Robert Carter

**Exhibit 182:** Deposition Transcript of Rod Miller

**Exhibit 183:** Deposition Transcript of Rod Miller (Duke)

**Exhibit 184:** Deposition Transcript of Roger Werholtz

**Exhibit 185:** Deposition Transcript of Sean Stewart

**Exhibit 186:** Deposition Transcript of Sean Stewart (Duke)

**Exhibit 187:** Deposition Transcript of Shannon Withers

**Exhibit 188:** Deposition Transcript of Suzanne Hamm

**Exhibit 189:** Deposition Transcript of Terry Raybon

**Exhibit 190:** Deposition Transcript of Wendy Williams

**Exhibit 191:** Deposition Transcript of William Bechtold

***Policies, Procedures, and Standards (Under Seal)***

**Exhibit 192:** Administrative Regulation Number 327 - Use of Force – January 27, 2025 (ADOC(DOJ)_4130179-4130192)

**Exhibit 193:** ADOC Use of Force Manual (December 2024) (ADOC(DOJ)_4016815-4016842)

**Exhibit 194:** Administrative Regulation Number 327 - Use of Force – March 4, 2015 (ADOC(DOJ)_4015642-4015655)

**Exhibit 195:** F05.01.01 Written Policies Required (ADOC(DOJ)_4130326-4130327)

**Exhibit 196:** F05.02.01 Purpose of Use of Force (ADOC(DOJ)_4130328-4130328)

**Exhibit 197:** F05.03.01 Function of Restraints (ADOC(DOJ)_4130315-4130316)

**Exhibit 198:** F05.04.01 Medical Examination and Treatment Following Use of Force Restraint (ADOC(DOJ)_4130300- 4130300)

**Exhibit 199:** F05.03.02 Restraint Devices (ADOC(DOJ)_4130309- 4130310)

**Exhibit 200:** F05.04.02 Documentation Requirements (ADOC(DOJ)_4130296- 4130296)

**Exhibit 201:** F05.02.03 Prohibited Use of Force and Restraints (ADOC(DOJ)_4130329- 4130330)

**Exhibit 202:** F05.03.03 Restraint Chairs (ADOC(DOJ)_4130307- 4130308)

**Exhibit 203:** F05.02.04 Criteria Justifying Use of Force General (ADOC(DOJ)_4130324- 4130325)

**Exhibit 204:** F05.03.04 Restraints. Crisis Intervention (ADOC(DOJ)_4130306- 4130306)

**Exhibit 205:** F05.02.05 Use of Force Training (ADOC(DOJ)_4130323-4130323)

**Exhibit 206:** F05.03.05 Restraints. Supervision and Care (ADOC(DOJ)_4130303- 4130304)

**Exhibit 207:** F05.02.06 Criteria Justifying Use of Force. Convicted (ADOC(DOJ)_4130321- 4130322)

**Exhibit 208:** F05.03.06 Restraints. Supervision and Care During Extended Periods in Restraints (ADOC(DOJ)_4130305- 4130305)

