FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA





CONFIDENTIAL

# QUARTERLY STAFFING REPORT

**Braggs, *et al.* v. Dunn, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: June 1, 2018**

In compliance with the Court's Phase 2A Understaffing Remedial Order (Doc. No. 1657), Commissioner Jefferson Dunn and Associate Commissioner Ruth Naglich (jointly, the "State") provide this Quarterly Staffing Report (the "Report"). This Report provides information regarding correctional and mental health staffing in the Alabama Department of Corrections ("ADOC") for the most recent quarter, i.e. the quarter ending on March 31, 2018. With respect to implementation of the recommendations provided by the State's consultants, the consultants continue to work toward meeting the Court's deadlines, as follows:

| Consultant | Deadline for Recommendations | Status |
|---|---|---|
| Dr. Stephen Condrey | April 1, 2018 | Completed (Doc. Nos. 1725 and 1725-1) |
| Russ and Meg Savage | May 1, 2018 | Completed (Doc. Nos. 1813 and 1813-1) |
| Warren Averett | November 1, 2018 | Warren Averett continues to gather data and information and expects to meet the deadline for its recommendations. |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | March 1, 2019 (finalized staffing ratios) | ADOC's mental-health consultants are making preparations to begin their analysis by September 1, 2018. |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | January 15, 2020 (final recommendations) | This phase will not begin until ADOC implements the finalized staffing ratios. |

(Order, Doc. No. 1657). Dr. Stephen Condrey and Russ and Meg Savage submitted their respective reports to ADOC, and the State filed their reports with the Court. (Doc. Nos. 1725, 1725-1, 1813, 1813-1). As the other consultants submit final recommendations, the ADOC will submit those recommendations pursuant to the deadlines set forth above.

# CORRECTIONAL STAFFING

| | Correctional Officer | | | | | | Supervisor | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | 3/31/18 Actual | Q1 Ending Vacancies | Q1 - 2018 Attrition Vol | Q1 - 2018 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 3/31/18 Actual | Q1 Ending Vacancies | Q1 - 2018 Attrition Vol | Q1 - 2018 Attrition Inv | Staff with ADOC in Excess of 12 Months | 3/31/18 Correctional Staff | Q1 - 2018 Turnover Rate | Retention Rate | Q1 - 2018 End Vacancy Rate |
| Bibb | 272 | 51 | 221 | 2 | | 51 | 39 | 25 | 14 | 2 | | 25 | 76 | 5.3% | 100.0% | 75.6% |
| Bullock | 292 | 74 | 218 | 1 | | 73 | 44 | 23 | 21 | | | 23 | 97 | 1.0% | 99.0% | 71.1% |
| Donaldson | 365 | 129 | 236 | 2 | | 129 | 44 | 31 | 13 | | | 31 | 160 | 1.3% | 100.0% | 60.9% |
| Easterling | 219 | 38 | 181 | | | 37 | 33 | 24 | 9 | | | 24 | 62 | 0.0% | 98.4% | 75.4% |
| Elmore | 157 | 65 | 92 | 1 | | 62 | 34 | 19 | 15 | | | 19 | 84 | 1.2% | 96.4% | 56.0% |
| Fountain | 194 | 54 | 140 | 4 | | 53 | 36 | 27 | 9 | 1 | | 27 | 81 | 6.2% | 98.8% | 64.8% |
| Hamilton A & I | 40 | 30 | 10 | | | 30 | 14 | 15 | -1 | | | 15 | 45 | 0.0% | 100.0% | 16.7% |
| Holman | 241 | 48 | 193 | 1 | 1 | 45 | 36 | 20 | 16 | | | 20 | 68 | 2.9% | 95.6% | 75.5% |
| Kilby | 272 | 103 | 169 | 2 | | 102 | 47 | 29 | 18 | 1 | | 29 | 132 | 2.3% | 99.2% | 58.6% |
| Limestone | 324 | 188 | 136 | 5 | | 186 | 44 | 39 | 5 | | | 39 | 227 | 2.2% | 99.1% | 38.3% |
| St. Clair | 300 | 86 | 214 | 5 | | 82 | 31 | 31 | 0 | | | 31 | 117 | 4.3% | 96.6% | 64.7% |
| Staton | 266 | 97 | 169 | 1 | | 93 | 29 | 31 | -2 | 1 | | 31 | 128 | 1.6% | 96.9% | 56.6% |
| Tutwiler | 162 | 66 | 96 | 2 | 1 | 66 | 38 | 32 | 6 | 1 | | 32 | 98 | 4.1% | 100.0% | 51.0% |
| Ventress | 222 | 67 | 155 | | | 65 | 31 | 25 | 6 | | | 25 | 92 | 0.0% | 97.8% | 63.6% |
| | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 1096 | 2230 | 26 | 2 | 1074 | 500 | 371 | 129 | 6 | 0 | 371 | 1467 | 2.3% | 98.5% | 61.7% |

