FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA





# QUARTERLY STAFFING REPORT

**Braggs, *et al.* v. Dunn, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: September 4, 2018**

In compliance with the Court's Phase 2A Understaffing Remedial Order (Doc. No. 1657), Commissioner Jefferson Dunn and Associate Commissioner Ruth Naglich (jointly, the "State") provide this Quarterly Staffing Report (the "Report"). This Report provides information regarding correctional and mental health staffing in the Alabama Department of Corrections ("ADOC") for the most recent quarter, i.e. the quarter ending on June 30, 2018. With respect to implementation of the recommendations provided by the State's consultants, the consultants continue to work toward meeting the Court's deadlines, as follows:

| Consultant | Deadline for Recommendations | Status |
|---|---|---|
| Dr. Stephen Condrey | April 1, 2018 | Completed (Doc. Nos. 1725 and 1725-1) |
| Russ and Meg Savage | May 1, 2018 | Completed (Doc. Nos. 1813 and 1813-1) |
| Warren Averett | November 1, 2018 | Warren Averett continues to gather data and information and expects to meet the deadline for its recommendations. |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | March 1, 2019 (finalized staffing ratios) | ADOC's mental-health consultants began their analysis prior to September 1, 2018, and expect to complete the analysis by March 1, 2019. |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | January 15, 2020 (final recommendations) | This phase will not begin until ADOC implements the finalized staffing ratios. |

(Order, Doc. No. 1657). Dr. Stephen Condrey and Russ and Meg Savage submitted their respective reports to ADOC, and the State filed their reports with the Court. (Doc. Nos. 1725, 1725-1, 1813, 1813-1). As the other consultants submit final recommendations, the ADOC will submit those recommendations pursuant to the deadlines set forth above.





CONFIDENTIAL

## CORRECTIONAL STAFFING

| | Correctional Officer | | | | | | Supervisor | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | 6/30/18 Actual | Q2 Ending Vacancies | Q2 - 2018 Attrition Vol | Q2 - 2018 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 6/30/18 Actual | Q2 Ending Vacancies | Q2 - 2018 Attrition Vol | Q2 - 2018 Attrition Inv | Staff with ADOC in Excess of 12 Months | 6/30/18 Correctional Staff | Q2 - 2018 Turnover Rate | Retention Rate | Q2 - 2018 End Vacancy Rate |
| Bibb | 272 | 52 | 220 | 3 | | 50 | 39 | 29 | 10 | | | 29 | 81 | 3.7% | 97.5% | 74.0% |
| Bullock | 292 | 71 | 221 | 4 | | 65 | 44 | 23 | 21 | 1 | | 23 | 94 | 5.3% | 93.6% | 72.0% |
| Donaldson | 365 | 128 | 237 | 2 | | 112 | 44 | 31 | 13 | 1 | | 31 | 159 | 1.9% | 89.9% | 61.1% |
| Easterling | 219 | 37 | 182 | 2 | | 37 | 33 | 23 | 10 | | | 23 | 60 | 3.3% | 100.0% | 76.2% |
| Elmore | 157 | 65 | 92 | 3 | | 56 | 34 | 18 | 16 | 1 | | 18 | 83 | 4.8% | 89.2% | 56.5% |
| Fountain | 194 | 50 | 144 | | | 48 | 36 | 26 | 10 | | | 26 | 76 | 0.0% | 97.4% | 67.0% |
| Hamilton A & I | 40 | 30 | 10 | | | 29 | 14 | 15 | -1 | | | 15 | 45 | 0.0% | 97.8% | 16.7% |
| Holman | 241 | 46 | 195 | 1 | | 42 | 36 | 19 | 17 | | 1 | 19 | 65 | 3.1% | 93.8% | 76.5% |
| Kilby | 272 | 102 | 170 | 1 | 1 | 95 | 47 | 29 | 18 | 1 | | 29 | 131 | 2.3% | 94.7% | 58.9% |
| Limestone | 324 | 183 | 141 | 5 | | 172 | 44 | 39 | 5 | 1 | | 39 | 222 | 2.7% | 95.0% | 39.7% |
| St. Clair | 300 | 83 | 217 | 4 | 1 | 75 | 31 | 30 | 1 | | 1 | 30 | 113 | 5.3% | 92.9% | 65.9% |
| Staton | 266 | 94 | 172 | 4 | | 89 | 29 | 31 | -2 | | | 31 | 125 | 3.2% | 96.0% | 57.6% |
| Tutwiler | 162 | 65 | 97 | 2 | | 56 | 38 | 33 | 5 | | | 33 | 98 | 2.0% | 90.8% | 51.0% |
| Ventress | 222 | 66 | 156 | 1 | | 61 | 31 | 24 | 7 | 1 | | 24 | 90 | 2.2% | 94.4% | 64.4% |
| | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 1072 | 2254 | 32 | 2 | 987 | 500 | 370 | 130 | 6 | 2 | 370 | 1442 | 2.9% | 94.1% | 62.3% |

