FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA





# QUARTERLY STAFFING REPORT

**Braggs, *et al.* v. Dunn, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: December 3, 2018**

In compliance with the Court's Phase 2A Understaffing Remedial Order (Doc. No. 1657), Commissioner Jefferson Dunn and Associate Commissioner Ruth Naglich (jointly, the "State") provide this Quarterly Staffing Report (the "Report"). This Report provides information regarding correctional and mental health staffing in the Alabama Department of Corrections ("ADOC") for the most recent quarter, i.e. the quarter ending on September 30, 2018. With respect to implementation of the recommendations provided by the State's consultants, the consultants continue to work toward meeting the Court's deadlines, as follows:

| Consultant | Deadline for Recommendations | Status |
|---|---|---|
| Dr. Stephen Condrey | April 1, 2018 | Completed (Doc. Nos. 1725 and 1725-1) |
| Russ and Meg Savage | May 1, 2018 | Completed (Doc. Nos. 1813 and 1813-1) |
| Warren Averett | November 1, 2018 | Completed (Doc. Nos. 2150, 2150-1, 2151, and 2151-1) |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | March 1, 2019 (finalized staffing ratios) | ADOC's mental-health consultants began their analysis prior to September 1, 2018, and expect to complete the analysis by March 1, 2019. |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | January 15, 2020 (final recommendations) | This phase will not begin until ADOC implements the finalized staffing ratios. |

CONFIDENTIAL

# CORRECTIONAL STAFFING

| | Correctional Officer | | | | | | Supervisor | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | 9/30/18 Actual | Q3 Ending Vacancies | Q3 - 2018 Attrition Vol | Q3 - 2018 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 9/30/18 Actual | Q3 Ending Vacancies | Q3 - 2018 Attrition Vol | Q3 - 2018 Attrition Inv | Staff with ADOC in Excess of 12 Months | 9/30/18 Correctional Staff | Q3 - 2018 Turnover Rate | Retention Rate | Q3 - 2018 End Vacancy Rate |
| Bibb | 272 | 55 | 217 | 2 | | 53 | 39 | 29 | 10 | 1 | | 29 | 84 | 3.6% | 97.6% | 73.0% |
| Bullock | 292 | 67 | 225 | 5 | | 67 | 44 | 23 | 21 | | | 23 | 90 | 5.6% | 100.0% | 73.2% |
| Donaldson | 365 | 115 | 250 | 2 | | 112 | 44 | 31 | 13 | 1 | | 31 | 146 | 2.1% | 97.9% | 64.3% |
| Easterling | 219 | 42 | 177 | 3 | | 40 | 33 | 23 | 10 | | | 23 | 65 | 4.6% | 96.9% | 74.2% |
| Elmore | 157 | 69 | 88 | | | 67 | 34 | 18 | 16 | | | 18 | 87 | 0.0% | 97.7% | 54.5% |
| Fountain | 194 | 50 | 144 | | | 48 | 36 | 26 | 10 | | | 26 | 76 | 0.0% | 97.4% | 67.0% |
| Hamilton A & I | 40 | 32 | 8 | | | 32 | 14 | 15 | -1 | 1 | | 15 | 47 | 2.1% | 100.0% | 13.0% |
| Holman | 241 | 48 | 193 | 2 | | 47 | 36 | 19 | 17 | 2 | | 19 | 67 | 6.0% | 98.5% | 75.8% |
| Kilby | 272 | 101 | 171 | 2 | | 98 | 47 | 29 | 18 | | | 29 | 130 | 1.5% | 97.7% | 59.2% |
| Limestone | 324 | 178 | 146 | 2 | | 177 | 44 | 39 | 5 | | | 39 | 217 | 0.9% | 99.5% | 41.0% |
| St. Clair | 300 | 83 | 217 | 1 | | 80 | 31 | 30 | 1 | | | 30 | 113 | 0.9% | 97.3% | 65.9% |
| Staton | 266 | 95 | 171 | 2 | | 91 | 29 | 31 | -2 | 1 | | 31 | 126 | 2.4% | 96.8% | 57.3% |
| Tutwiler | 162 | 66 | 96 | 1 | | 62 | 38 | 33 | 5 | 1 | | 33 | 99 | 2.0% | 96.0% | 50.5% |
| Ventress | 222 | 64 | 158 | 1 | | 64 | 31 | 24 | 7 | 1 | | 24 | 88 | 2.3% | 100.0% | 65.2% |
| | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 1065 | 2261 | 23 | 0 | 1038 | 500 | 370 | 130 | 8 | 0 | 370 | 1435 | 2.2% | 98.1% | 62.5% |

