FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY STAFFING REPORT

**Braggs, *et al.* v. Dunn, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: December 2, 2019**

In compliance with the Court's Phase 2A Understaffing Remedial Order (Doc. No. 1657), Commissioner Jefferson Dunn and Associate Commissioner Ruth Naglich (jointly, the "State") provide this Quarterly Staffing Report (the "Report"). This Report provides information regarding correctional staffing in the Alabama Department of Corrections ("ADOC") for the most recent quarter, i.e. the quarter ending on September 30, 2019. With respect to implementation of the recommendations provided by the State's consultants, the consultants continue to work toward meeting the Court's deadlines, as follows:

| Consultant | Deadline for Recommendations | Status |
|---|---|---|
| Dr. Stephen Condrey | April 1, 2018 | Completed (Doc. Nos. 1725 and 1725-1) |
| Russ and Meg Savage | May 1, 2018 | Completed (Doc. Nos. 1813 and 1813-1) |
| Warren Averett | November 1, 2018 | Completed (Doc. Nos. 2150, 2150-1, 2151, and 2151-1) |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | March 1, 2019 (finalized staffing ratios) | Completed (Doc. Nos. 2385, 2385-1) |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | 150 days after modification of contract (final recommendations) | This phase will not begin until ADOC implements the finalized staffing ratios, as modified. |

Case 2:14-cv-00601-MHT-JTA Document 2766-1 Filed 03/02/20 Page 3 of 3



## CORRECTIONAL STAFFING

| | Correctional Staff[1] | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Q3 - 2019 | | Staff with ADOC in Excess of | | | Q3 | Q3 - 2019 | | Staff with ADOC in Excess of | 9/30/19 | Q3 - 2019 | | Q3 - 2019 |
| | | 9/30/19 | Q3 Ending | Attrition | | | | 9/30/19 | Ending | Attrition | | | Correctional | Turnover | Retention | Vacancy |
| | Assigned | Actual | Vacancies | Vol | Inv | 12 Months | Assigned | Actual | Vacancies | Vol | Inv | 12 Months | Staff | Rate | Rate | Rate |
| Bibb | 272 | 70 | 202 | 2 | 2 | 59 | 39 | 27 | 12 | | | 27 | 97 | 4.1% | 88.7% | 68.8% |
| Bullock | 292 | 104 | 188 | 4 | | 85 | 44 | 24 | 20 | 1 | | 24 | 128 | 3.9% | 85.2% | 61.9% |
| Donaldson | 365 | 130 | 235 | 7 | | 107 | 44 | 29 | 15 | 2 | | 29 | 159 | 5.7% | 85.5% | 61.1% |
| Easterling | 219 | 74 | 145 | 2 | 1 | 60 | 33 | 18 | 15 | | | 18 | 92 | 3.3% | 84.8% | 63.5% |
| Elmore | 157 | 74 | 83 | | | 61 | 34 | 17 | 17 | | | 17 | 91 | 0.0% | 85.7% | 52.4% |
| Fountain | 194 | 46 | 148 | 2 | | 37 | 36 | 23 | 13 | | | 23 | 69 | 2.9% | 87.0% | 70.0% |
| Hamilton A & I | 40 | 50 | -10 | | | 36 | 14 | 14 | 0 | | | 14 | 64 | 0.0% | 78.1% | -18.5% |
| Holman | 241 | 74 | 167 | 1 | | 56 | 36 | 16 | 20 | 1 | | 16 | 90 | 2.2% | 80.0% | 67.5% |
| Kilby | 272 | 118 | 154 | 3 | | 102 | 47 | 21 | 26 | | | 21 | 139 | 2.2% | 88.5% | 56.4% |
| Limestone | 324 | 180 | 144 | 5 | | 165 | 44 | 34 | 10 | 3 | | 34 | 214 | 3.7% | 93.0% | 41.8% |
| St. Clair | 300 | 108 | 192 | 2 | | 86 | 31 | 23 | 8 | | | 23 | 131 | 1.5% | 83.2% | 60.4% |
| Staton | 266 | 120 | 146 | 2 | | 99 | 29 | 26 | 3 | 1 | | 26 | 146 | 2.1% | 85.6% | 50.5% |
| Tutwiler | 162 | 99 | 63 | 5 | 1 | 62 | 38 | 31 | 7 | | | 31 | 130 | 4.6% | 71.5% | 35.0% |
| Ventress | 222 | 92 | 130 | 3 | | 68 | 31 | 17 | 14 | 1 | | 17 | 109 | 3.7% | 78.0% | 56.9% |
| | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 1339 | 1987 | 38 | 4 | 1083 | 500 | 320 | 180 | 9 | 0 | 320 | 1659 | 3.1% | 84.6% | 56.6% |

[1] The information on correctional staffing levels includes data relating to correctional officer, basic correctional officer, and correctional cubicle operator positions within ADOC.