FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY STAFFING REPORT

**Braggs, *et al.* v. Dunn, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: September 1, 2020**

In compliance with the Court's Phase 2A Understaffing Remedial Order (Doc. No. 1657), Commissioner Jefferson Dunn and Associate Commissioner Ruth Naglich (jointly, the "State") provide this Quarterly Staffing Report (the "Report"). This Report provides information regarding correctional staffing in the Alabama Department of Corrections ("ADOC") for the most recent quarter, i.e. the quarter ending on June 30, 2020. With respect to implementation of the recommendations provided by the State's consultants, the consultants continue to work toward meeting the Court's deadlines, as follows:

| Consultant | Deadline for Recommendations | Status |
|---|---|---|
| Dr. Stephen Condrey | April 1, 2018 | Completed (Doc. Nos. 1725 and 1725-1) |
| Russ and Meg Savage | May 1, 2018 | Completed (Doc. Nos. 1813 and 1813-1) |
| Warren Averett | November 1, 2018 | Completed (Doc. Nos. 2150, 2150-1, 2151, and 2151-1) |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | March 1, 2019 (finalized staffing ratios) | Completed (Doc. Nos. 2385, 2385-1) |
| Catherine Knox, Dr. Jeffrey Metzner, and Dr. Mary Perrien | 150 days after modification of contract (final recommendations) | This phase will not begin until ADOC implements the finalized staffing ratios, as modified. |

CONFIDENTIAL

# CORRECTIONAL STAFFING

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and Factored Part-Time Retirees) | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | BCO Actual | CO Actual | PT Actual | PT Fact. | Sr. CO Actual | 6/30/20 Actual | Q2 Ending Vacancies | Q2 - 2020 Attrition Vol | Q2 - 2020 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 6/30/20 Actual | Q2 Ending Vacancies | Q2 - 2020 Attrition Vol | Q2 - 2020 Attrition Inv | Staff with ADOC in Excess of 12 Months | 6/30/20 Correctional Staff | Q2-2020 Turnover Rate | Retention Rate | Q2 - 2020 Vacancy Rate |
| Bibb | 272 | 5 | 46 | 5 | 6 | 3 | 43 | 102 | 170 | 3 | | 61 | 39 | 27 | 12 | 1 | | 27 | 129 | 3.1% | 68.2% | 58.5% |
| Bullock | 292 | 22 | 29 | 8 | 6 | 3 | 53 | 115 | 177 | 1 | 1 | 83 | 44 | 22 | 22 | | | 22 | 137 | 1.5% | 76.6% | 59.2% |
| Donaldson | 365 | 7 | 29 | 13 | 19 | 9.5 | 91 | 149.5 | 215.5 | 6 | | 123.5 | 44 | 29 | 15 | | | 29 | 178.5 | 3.4% | 85.4% | 56.4% |
| Draper | | 0 | 1 | 2 | 0 | 0 | 15 | 18 | | | | 16 | | | | | | 0 | 18 | | | |
| Easterling | 219 | 20 | 30 | 7 | 10 | 5 | 33 | 95 | 124 | 4 | | 63 | 33 | 19 | 14 | | | 19 | 114 | 3.5% | 71.9% | 54.8% |
| Elmore | 157 | 1 | 32 | 10 | 12 | 6 | 49 | 98 | 59 | 2 | 1 | 60 | 34 | 16 | 18 | | | 16 | 114 | 2.6% | 66.7% | 40.3% |
| Fountain | 194 | 0 | 34 | 3 | 22 | 11 | 38 | 86 | 108 | 1 | | 53 | 36 | 19 | 17 | 1 | | 19 | 105 | 1.9% | 68.6% | 54.3% |
| Hamilton A & I | 40 | 0 | 13 | 7 | 4 | 2 | 39 | 61 | -21 | 1 | | 48 | 14 | 13 | 1 | | | 13 | 74 | 1.4% | 82.4% | -37.0% |
| Holman | 241 | 7 | 12 | 4 | 13 | 6.5 | 42 | 71.5 | 169.5 | 1 | | 58.5 | 36 | 18 | 18 | 1 | | 18 | 89.5 | 2.2% | 85.5% | 67.7% |
| Kilby | 272 | 2 | 31 | 19 | 20 | 10 | 89 | 151 | 121 | 2 | | 114 | 47 | 21 | 26 | | | 21 | 172 | 1.2% | 78.5% | 46.1% |
| Limestone | 324 | 6 | 22 | 14 | 23 | 11.5 | 141 | 194.5 | 129.5 | 6 | | 167.5 | 44 | 33 | 11 | | | 33 | 227.5 | 2.6% | 88.1% | 38.2% |
| St. Clair | 300 | 4 | 23 | 5 | 26 | 13 | 75 | 120 | 180 | 2 | 1 | 97 | 31 | 21 | 10 | 1 | | 21 | 141 | 2.8% | 83.7% | 57.4% |
| Staton | 266 | 15 | 34 | 10 | 22 | 11 | 64 | 134 | 132 | 4 | 1 | 94 | 29 | 24 | 5 | 2 | | 24 | 158 | 4.4% | 74.7% | 46.4% |
| Tutwiler | 162 | 7 | 42 | 10 | 12 | 6 | 48 | 113 | 49 | 6 | | 73 | 38 | 25 | 13 | | 1 | 25 | 138 | 4.3% | 71.0% | 31.0% |
| Ventress | 222 | 9 | 33 | 4 | 15 | 7.5 | 48 | 101.5 | 120.5 | 6 | 1 | 74.5 | 31 | 17 | 14 | | | 17 | 118.5 | 5.9% | 77.2% | 53.2% |
| | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 105 | 411 | 121 | 210 | 105 | 868 | 1610 | 1716 | 45 | 5 | 1186 | 500 | 304 | 196 | 6 | 1 | 304 | 1914 | 3.0% | 77.8% | 50.0% |

CONFIDENTIAL

[1] Pursuant to the Court's Order (Doc. No. 2763), the State provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.