**Exhibit 209:** F05.02.07 Criteria Justifying Use of Force. Pretrial (ADOC(DOJ)_4130317- 4130320)

**Exhibit 210:** F05.03.07 Restraints. Pregnant Women (ADOC(DOJ)_4130301- 4130302)

**Exhibit 211:** F05.02.08 Use of Force Supervisory Review (ADOC(DOJ)_4130313- 4130314)

**Exhibit 212:** F05.03.08 Criteria Justifying. Restraint Devices (ADOC(DOJ)_4130297- 4130299)

**Exhibit 213:** F05.02.09 Duty to Intervene (ADOC(DOJ)_4130311- 4130312)

***Use of Force Review Board Reports (Under Seal)***

**Exhibit 214:** Use of Force Review Board Report (ADOC(DOJ)_4129362)

**Exhibit 215:** Use of Force Review Board Report (ADOC(DOJ)_4129363-4129364)

**Exhibit 216:** Use of Force Review Board Report (ADOC(DOJ)_4129365-4129366)

**Exhibit 217:** Use of Force Review Board Report (ADOC(DOJ)_4129367)

**Exhibit 218:** Use of Force Review Board Report (ADOC(DOJ)_4129368)

**Exhibit 219:** Use of Force Review Board Report (ADOC(DOJ)_4129369)

**Exhibit 220:** Use of Force Review Board Report (ADOC(DOJ)_4129370)

**Exhibit 221:** Use of Force Review Board Report (ADOC(DOJ)_4129371-4129372)

**Exhibit 222:** Use of Force Review Board Report (ADOC(DOJ)_4129373-4129374)

**Exhibit 223:** Use of Force Review Board Report (ADOC(DOJ)_4129375-4129377)

**Exhibit 224:** Use of Force Review Board Report (ADOC(DOJ)_4129378-4129380)

**Exhibit 225:** Use of Force Review Board Report (ADOC(DOJ)_4129381-4129383)

**Exhibit 226:** Use of Force Review Board Report (ADOC(DOJ)_4129384-4129386)

**Exhibit 227:** Use of Force Review Board Report (ADOC(DOJ)_4129387-4129389)

**Exhibit 228:** Use of Force Review Board Report (ADOC(DOJ)_4129390-4129391)

**Exhibit 229:** Use of Force Review Board Report (ADOC(DOJ)_4129392-4129394)

**Exhibit 230:** Use of Force Review Board Report (ADOC(DOJ)_4129395-4129397)

**Exhibit 231:** Use of Force Review Board Report (ADOC(DOJ)_4129398-4129400)

**Exhibit 232:** Use of Force Review Board Report (ADOC(DOJ)_4129401-4129403)

**Exhibit 233:** Use of Force Review Board Report (ADOC(DOJ)_4129404-4129406)

**Exhibit 234:** Use of Force Review Board Report (ADOC(DOJ)_4129407-4129409)

**Exhibit 235:** Use of Force Review Board Report (ADOC(DOJ)_4129410-4129412)

**Exhibit 236:** Use of Force Review Board Report (ADOC(DOJ)_4129413-4129415)

**Exhibit 237:** Use of Force Review Board Report (ADOC(DOJ)_4129416-4129417)

**Exhibit 238:** Use of Force Review Board Report (ADOC(DOJ)_4129418-4129419)

**Exhibit 239:** Use of Force Review Board Report (ADOC(DOJ)_4129420-4129421)

**Exhibit 240:** Use of Force Review Board Report (ADOC(DOJ)_4129422-4129423)

**Exhibit 241:** Use of Force Review Board Report (ADOC(DOJ)_4129424-4129426)

**Exhibit 242:** Use of Force Review Board Report (ADOC(DOJ)_4129427-4129429)

**Exhibit 243:** Use of Force Review Board Report (ADOC(DOJ)_4129430-4129431)

**Exhibit 244:** Use of Force Review Board Report (ADOC(DOJ)_4129432-4129434)

**Exhibit 245:** Use of Force Review Board Report (ADOC(DOJ)_4129435-4129437)

**Exhibit 246:** Use of Force Review Board Report (ADOC(DOJ)_4129438-4129439)

**Exhibit 247:** Use of Force Review Board Report (ADOC(DOJ)_4129440-4129441)

**Exhibit 248:** Use of Force Review Board Report (ADOC(DOJ)_4129442-4129443)

**Exhibit 249:** Use of Force Review Board Report (ADOC(DOJ)_4129444-4129446)

**Exhibit 250:** Use of Force Review Board Report (ADOC(DOJ)_4129447-4129449)

**Exhibit 251:** Use of Force Review Board Report (ADOC(DOJ)_4129450-4129451)

**Exhibit 252:** Use of Force Review Board Report (ADOC(DOJ)_4129452-4129455)

**Exhibit 253:** Use of Force Review Board Report (ADOC(DOJ)_4129456-4129457)

**Exhibit 254:** Use of Force Review Board Report (ADOC(DOJ)_4129458-4129459)

**Exhibit 255:** Use of Force Review Board Report (ADOC(DOJ)_4129460-4129461)

**Exhibit 256:** Use of Force Review Board Report (ADOC(DOJ)_4129462)

**Exhibit 257:** Use of Force Review Board Report (ADOC(DOJ)_4129463-4129464)

**Exhibit 258:** Use of Force Review Board Report (ADOC(DOJ)_4129465-4129466)

**Exhibit 259:** Use of Force Review Board Report (ADOC(DOJ)_4129467-4129468)

**Exhibit 260:** Use of Force Review Board Report (ADOC(DOJ)_4129469-4129470)

**Exhibit 