CONFIDENTIAL

Case 2:14-cv-00601-MHT-JTA Document 2325-2 Filed 02/05/19 Page 3 of 9



## MENTAL HEALTH STAFFING

| | (a) ASSIGNED STAFF | (b) EMPLOYED STAFF | (c) TURNOVER RATE | | | (d) RETENTION RATE | | (e) VACANCY RATE | |
|---|---|---|---|---|---|---|---|---|---|
| FACILITY/POSITION | REQUIRED FTE | FTE PROVIDED | VOLUNTARY | INVOLUNTARY | RATE | 12+ MONTHS | RATE | FTE VACANT | RATE |
| **BIBB** | | | | | | | | | |
| CRNP | - | 0.41 | - | - | - | - | - | - | - |
| Licensed MHP | 1.00 | 1.56 | - | - | - | 1.01 | 65% | - | - |
| MH Clerk | 0.50 | 1.04 | - | - | - | 1.04 | 100% | - | - |
| MH LPN | 1.00 | 0.65 | - | - | - | 0.65 | 100% | 0.35 | 35% |
| MH Professional | 1.50 | 1.01 | - | - | - | 1.01 | 100% | 0.49 | 33% |
| Observer/Observer PRN | 4.00 | 2.01 | - | - | - | 0.53 | 26% | 1.99 | 50% |
| Psychiatrist | 0.25 | 0.06 | - | - | - | 0.06 | 100% | 0.19 | 78% |
| Site Administrator | 1.00 | 1.02 | - | - | - | 1.02 | 100% | - | - |
| **BIBB Total** | **9.25** | **7.75** | **-** | **-** | **0%** | **5.31** | **68%** | **3.03** | **28%** |
| | | | | | | | | | |
| **BIRMINGHAM WR** | | | | | | | | | |
| Licensed MHP | 1.00 | 1.03 | 0.02 | - | - | - | - | - | - |
| MH LPN | 0.40 | 0.50 | - | - | - | - | - | - | - |
| Psychiatrist | 0.10 | 0.14 | - | - | - | - | - | - | - |
| **BIRMINGHAM WR Total** | **1.50** | **1.67** | **0.02** | **-** | **1%** | **-** | **0%** | **-** | **0%** |
| | | | | | | | | | |
| **BULLOCK** | | | | | | | | | |
| Activity Tech | 4.00 | 3.57 | - | - | - | 3.14 | 88% | 0.43 | 11% |
| Administrative Assistant | 2.00 | 2.01 | - | - | - | 2.01 | 100% | - | - |
| CRNP | 1.10 | 0.55 | - | - | - | - | - | 0.55 | 50% |
| Licensed MHP | 2.80 | 4.37 | - | - | - | 1.02 | 23% | - | - |
| MH Clerk | 1.00 | 1.06 | - | - | - | 1.06 | 100% | - | - |
| MH LPN | 13.30 | 15.35 | 0.54 | 0.28 | - | 13.43 | 88% | - | - |





CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MH Professional | 4.00 | 2.59 | - | - | - | 2.59 | 100% | 1.41 | 35% |
| Observer/Observer PRN | 10.00 | 11.32 | 1.10 | 0.24 | - | 7.99 | 71% | - | - |
| Psychiatrist | 1.50 | 1.55 | - | - | - | 1.55 | 100% | - | - |
| Psychologist (PhD) | 0.75 | 1.00 | - | - | - | 1.00 | 100% | - | - |
| RN Manager | 1.00 | - | 0.53 | - | - | - | - | 1.00 | 100% |
| Site Administrator | 1.00 | 1.07 | - | - | - | 1.07 | 100% | - | - |
| **BULLOCK Total** | **42.45** | **44.44** | **2.17** | **0.53** | **6%** | **34.87** | **78%** | **3.39** | **7%** |
| | | | | | | | | | |
| **BULLOCK OUTPATIENT** | | | | | | | | | |
| CRNP | 0.75 | 0.90 | - | - | - | - | - | - | - |
| Licensed MHP | 1.00 | 1.00 | - | - | - | - | - | - | - |
| MH Clerk | 1.00 | 1.01 | - | - | - | 1.01 | 100% | - | - |
| MH LPN | 1.00 | 1.11 | - | - | - | 1.11 | 100% | - | - |
| MH Professional | 3.00 | 2.42 | - | - | - | 1.40 | 58% | 0.58 | 19% |
| Observer/Observer PRN | - | 1.48 | - | - | - | 0.59 | 40% | - | - |
| Psychiatrist | - | 0.29 | - | - | - | 0.29 | 100% | - | - |
| Site Administrator | 1.00 | 1.02 | - | - | - | 1.02 | 100% | - | - |
| **BULLOCK OUTPATIENT Total** | **7.75** | **9.24** | **-** | **-** | **0%** | **5.42** | **59%** | **0.58** | **6%** |
| | | | | | | | | | |
| **DONALDSON** | | | | | | | | | |
| Activity Tech | 4.00 | 3.07 | - | - | - | 0.84 | 28% | 0.93 | 23% |
| CRNP | 1.50 | 0.55 | 0.26 | - | - | 0.55 | 100% | 0.95 | 63% |
| Licensed MHP | 5.80 | 6.68 | - | - | - | - | - | - | - |
| MH Clerk | 2.00 | 2.28 | - | - | - | 1.09 | 48% | - | - |
| MH LPN | 8.80 | 10.43 | - | - | - | 6.49 | 62% | - | - |
| MH Professional | 3.60 | 1.07 | - | - | - | - | - | 2.53 | 70% |
| Observer/Observer PRN | 12.00 | 12.83 | 0.33 | - | - | 0.11 | 1% | - | - |
| Psychiatrist | 1.25 | 1.19 | - | - | - | 1.18 | 99% | 0.06 | 5% |
| Psychologist (PhD) | 1.00 | - | 0.68 | - | - | - | - | 1.00 | 100% |