CONFIDENTIAL

# MENTAL HEALTH STAFFING

## ASSIGNED STAFF

| FACILITY | POSITION | CONTRACT FTE |
|---|---|---|
| BIBB | MH Clerk | 1.00 |
| BIBB | MH CRNP | 0.50 |
| BIBB | MH LPN | 1.40 |
| BIBB | MH Observer | 2.00 |
| BIBB | MH Site Program Mgr Lcsd | 1.00 |
| BIBB | MHP Licensed | 2.50 |
| BIBB | Psychiatrist | 0.50 |
| **BIBB Total** | | **8.90** |
| BIRMINGHAM | MH LPN | 0.50 |
| BIRMINGHAM | MHP Licensed | 1.00 |
| BIRMINGHAM | Psychiatrist | 0.20 |
| **BIRMINGHAM Total** | | **1.70** |
| BULLOCK | MH AA | 2.00 |
| BULLOCK | MH Activity Tech | 6.00 |
| BULLOCK | MH ADON | 1.00 |
| BULLOCK | MH Clerk | 1.00 |
| BULLOCK | MH CRNP | 1.40 |
| BULLOCK | MH LPN | 11.70 |
| BULLOCK | MH Observer | 6.00 |
| BULLOCK | MH RN | 4.20 |
| BULLOCK | MH RTU/SU Coordinator | 1.00 |
| BULLOCK | MH Site Program Mgr Lcsd | 1.00 |
| BULLOCK | MHP Licensed | 8.40 |
| BULLOCK | Psychiatrist | 2.00 |
| BULLOCK | Psychologist PhD | 1.00 |
| **BULLOCK Total** | | **46.70** |
| BULLOCK OUTPATIENT | MH Clerk | 1.00 |
| BULLOCK OUTPATIENT | MH CRNP | 1.00 |
| BULLOCK OUTPATIENT | MH LPN | 1.40 |
| BULLOCK OUTPATIENT | MH RN | 1.40 |
| BULLOCK OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 |
| BULLOCK OUTPATIENT | MHP Licensed | 4.20 |
| BULLOCK OUTPATIENT | Psychiatrist | 1.00 |
| **BULLOCK OUTPATIENT Total** | | **11.00** |
| DONALDSON | MH Activity Tech | 4.00 |
| DONALDSON | MH ADON | 1.00 |
| DONALDSON | MH Clerk | 1.00 |
| DONALDSON | MH CRNP | 1.00 |
| DONALDSON | MH LPN | 9.80 |
| DONALDSON | MH Observer | 8.00 |
| DONALDSON | MH RN | 4.20 |
| DONALDSON | MH Site Program Mgr Lcsd | 1.00 |
| DONALDSON | MHP Licensed | 5.00 |
| DONALDSON | Psychiatrist | 1.00 |
| DONALDSON | Psychologist PhD | 1.00 |
| **DONALDSON Total** | | **37.00** |