CONFIDENTIAL

# MENTAL HEALTH STAFFING

## EMPLOYED STAFF BY FACILITY

| Site | Position | Budget FTE | Actual FTE | Hired Not Started FTE | FTE for New Vacancies in Quarter | Covered FTE | Total FTE Credit | Filled Pct |
|---|---|---|---|---|---|---|---|---|
| BANTRY CORP 0350 - ALABAMA | MH AA | 2.00 | 1.00 | | | 1.005 | 1.005 | 50.24% |
| BANTRY CORP 0350 - ALABAMA | MH Admin Coor | 1.00 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| BANTRY CORP 0350 - ALABAMA | MH Asst Prgm Dir N | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH Asst Prgm Dir S | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH Asst Psychiatric Dir | 1.00 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| BANTRY CORP 0350 - ALABAMA | MH Clin Dir-Edu Trng | 1.00 | 0.75 | | | 1.000 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH CQI Assistant | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH CQI Manager | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH Data-Reports Mgr | 1.00 | 1.00 | | | 0.968 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH Program Director | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| BANTRY CORP 0350 - ALABAMA | MH Psychiatric Director | 1.00 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| BANTRY CORP 0350 - ALABAMA | MH Telehealth Coor | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| ADOC - BIBB CF | MH Clerk | 1.00 | 1.00 | | | 1.000 | 1.000 | 100.00% |
| ADOC - BIBB CF | MH CRNP | 0.50 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| ADOC - BIBB CF | MH LPN | 1.40 | 1.00 | | | 1.043 | 1.043 | 74.48% |
| ADOC - BIBB CF | MH Observer | 2.00 | 1.50 | 0.50 | 1.00 | 4.015 | 2.000 | 100.00% |
| ADOC - BIBB CF | MH Site Program Mgr | 1.00 | 1.00 | | | 0.968 | 1.000 | 100.00% |
| ADOC - BIBB CF | MHP | 2.50 | 2.50 | | | 2.520 | 2.500 | 100.00% |
| ADOC - BIBB CF | Psychiatrist | 0.50 | 0.00 | | | 0.102 | 0.102 | 20.48% |
| ADOC - BIRMINGHAM CBF/CWC | MH LPN | 0.50 | 0.75 | | | 0.739 | 0.500 | 100.00% |
| ADOC - BIRMINGHAM CBF/CWC | MHP | 1.00 | 1.00 | | | 0.950 | 1.000 | 100.00% |
| ADOC - BIRMINGHAM CBF/CWC | Psychiatrist | 0.20 | 0.20 | | | 0.179 | 0.200 | 100.00% |
| ADOC - BULLOCK CF | MH AA | 2.00 | 2.75 | | | 2.953 | 2.000 | 100.00% |





CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADOC - BULLOCK CF | MH Activity Tech | 6.00 | 6.00 | | | 5.325 | 6.000 | 100.00% |
| ADOC - BULLOCK CF | MH ADON | 1.00 | 1.00 | | | 1.037 | 1.000 | 100.00% |
| ADOC - BULLOCK CF | MH Clerk | 2.00 | 2.00 | | 1.00 | 3.065 | 2.000 | 100.00% |
| ADOC - BULLOCK CF | MH CRNP | 2.40 | 0.90 | | | 0.856 | 0.900 | 37.50% |
| ADOC - BULLOCK CF | MH LPN | 13.10 | 11.70 | | | 15.166 | 13.100 | 100.00% |
| ADOC - BULLOCK CF | MH Observer | 6.00 | 7.55 | | | 13.873 | 6.000 | 100.00% |
| ADOC - BULLOCK CF | MH RN | 5.60 | 2.40 | | | 1.116 | 2.400 | 42.86% |
| ADOC - BULLOCK CF | MH RTU/SU Coordinator | 1.00 | 1.00 | | | 1.030 | 1.000 | 100.00% |
| ADOC - BULLOCK CF | MH Site Program Mgr | 2.00 | 1.00 | 1.00 | 1.00 | 1.684 | 2.000 | 100.00% |
| ADOC - BULLOCK CF | MHP | 12.60 | 10.60 | 2.00 | 2.00 | 9.350 | 12.600 | 100.00% |
| ADOC - BULLOCK CF | Psychiatrist | 3.00 | 0.50 | | | 0.504 | 0.504 | 16.81% |
| ADOC - BULLOCK CF | Psychologist PhD | 1.00 | 1.00 | | | 1.009 | 1.000 | 100.00% |
| ADOC - DONALDSON CF | MH Activity Tech | 4.00 | 3.75 | 0.25 | | 3.698 | 4.000 | 100.00% |
| ADOC - DONALDSON CF | MH ADON | 1.00 | 1.00 | | | 1.056 | 1.000 | 100.00% |
| ADOC - DONALDSON CF | MH Clerk | 2.00 | 1.00 | 1.00 | 1.00 | 2.270 | 2.000 | 100.00% |
| ADOC - DONALDSON CF | MH CRNP | 1.50 | 0.00 | | | 0.984 | 0.984 | 65.61% |
| ADOC - DONALDSON CF | MH LPN | 11.20 | 5.00 | 2.00 | 1.00 | 7.539 | 8.000 | 71.43% |
| ADOC - DONALDSON CF | MH Observer | 8.00 | 5.00 | 2.00 | 4.90 | 10.221 | 8.000 | 100.00% |
| ADOC - DONALDSON CF | MH RN | 5.60 | 3.00 | 1.00 | | 1.675 | 4.000 | 71.43% |
| ADOC - DONALDSON CF | MH Site Program Mgr | 2.00 | 2.00 | | | 1.636 | 2.000 | 100.00% |
| ADOC - DONALDSON CF | MHP | 7.80 | 6.80 | 1.00 | 2.00 | 6.867 | 7.800 | 100.00% |
| ADOC - DONALDSON CF | Psychiatrist | 1.50 | 1.00 | | | 1.223 | 1.223 | 81.51% |
| ADOC - DONALDSON CF | Psychologist PhD | 1.00 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| ADOC - EASTERLING CF | MH Clerk | 1.00 | 1.00 | | 1.00 | 0.554 | 1.000 | 100.00% |
| ADOC - EASTERLING CF | MH CRNP | 0.50 | 0.50 | | | 0.352 | 0.500 | 100.00% |
| ADOC - EASTERLING CF | MH LPN | 1.40 | 1.00 | | | 1.039 | 1.039 | 74.24% |
| ADOC - EASTERLING CF | MH Site Program Mgr | 1.00 | 1.00 | | | 0.901 | 1.000 | 100.00% |
| ADOC - EASTERLING CF | MHP | 2.80 | 2.80 | | 1.00 | 2.958 | 2.800 | 100.00% |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADOC - EASTERLING CF | Psychiatrist | 0.50 | 0.00 | | | 0.095 | 0.095 | 18.94% |
| ADOC - FOUNTAIN CF | MH Clerk | 1.00 | 1.00 | | | 1.051 | 1.000 | 100.00% |
| ADOC - FOUNTAIN CF | MH CRNP | 1.00 | 1.00 | | | 0.949 | 1.000 | 100.00% |
| ADOC - FOUNTAIN CF | MH LPN | 1.00 | 1.00 | | | 1.114 | 1.000 | 100.00% |
| ADOC - FOUNTAIN CF | MH Site Program Mgr | 1.00 | 1.00 | | | 0.950 | 1.000 | 100.00% |
| ADOC - FOUNTAIN CF | MHP | 2.00 | 2.00 | | | 1.912 | 2.000 | 100.00% |
| ADOC - FOUNTAIN CF | Psychiatrist | 0.50 | 0.50 | | | 0.508 | 0.500 | 100.00% |
| ADOC - FOUNTAIN CF | Psychologist PhD | 0.50 | 0.50 | | | 0.038 | 0.500 | 100.00% |
| ADOC - HAMILTON A&I | MH LPN | 0.80 | 0.80 | | | 0.806 | 0.800 | 100.00% |
| ADOC - HAMILTON A&I | MH Medical Records Clerk | 0.50 | 0.50 | | | 0.000 | 0.500 | 100.00% |
| ADOC - HAMILTON A&I | MH Site Program Mgr | 1.00 | 1.00 | | | 0.984 | 1.000 | 100.00% |
| ADOC - HAMILTON A&I | MHP | 1.00 | 1.00 | | | 0.995 | 1.000 | 100.00% |
| ADOC - HAMILTON A&I | Psychiatrist | 0.25 | 0.25 | | | 0.181 | 0.250 | 100.00% |