261:** Use of Force Review Board Report (ADOC(DOJ)_4129471-4129472)

**Exhibit 262:** Use of Force Review Board Report (ADOC(DOJ)_4129473)

**Exhibit 263:** Use of Force Review Board Report (ADOC(DOJ)_4129474)

**Exhibit 264:** Use of Force Review Board Report (ADOC(DOJ)_4129475)

**Exhibit 265:** Use of Force Review Board Report (ADOC(DOJ)_4129476-4129477)

**Exhibit 266:** Use of Force Review Board Report (ADOC(DOJ)_4129478-4129479)

***Incident and Investigative Reports (Under Seal)***

**Exhibit 267:** ADOC Incident Report (ADOC(DOJ)_3348539)

**Exhibit 268:** ADOC Investigative Report (ADOC(DOJ)_3270711-3270715)

**Exhibit 269:** ADOC Investigative Report (ADOC(DOJ)_3316598-3316602)

**Exhibit 270:** ADOC Investigative Report (ADOC(DOJ)_3243868-3243871)

***Declarations (Under Seal)***

**Exhibit 271:** Declaration of Bradley Walker

**Exhibit 272:** Declaration of Bryant Robbins

**Exhibit 273:** Declaration of Clatys Jenkins

**Exhibit 274:** Declaration of Curtis Nolen

**Exhibit 275:** Declaration of Dr. Kevin Gillilan

**Exhibit 276:** Declaration of John Crow

**Exhibit 277:** Declaration of John Hutton

**Exhibit 278:** Declaration of Joseph Danzey

**Exhibit 279:** Declaration of Joseph Headley

**Exhibit 280:** Declaration of Kenneth Peters

**Exhibit 281:** Declaration of Mary Ila Ward

**Exhibit 282:** Declaration of Micheal Allen

**Exhibit 283:** Declaration of Phillip Mitchell

**Exhibit 284:** Declaration of Ryan Wallis

**Exhibit 285:** Declaration of Sean Stewart

**Exhibit 286:** Declaration of Terry Raybon

**Exhibit 287:** Declaration of Vencini Smith

***Federal Bureau of Prison (FBOP) Documents (Under Seal)***

**Exhibit 288:** FBOP 2023 Vacancy Rate Report (BOP-00005176-00005202)

**Exhibit 289:** FBOP Agency-Wide Retention Incentive (BOP-00007235-00007236)

**Exhibit 290:** FBOP Hazelton 2023 Hiring Challenges (BOP-00007239)

**Exhibit 291:** FBOP Retention Incentive (BOP-0005162)

**Exhibit 292:** FBOP Staff Report (BOP-00004401)

**Exhibit 293:** U.S. Senate Letter to FBOP Director (Nov. 2, 2023) (BOP-00007240-00007241)

**Exhibit 294:** U.S. Senate Letter to FBOP Director (October 17, 2023) (BOP-00007237-00007238)

**Exhibit 295:** USP Atlanta Memorandum (Sept. 26, 2024) (BOP-00011644)

***Miscellaneous Documents (Under Seal)***

**Exhibit 296:** ADOC Employee Roster (ADOC(DOJ)_3398666)

Dated: August 28, 2026

/s/ *Lynette E. Potter*
Lynette E. Potter
*One of the Attorneys for the State*

William R. Lunsford
Lynette E. Potter
Daniel J. Chism
Megan M. Everett
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
lynette.potter@butlersnow.com
daniel.chism@butlersnow.com
megan.everett@butlersnow.com

John R. Alford, Jr.
**BUTLER SNOW LLP**
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
Telephone: (205) 297-2200
Facsimile: (205) 297-2201
john.alford@butlersnow.com

Will R. Allen
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
will.allen@butlersnow.com

Keith J. Fernandez
George Wright
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8700

Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com
george.wright@butlersnow.com

Michael B. Beers
**BUTLER SNOW LLP**
250 Commerce Street
Suite 100
Montgomery, AL 36104
Telephone: (334) 832-2905
Facsimile: (334) 832-2901
mike.beers@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 28th day of August, 2026:

Ashley N. Light
Eileen Ulate
Matthew J. Donnelly
Cristina Gamondi
Julia Z. Haller
Patricia Nation
Joshua C. Bachman
Marlysha Myrthil
Joshua Bedoya
Elena David
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 705-8762
ashley.light@usdoj.gov
natasha-eileen.ulate@usdoj.gov
matthew.donnelly@usdoj.gov
cristina.gamondi@usdoj.gov
julia.haller@usdoj.gov
patricia.nation@usdoj.gov
joshua.bachman@usdoj.gov
marlysha.myrthil@usdoj.gov
joshua.bedoya@usdoj.gov
elena.bendavid@usdoj.gov

Carla Ward
Jason R. Cheek
Grace J. Posey
Praveen Krishna
Don B. Long III
**UNITED STATES ATTORNEY'S OFFICE**
1801 4th Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2185
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
grace.posey@usdoj.gov
praveen.krishna@usdoj.gov
don.long2@usdoj.gov

*/s/ Lynette E. Potter*
Of Counsel