CONFIDENTIAL



ADOC(DOJ)_2269780

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RN | 2.50 | 1.47 | 0.72 | - | - | - | - | 1.03 | 41% |
| RN Manager | 2.00 | 1.01 | - | - | - | - | - | 0.99 | 49% |
| Site Administrator | 2.00 | 0.91 | - | - | - | - | - | 1.09 | 55% |
| **DONALDSON Total** | **46.45** | **41.49** | **1.99** | **-** | **5%** | **10.26** | **25%** | **8.58** | **17%** |
| | | | | | | | | | |
| **EASTERLING** | | | | | | | | | |
| CRNP | 0.25 | 0.21 | - | - | - | 0.21 | 100% | 0.04 | 14% |
| Licensed MHP | 1.00 | 0.85 | - | - | - | - | - | 0.15 | 15% |
| MH Clerk | 1.00 | 1.00 | - | - | - | 1.00 | 100% | - | - |
| MH LPN | 1.00 | 1.05 | 0.24 | - | - | - | - | - | - |
| MH Professional | 2.00 | 1.02 | - | - | - | - | - | 0.98 | 49% |
| Observer/Observer PRN | - | 4.32 | 0.02 | - | - | 1.01 | 23% | - | - |
| Psychiatrist | - | 0.13 | - | - | - | 0.02 | 16% | - | - |
| Site Administrator | 1.00 | - | 0.70 | - | - | - | - | 1.00 | 100% |
| **EASTERLING Total** | **6.25** | **8.59** | **0.97** | **-** | **11%** | **2.25** | **26%** | **2.16** | **20%** |
| | | | | | | | | | |
| **FOUNTAIN** | | | | | | | | | |
| CRNP | - | 0.37 | - | - | - | - | - | - | - |
| Licensed MHP | 1.00 | 2.16 | - | - | - | - | - | - | - |
| MH Clerk | 0.50 | 0.98 | - | - | - | - | - | - | - |
| MH LPN | 1.00 | 1.01 | - | - | - | 1.01 | 100% | - | - |
| MH Professional | 0.50 | - | - | - | - | - | - | 0.50 | 100% |
| Observer/Observer PRN | - | 1.13 | - | - | - | - | - | - | - |
| Psychiatrist | 0.25 | 0.00 | - | - | - | 0.00 | 100% | 0.25 | 99% |
| Site Administrator | 1.00 | - | - | - | - | - | - | 1.00 | 100% |
| **FOUNTAIN Total** | **4.25** | **5.66** | **-** | **-** | **0%** | **1.01** | **18%** | **1.75** | **24%** |
| | | | | | | | | | |
| **HAMILTON** | | | | | | | | | |
| Licensed MHP | 1.00 | 1.00 | - | - | - | - | - | - | - |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MH LPN | 0.80 | 1.02 | - | - | - | 1.02 | 100% | - | - |
| Psychiatrist | 0.10 | 0.20 | - | - | - | - | - | - | - |
| Site Administrator | 1.00 | 1.00 | - | - | - | 1.00 | 100% | - | - |
| **HAMILTON Total** | **2.90** | **3.23** | **-** | **-** | **0%** | **2.02** | **63%** | **-** | **0%** |
| | | | | | | | | | |
| **HOLMAN** | | | | | | | | | |
| CRNP | - | 0.64 | - | - | - | - | - | - | - |
| Licensed MHP | 1.00 | 0.29 | 0.07 | - | - | - | - | 0.71 | 71% |
| MH Clerk | 0.50 | 0.99 | - | - | - | 0.99 | 100% | - | - |
| MH LPN | 1.00 | 0.96 | - | - | - | 0.96 | 100% | 0.04 | 4% |
| MH Professional | 0.50 | 0.68 | - | - | - | 0.68 | 100% | - | - |
| Observer/Observer PRN | 5.00 | 2.58 | - | - | - | 1.02 | 39% | 2.42 | 48% |
| Psychiatrist | 0.50 | - | - | - | - | 0.00 | 0% | 0.50 | 100% |
| Psychologist (PhD) | 0.50 | 0.51 | - | - | - | 0.51 | 100% | - | - |
| Site Administrator | 1.00 | - | - | - | - | - | - | 1.00 | 100% |
| **HOLMAN Total** | **10.00** | **6.63** | **0.07** | **-** | **1%** | **4.15** | **63%** | **4.67** | **41%** |
| | | | | | | | | | |
| **KILBY** | | | | | | | | | |
| CRNP | 0.50 | 0.33 | - | - | - | - | - | 0.17 | 33% |
| Licensed MHP | 1.00 | 1.52 | - | - | - | 1.30 | 86% | - | - |
| MH Clerk | 2.00 | 1.57 | - | - | - | 1.57 | 100% | 0.43 | 21% |
| MH LPN | 3.75 | 2.27 | - | - | - | 1.17 | 52% | 1.48 | 40% |
| MH Professional | 4.50 | 4.39 | - | - | - | 4.39 | 100% | 0.11 | 2% |
| Observer/Observer PRN | 9.00 | 4.12 | - | - | - | 4.12 | 100% | 4.88 | 54% |
| Psychiatrist | 0.90 | 0.85 | - | - | - | 0.85 | 100% | 0.05 | 5% |
| Psychologist (PhD) | 1.00 | - | - | - | - | | - | 1.00 | 100% |
| RN | 1.00 | 1.14 | - | - | - | 1.14 | 100% | - | - |
| Site Administrator | 1.00 | 1.13 | - | - | - | 1.13 | 100% | - | - |
| **KILBY Total** | **24.65** | **17.32** | **-** | **-** | **0%** | **15.67** | **90%** | **8.11** | **32%** |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **LIMESTONE** | | | | | | | | | |
| CRNP | 1.00 | 1.00 | - | - | - | - | - | - | - |
| Licensed MHP | 1.00 | 2.22 | 0.41 | - | - | 2.02 | 91% | - | - |
| MH Clerk | 1.00 | 0.96 | - | - | - | 0.96 | 100% | 0.04 | 4% |