CONFIDENTIAL

Case 2:14-cv-00601-MHT-JTA Document 2325-3 Filed 02/05/19 Page 4 of 7


| | | |
|---|---|---|
| DONALDSON OUTPATIENT | MH Clerk | 1.00 |
| DONALDSON OUTPATIENT | MH CRNP | 0.50 |
| DONALDSON OUTPATIENT | MH LPN | 1.40 |
| DONALDSON OUTPATIENT | MH RN | 1.40 |
| DONALDSON OUTPATIENT | MH Site Program Mgr Unlcsd | 1.00 |
| DONALDSON OUTPATIENT | MHP Licensed | 2.80 |
| DONALDSON OUTPATIENT | Psychiatrist | 0.50 |
| **DONALDSON OUTPATIENT Total** | | **8.60** |
| EASTERLING | MH Clerk | 1.00 |
| EASTERLING | MH CRNP | 0.50 |
| EASTERLING | MH LPN | 1.40 |
| EASTERLING | MH Site Program Mgr Lcsd | 1.00 |
| EASTERLING | MHP Licensed | 2.80 |
| EASTERLING | Psychiatrist | 0.50 |
| **EASTERLING Total** | | **7.20** |
| FOUNTAIN | MH Clerk | 1.00 |
| FOUNTAIN | MH CRNP | 1.00 |
| FOUNTAIN | MH LPN | 1.00 |
| FOUNTAIN | MH Site Program Mgr Lcsd | 1.00 |
| FOUNTAIN | MHP Licensed | 2.00 |
| FOUNTAIN | Psychiatrist | 0.50 |
| FOUNTAIN | Psychologist PhD | 0.50 |
| **FOUNTAIN Total** | | **7.00** |
| HAMILTON A & I | Medical Records Clerk - Mental Health | 0.50 |
| HAMILTON A & I | MH LPN | 0.80 |
| HAMILTON A & I | MH Site Program Mgr Unlcsd | 1.00 |
| HAMILTON A & I | MHP Licensed | 1.00 |
| HAMILTON A & I | Psychiatrist | 0.25 |
| **HAMILTON A & I Total** | | **3.55** |
| HOLMAN | MH Clerk | 1.00 |
| HOLMAN | MH CRNP | 1.00 |
| HOLMAN | MH LPN | 2.40 |
| HOLMAN | MH Observer | 5.00 |
| HOLMAN | MH Site Program Mgr Lcsd | 1.00 |
| HOLMAN | MHP Licensed | 2.00 |
| HOLMAN | Psychiatrist | 0.50 |
| HOLMAN | Psychologist PhD | 0.50 |
| **HOLMAN Total** | | **13.40** |
| KILBY | MH Clerk | 2.00 |
| KILBY | MH CRNP | 0.75 |
| KILBY | MH LPN | 4.00 |
| KILBY | MH Observer | 6.00 |
| KILBY | MH RN | 1.40 |
| KILBY | MH RTU/SU Coordinator | 1.00 |
| KILBY | MH Site Program Mgr Lcsd | 1.00 |
| KILBY | MHP Licensed | 5.00 |
| KILBY | Psychiatrist | 1.00 |
| KILBY | Psychologist PhD | 1.00 |
| **KILBY Total** | | **23.15** |

CONFIDENTIAL

| | | |
|---|---|---|
| KILBY CSU[1] | MH Clerk | 0.50 |
| KILBY CSU | MH CRNP | 0.25 |
| KILBY CSU | MH LPN | 4.20 |
| KILBY CSU | MH RN | 1.40 |
| KILBY CSU | MHP Licensed | 2.40 |
| KILBY CSU | Psychiatrist | 0.50 |
| KILBY CSU | Psychologist PhD | 0.50 |
| **KILBY CSU Total** | | **9.75** |
| LIMESTONE | MH Clerk | 1.00 |
| LIMESTONE | MH CRNP | 1.00 |
| LIMESTONE | MH LPN | 2.40 |
| LIMESTONE | MH Observer | 3.00 |
| LIMESTONE | MH Site Program Mgr Lcsd | 1.00 |
| LIMESTONE | MHP Licensed | 4.50 |
| LIMESTONE | Psychiatrist | 0.75 |
| LIMESTONE | Psychologist PhD | 1.00 |
| **LIMESTONE Total** | | **14.65** |
| MONTGOMERY | MH CRNP | 0.50 |
| MONTGOMERY | MH LPN | 0.50 |
| MONTGOMERY | MHP Licensed | 1.50 |
| **MONTGOMERY Total** | | **2.50** |
| REGIONAL OFFICE | Administrative Coordinator | 1.00 |
| REGIONAL OFFICE | Asst Psychiatrist Director (Collaborator) | 1.00 |
| REGIONAL OFFICE | Data/Reports Manager | 1.00 |
| REGIONAL OFFICE | MH AA | 2.00 |
| REGIONAL OFFICE | MH Asst Prgm Dir N | 1.00 |
| REGIONAL OFFICE | MH Asst Prgm Dir S | 1.00 |
| REGIONAL OFFICE | MH Clin Dir-Edu Trng | 1.00 |
| REGIONAL OFFICE | MH CQI Assistant | 1.00 |
| REGIONAL OFFICE | MH CQI Manager | 1.00 |
| REGIONAL OFFICE | MH Program Director | 1.00 |
| REGIONAL OFFICE | MH Telehealth Coor | 1.00 |
| REGIONAL OFFICE | Psychiatrist Director (MD) | 1.00 |
| **REGIONAL OFFICE Total** | | **13.00** |
| ST. CLAIR CF | MH Clerk | 1.00 |
| ST. CLAIR CF | MH CRNP | 0.50 |
| ST. CLAIR CF | MH LPN | 1.00 |
| ST. CLAIR CF | MH Site Program Mgr Lcsd | 1.00 |
| ST. CLAIR CF | MHP Licensed | 1.75 |
| **ST. CLAIR CF Total** | | **5.25** |
| STATON | MH Clerk | 2.00 |
| STATON | MH CRNP | 1.00 |
| STATON | MH LPN | 2.80 |
| STATON | MH RN | 2.80 |
| STATON | MH Site Program Mgr Lcsd | 1.00 |
| STATON | MHP Licensed | 5.00 |
| STATON | Psychiatrist | 1.00 |
| **STATON Total** | | **15.60** |
| TUTWILER | MH Activity Tech | 2.00 |
| TUTWILER | MH ADON | 1.00 |
| TUTWILER | MH Clerk | 1.50 |
| TUTWILER | MH CRNP | 0.25 |
| TUTWILER | MH LPN | 5.70 |
| TUTWILER | MH RN | 4.20 |