| ADOC - HOLMAN CF | MH Clerk | 1.00 | 1.00 | | | 1.019 | 1.000 | 100.00% |
| ADOC - HOLMAN CF | MH CRNP | 1.00 | 0.00 | | | 0.475 | 0.475 | 47.55% |
| ADOC - HOLMAN CF | MH LPN | 2.40 | 2.00 | 0.40 | 0.40 | 2.106 | 2.400 | 100.00% |
| ADOC - HOLMAN CF | MH Observer | 5.00 | 5.00 | | | 5.586 | 5.000 | 100.00% |
| ADOC - HOLMAN CF | MH Site Program Mgr | 1.00 | 1.00 | | | 1.105 | 1.000 | 100.00% |
| ADOC - HOLMAN CF | MHP | 2.00 | 1.00 | 1.00 | | 1.035 | 2.000 | 100.00% |
| ADOC - HOLMAN CF | Psychiatrist | 0.50 | 0.50 | | | 0.430 | 0.500 | 100.00% |
| ADOC - HOLMAN CF | Psychologist PhD | 0.50 | 0.50 | | | 0.272 | 0.500 | 100.00% |
| ADOC - KILBY CF | MH Clerk | 2.50 | 2.50 | | | 2.425 | 2.500 | 100.00% |
| ADOC - KILBY CF | MH CRNP | 1.00 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| ADOC - KILBY CF | MH LPN | 8.20 | 4.00 | | 1.40 | 3.253 | 5.400 | 65.85% |
| ADOC - KILBY CF | MH Observer | 6.00 | 5.00 | 1.00 | 1.00 | 7.769 | 6.000 | 100.00% |
| ADOC - KILBY CF | MH RN | 2.80 | 2.00 | | 0.40 | 2.234 | 2.400 | 85.71% |
| ADOC - KILBY CF | MH RTU/SU Coordinator | 1.00 | 1.00 | | | 0.979 | 1.000 | 100.00% |
| ADOC - KILBY CF | MH Site Program Mgr | 1.00 | 1.00 | | | 1.185 | 1.000 | 100.00% |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADOC - KILBY CF | MHP | 7.40 | 6.40 | | 1.00 | 5.891 | 7.400 | 100.00% |
| ADOC - KILBY CF | Psychiatrist | 1.50 | 1.50 | | | 1.362 | 1.500 | 100.00% |
| ADOC - KILBY CF | Psychologist PhD | 1.50 | 0.00 | 0.50 | | 0.000 | 0.500 | 33.33% |
| ADOC - LIMESTONE CF | MH Clerk | 1.00 | 1.00 | | | 1.001 | 1.000 | 100.00% |
| ADOC - LIMESTONE CF | MH CRNP | 1.00 | 0.00 | 1.00 | | 0.000 | 1.000 | 100.00% |
| ADOC - LIMESTONE CF | MH LPN | 2.40 | 2.50 | | | 2.321 | 2.400 | 100.00% |
| ADOC - LIMESTONE CF | MH Observer | 3.00 | 3.00 | | | 4.534 | 3.000 | 100.00% |
| ADOC - LIMESTONE CF | MH Site Program Mgr | 1.00 | 1.00 | | | 1.043 | 1.000 | 100.00% |
| ADOC - LIMESTONE CF | MHP | 4.50 | 4.50 | | | 4.966 | 4.500 | 100.00% |
| ADOC - LIMESTONE CF | Psychiatrist | 0.75 | 0.75 | | | 0.837 | 0.750 | 100.00% |
| ADOC - LIMESTONE CF | Psychologist PhD | 1.00 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| ADOC - MONTGOMERY WOMEN'S | MH CRNP | 0.50 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| ADOC - MONTGOMERY WOMEN'S | MH LPN | 0.50 | 0.50 | | | 0.713 | 0.500 | 100.00% |
| ADOC - MONTGOMERY WOMEN'S | MHP | 1.50 | 1.00 | 0.50 | | 1.462 | 1.500 | 100.00% |
| ADOC - ST. CLAIR CF | MH Clerk | 1.00 | 0.80 | | | 0.690 | 0.800 | 80.00% |
| ADOC - ST. CLAIR CF | MH CRNP | 0.50 | 0.00 | | | 0.000 | 0.000 | 0.00% |
| ADOC - ST. CLAIR CF | MH LPN | 1.00 | 1.00 | | | 1.004 | 1.000 | 100.00% |
| ADOC - ST. CLAIR CF | MH Site Program Mgr | 1.00 | 1.00 | | | 0.958 | 1.000 | 100.00% |
| ADOC - ST. CLAIR CF | MHP | 1.75 | 1.75 | | | 1.832 | 1.750 | 100.00% |
| ADOC - STATON CF | MH Clerk | 2.00 | 2.00 | | | 2.048 | 2.000 | 100.00% |
| ADOC - STATON CF | MH CRNP | 1.00 | 0.00 | 1.00 | 0.80 | 0.181 | 1.000 | 100.00% |
| ADOC - STATON CF | MH LPN | 2.80 | 1.80 | | 1.00 | 2.049 | 2.800 | 100.00% |
| ADOC - STATON CF | MH RN | 2.80 | 1.00 | | | 1.042 | 1.042 | 37.21% |
| ADOC - STATON CF | MH Site Program Mgr | 1.00 | 1.00 | | | 1.103 | 1.000 | 100.00% |
| ADOC - STATON CF | MHP | 5.00 | 4.00 | 1.00 | | 3.593 | 5.000 | 100.00% |
| ADOC - STATON CF | Psychiatrist | 1.00 | 1.00 | | | 1.240 | 1.000 | 100.00% |
| ADOC - TUTWILER CF | MH Activity Tech | 2.00 | 2.00 | | | 1.768 | 2.000 | 100.00% |