| MH LPN | 1.50 | 1.51 | - | - | - | 1.01 | 67% | - | - |
| MH Professional | 3.00 | 2.06 | - | - | - | 2.06 | 100% | 0.94 | 31% |
| Observer/Observer PRN | 4.00 | 2.87 | - | - | - | 1.94 | 67% | 1.13 | 28% |
| Psychiatrist | - | 0.02 | - | - | - | 0.00 | 15% | - | - |
| Psychologist (PhD) | 0.75 | - | - | - | - | - | - | 0.75 | 100% |
| Site Administrator | 1.00 | - | - | - | - | - | - | 1.00 | 100% |
| **LIMESTONE Total** | **13.25** | **10.64** | **0.41** | **-** | **4%** | **7.98** | **75%** | **3.86** | **27%** |
| | | | | | | | | | |
| **MONTGOMERY WF** | | | | | | | | | |
| CRNP | 0.10 | 0.13 | - | - | - | 0.13 | 100% | - | - |
| Licensed MHP | 1.00 | 1.01 | - | - | - | 1.01 | 100% | - | - |
| MH Professional | - | 0.75 | - | - | - | 1.02 | - | - | - |
| MH LPN | 0.25 | 1.02 | - | - | - | 0.75 | 74% | - | - |
| **MONTGOMERY WF Total** | **1.35** | **2.91** | **-** | **-** | **0%** | **2.91** | **100%** | **-** | **0%** |
| | | | | | | | | | |
| **ST CLAIR** | | | | | | | | | |
| CRNP | 0.50 | 0.57 | - | - | - | 0.57 | 100% | - | - |
| Licensed MHP | 1.00 | 2.01 | - | - | - | 2.01 | 100% | - | - |
| MH Clerk | 0.50 | 0.77 | - | - | - | 0.77 | 100% | - | - |
| MH LPN | 0.80 | - | - | 0.78 | - | - | - | 0.80 | 100% |
| MH Professional | 0.75 | 1.01 | - | - | - | - | - | - | - |
| Psychiatrist | - | 0.01 | - | - | - | 0.01 | - | - | - |
| Site Administrator | 1.00 | - | - | - | - | - | - | 1.00 | 100% |
| **ST CLAIR Total** | **4.55** | **4.36** | **-** | **0.78** | **18%** | **3.35** | **77%** | **1.80** | **29%** |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **STATON** | | | | | | | | | |
| CRNP | 0.50 | 0.83 | - | - | - | 0.83 | 100% | - | - |
| Licensed MHP | 1.00 | 2.01 | - | - | - | - | - | - | - |
| MH Clerk | 1.00 | 0.69 | 0.16 | - | - | - | - | 0.31 | 31% |
| MH LPN | 1.50 | 1.64 | - | - | - | 1.64 | 100% | - | - |
| MH Professional | 3.00 | 1.19 | - | - | - | 0.16 | 14% | 1.81 | 60% |
| Observer/Observer PRN | - | 0.40 | - | - | - | - | - | - | - |
| Site Administrator | 1.00 | 1.15 | - | - | - | 1.15 | 100% | - | - |
| **STATON Total** | **8.00** | **7.91** | **0.16** | **-** | **2%** | **3.78** | **48%** | **2.12** | **21%** |
| | | | | | | | | | |
| **TUTWILER** | | | | | | | | | |
| Activity Tech | 2.00 | 1.85 | - | - | - | - | - | 0.15 | 8% |
| CRNP | 1.20 | 1.18 | - | - | - | 1.03 | 88% | 0.02 | 2% |
| Licensed MHP | 1.00 | 0.90 | 0.29 | - | - | 0.61 | 68% | 0.10 | 10% |
| MH Clerk | 1.50 | 0.97 | - | - | - | 0.97 | 100% | 0.53 | 35% |
| MH LPN | 8.20 | 7.15 | 0.40 | - | - | 4.16 | 58% | 1.05 | 13% |
| MH Professional | 5.00 | 4.81 | - | - | - | 4.81 | 100% | 0.19 | 4% |
| Observer/Observer PRN | - | 2.15 | - | - | - | 2.03 | 94% | - | - |
| Psychiatrist | 1.00 | 1.04 | - | - | - | 0.00 | 0% | - | - |
| Psychologist (PhD) | 1.00 | 0.86 | - | - | - | - | - | 0.14 | 14% |
| RN | 1.00 | - | - | - | - | - | - | 1.00 | 100% |
| RN Manager | 1.00 | 1.02 | - | - | - | 1.02 | 100% | - | - |
| Site Administrator | 1.00 | 1.03 | - | - | - | 1.03 | 100% | - | - |
| **TUTWILER Total** | **23.90** | **22.95** | **0.69** | **-** | **3%** | **15.66** | **68%** | **3.18** | **12%** |
| | | | | | | | | | |
| **VENTRESS** | | | | | | | | | |
| CRNP | 0.50 | 0.70 | - | - | - | 0.70 | 100% | - | - |
| Licensed MHP | 1.00 | 0.37 | - | - | - | - | - | 0.63 | 63% |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MH Clerk | 0.50 | 1.01 | - | - | - | - | - | - | - |
| MH LPN | 1.00 | 1.00 | - | - | - | 1.00 | 100% | - | - |
| MH Professional | 1.50 | 0.60 | - | 0.29 | - | 0.60 | 100% | 0.90 | 60% |
| Observer/Observer PRN | - | 3.02 | - | - | - | 0.02 | 1% | - | - |
| Psychiatrist | - | 0.12 | - | - | - | 0.01 | 9% | - | - |
| Site Administrator | 1.00 | 1.00 | - | - | - | 1.00 | 100% | - | - |
| **VENTRESS Total** | **5.50** | **7.82** | **-** | **0.29** | **4%** | **3.34** | **43%** | **1.53** | **16%** |
| | | | | | | | | | |
| **TOTAL** | **212.00** | **202.60** | **6.49** | **1.59** | **4%** | **117.98** | **58%** | **44.78** | **18%** |

CONFIDENTIAL