[1] The Crisis Stabilization Unit at Kilby



CONFIDENTIAL

Case 2:14-cv-00601-MHT-JTA   Document 2325-3   Filed 02/05/19   Page 6 of 7


| | | |
|---|---|---|
| TUTWILER | MH Site Program Mgr Unlcsd | 1.00 |
| TUTWILER | MHP Licensed | 6.00 |
| TUTWILER | Psychiatrist | 0.50 |
| TUTWILER | Psychologist PhD | 1.00 |
| **TUTWILER Total** | | **23.15** |
| TUTWILER OUTPATIENT | MH CRNP | 0.75 |
| TUTWILER OUTPATIENT | MH LPN | 1.40 |
| TUTWILER OUTPATIENT | Psychiatrist | 0.75 |
| TUTWILER OUTPATIENT | Psychologist PhD | 1.00 |
| **TUTWILER OUTPATIENT Total** | | **3.90** |
| VENTRESS | MH Clerk | 1.00 |
| VENTRESS | MH CRNP | 0.50 |
| VENTRESS | MH LPN | 1.40 |
| VENTRESS | MH Site Program Mgr Lcsd | 1.00 |
| VENTRESS | MHP Licensed | 2.80 |
| VENTRESS | Psychiatrist | 0.50 |
| **VENTRESS Total** | | **7.20** |
| | **Grand Total** | **263.20** |

## EMPLOYED STAFF BY FACILITY

| FACILITY | EMPLOYEE COUNT |
|---|---|
| Bibb | 10 |
| Birmingham | 3 |
| Bullock | 57 |
| Bullock Outpatient | 2 |
| Donaldson | 31 |
| Donaldson Outpatient | 4 |
| Easterling | 15 |
| Fountain | 7 |
| Hamilton A&I | 3 |
| Holman | 10 |
| Kilby | 23 |
| Kilby CSU | 2 |
| Limestone | 15 |
| Montgomery | 3 |
| St. Clair | 5 |
| Staton | 12 |
| Tutwiler | 26 |
| Tutwiler Outpatient | 1 |
| Ventress | 11 |
| Regional Office | 9 |
| **Grand Total** | **247*** |

**Includes MHP Associates*

## TURNOVER RATE

| Total Number of Mental Health Staff at the End of Quarter | Voluntary Termination | Involuntary Termination | Turnover Rate |
|---|---|---|---|
| 247* | 18 | 6 | 9.72% |

**Includes MHP Associates*



CONFIDENTIAL

## RETENTION RATE

| FACILITY | EMPLOYED ≥12 MONTHS | TOTAL EMPLOYEES | RETENTION RATE |
|---|---|---|---|
| Bibb | 7 | 10 | 70% |
| Birmingham | 2 | 3 | 66.67% |
| Bullock | 38 | 57 | 66.67% |
| Bullock Outpatient | 2 | 2 | 100% |
| Donaldson | 13 | 31 | 41.94% |
| Donaldson Outpatient | 4 | 4 | 100% |
| Easterling | 3 | 15 | 20% |
| Fountain | 4 | 7 | 57.14% |
| Hamilton A&I | 2 | 3 | 66.67% |
| Holman | 3 | 10 | 30% |
| Kilby | 17 | 21 | 80.95% |
| Kilby CSU | - | 2 | 0% |
| Limestone | 10 | 15 | 66.67% |
| Montgomery | 3 | 3 | 100% |
| St. Clair | 3 | 5 | 60% |
| Staton | 5 | 12 | 41.67% |
| Tutwiler | 16 | 26 | 61.54% |
| Tutwiler Outpatient | 1 | 1 | 100% |
| Ventress | 3 | 11 | 27.27% |
| Regional Office | 3 | 9 | 33.33% |
| **Grand Total** | **139** | **247*** | **56.28%** |

**Includes MHP Associates*

## VACANCY RATE

| Total Number of Vacant Positions at the End of the Quarter | Contract FTE | Vacancy Rate |
|---|---|---|
| 92.50 | 263.20 | 35.14% |

CONFIDENTIAL