CONFIDENTIAL

Case 2:14-cv-00601-MHT-JTA Document 2378-1 Filed 02/28/19 Page 7 of 9



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADOC - TUTWILER CF | MH ADON | 1.00 | 1.00 | | | 0.973 | 1.000 | 100.00% |
| ADOC - TUTWILER CF | MH Clerk | 1.50 | 1.50 | | | 1.264 | 1.500 | 100.00% |
| ADOC - TUTWILER CF | MH CRNP | 1.00 | 1.00 | | | 1.045 | 1.000 | 100.00% |
| ADOC - TUTWILER CF | MH LPN | 7.10 | 6.70 | | 0.40 | 7.122 | 7.100 | 100.00% |
| ADOC - TUTWILER CF | MH RN | 4.20 | 3.00 | 0.20 | | 1.598 | 3.200 | 76.19% |
| ADOC - TUTWILER CF | MH Site Program Mgr | 1.00 | 1.00 | | | 1.069 | 1.000 | 100.00% |
| ADOC - TUTWILER CF | MHP | 6.00 | 6.00 | | 1.00 | 5.962 | 6.000 | 100.00% |
| ADOC - TUTWILER CF | Psychiatrist | 1.25 | 0.75 | | | 1.267 | 1.250 | 100.00% |
| ADOC - TUTWILER CF | Psychologist PhD | 2.00 | 0.00 | | | 0.031 | 0.031 | 1.54% |
| ADOC - VENTRESS CF | MH Clerk | 1.00 | 1.00 | | | 1.246 | 1.000 | 100.00% |
| ADOC - VENTRESS CF | MH CRNP | 0.50 | 0.50 | | | 0.680 | 0.500 | 100.00% |
| ADOC - VENTRESS CF | MH LPN | 1.40 | 1.00 | | | 1.123 | 1.123 | 80.19% |
| ADOC - VENTRESS CF | MH Site Program Mgr | 1.00 | 1.00 | | | 1.062 | 1.000 | 100.00% |
| ADOC - VENTRESS CF | MHP | 2.80 | 1.80 | | | 1.800 | 1.800 | 64.29% |
| ADOC - VENTRESS CF | Psychiatrist | 0.50 | 0.00 | | | 0.025 | 0.025 | 5.00% |
| | | | | | | | | |

**Column Definitions**

**Budget FTE** - The budgeted FTE as defined in the contract between Wexford Health Sources and the Alabama Department of Corrections

**Actual FTE** - The actual FTE assigned to a position as of the last day of the quarter. Does not include any PRN hours or overtime hours.

**Hired Not Started FTE** - The FTE of individuals who have accepted a position with Wexford, but have not yet started.

**FTE for New Vacancies in Quarter** - FTE credit for any newly created vacancies in the quarter being reported.

**Covered FTE** - This reports any covered hours which include hours worked, PTO hours, leave hours, etc… This number does reflect PRN and overtime hours.

**Total FTE Credit** - Used in the calculation to determine Filled Pct. This number will never exceed the Budget FTE. It is the greater of (Actual FTE + Hired Not Started FTE + FTE for New Vacancies in Quarter) or (Covered FTE).

**Filled Pct** - Total FTE Credit divided by Budget FTE.

CONFIDENTIAL

Case 2:14-cv-00601-MHT-JTA Document 2378-1 Filed 02/28/19 Page 8 of 9



## TURNOVER RATE

| Total Number of Mental Health Staff at the End of Quarter | Voluntary Termination | Involuntary Termination | Turnover Rate |
|---|---|---|---|
| 320 | 17 | 7 | 7.50% |

## RETENTION RATE

| Site | Less than 1 Year of Service | Greater than 1 Year of Service | Total Emps | Retention Rate |
|---|---|---|---|---|
| ADOC - BIBB CF | 6 | 6 | 12 | 50.00% |
| ADOC - BIRMINGHAM CBF/CWC | 1 | 2 | 3 | 66.67% |
| ADOC - BULLOCK CF | 14 | 40 | 54 | 74.07% |
| ADOC - BULLOCK OUTPATIENT | 2 | 8 | 10 | 80.00% |
| ADOC - DONALDSON CF | 26 | 15 | 41 | 36.59% |
| ADOC - DONALDSON OUTPATIENT | 0 | 3 | 3 | 100.00% |
| ADOC - EASTERLING CF | 13 | 7 | 20 | 35.00% |
| ADOC - FOUNTAIN CF | 7 | 6 | 13 | 46.15% |
| ADOC - HAMILTON A&I | 4 | 3 | 7 | 42.86% |
| ADOC - HOLMAN CF | 12 | 3 | 15 | 20.00% |
| ADOC - KILBY CF | 12 | 16 | 28 | 57.14% |
| ADOC - KILBY CSU | 6 | 1 | 7 | 14.29% |
| ADOC - LIMESTONE CF | 7 | 10 | 17 | 58.82% |
| ADOC - MONTGOMERY WOMEN'S | 0 | 2 | 2 | 100.00% |
| ADOC - ST. CLAIR CF | 3 | 4 | 7 | 57.14% |
| ADOC - STATON CF | 5 | 7 | 12 | 58.33% |
| ADOC - TUTWILER | 21 | 16 | 37 | 43.24% |
| ADOC - TUTWILER OUTPATIENT | 0 | 2 | 2 | 100.00% |
| ADOC - VENTRESS CF | 17 | 4 | 21 | 19.05% |



CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| REGIONAL OFFICE | 6 | 3 | 9 | 33.33% |
| **Total** | **162** | **158** | **320** | **49.38%** |

## VACANCY RATE

| Total Number of Vacant Positions at the End of the Quarter | Total Number of Mental-Health Positions | Vacancy Rate |
|---|---|---|
| 62.100 FTE | 263.200 FTE | 23.59% |

CONFIDENTIAL