FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: June 1, 2022**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING MARCH 31, 2022

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | BCO Actual | CO Actual | PT Actual | PT Fact. | Sr. CO Actual | 3/31/22 Actual | Q1 Ending Vacancies | Q1 – 2022 Attrition Vol | Q1 – 2022 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 3/31/22 Actual | Q1 Ending Vacancies | Q1 - 2022 Attrition Vol | Q1 - 2022 Attrition Inv | Staff with ADOC in Excess of 12 Months | 3/31/22 Correctional Staff | Q1-2022 Turnover Rate | Retention Rate | Q1 - 2022 Vacancy Rate |
| Bibb | 272 | 1 | 22 | 1 | 7 | 3.5 | 31 | 68.5 | 203.5 | 9 | 1 | 64.5 | 39 | 17 | 22 | 2 | 0 | 17 | 85.5 | 14.0% | 95.3% | 72.5% |
| Bullock | 292 | 11 | 22 | 2 | 7 | 3.5 | 44 | 91.5 | 200.5 | 8 | 1 | 83.5 | 44 | 13 | 31 | 0 | 0 | 13 | 104.5 | 8.6% | 92.3% | 68.9% |
| Donaldson | 365 | 3 | 17 | 1 | 20 | 10 | 69 | 104 | 261 | 7 | 0 | 98 | 44 | 19 | 25 | 2 | 0 | 19 | 123 | 7.3% | 95.1% | 69.9% |
| Draper | | | 5 | | | 0 | 16 | 25 | -25 | 6 | 0 | 24 | | 7 | -7 | 0 | 0 | 7 | 32 | 18.8% | 96.9% | |
| Easterling | 219 | 13 | 14 | 3 | 9 | 4.5 | 32 | 72.5 | 146.5 | 11 | 0 | 67.5 | 33 | 12 | 21 | 4 | 0 | 12 | 84.5 | 17.8% | 94.1% | 66.5% |
| Elmore | 157 | 1 | 27 | | 10 | 5 | 39 | 79 | 78 | 7.5 | 3 | 66 | 34 | 14 | 20 | 2 | 0 | 14 | 93 | 13.4% | 86.0% | 51.3% |
| Fountain | 194 | | 15 | 1 | 20 | 10 | 35 | 62.5 | 131.5 | 9 | 1 | 59.5 | 36 | 11 | 25 | 2 | 0 | 11 | 73.5 | 16.3% | 95.9% | 68.0% |
| Hamilton A & I | 40 | | 16 | | 2 | 1 | 43 | 63 | -23 | 1 | 0 | 58 | 14 | 14 | 0 | 0 | 0 | 14 | 77 | 1.3% | 93.5% | -42.6% |
| Holman | 241 | 4 | 11 | 1 | 8 | 4 | 25 | 49 | 192 | 3.5 | 0 | 45 | 36 | 14 | 22 | 2 | 0 | 14 | 63 | 8.7% | 93.7% | 77.3% |
| Kilby | 272 | 2 | 22 | 4 | 19 | 9.5 | 86 | 123.5 | 148.5 | 4.5 | 0 | 118.5 | 47 | 24 | 23 | 0 | 0 | 24 | 147.5 | 3.1% | 96.6% | 53.8% |
| Limestone | 324 | 1 | 21 | 3 | 19 | 9.5 | 87 | 135.5 | 188.5 | 9 | 0 | 127.5 | 44 | 34 | 10 | 0 | 0 | 34 | 169.5 | 5.3% | 95.3% | 53.9% |
| St. Clair | 300 | | 29 | 8 | 27 | 13.5 | 68 | 126.5 | 173.5 | 7 | 0 | 110.5 | 31 | 23 | 8 | 1 | 0 | 23 | 149.5 | 5.4% | 89.3% | 54.8% |
| Staton | 266 | 8 | 20 | 1 | 20 | 10 | 54 | 103.5 | 162.5 | 9 | 0 | 96.5 | 29 | 21 | 8 | 1 | 0 | 21 | 124.5 | 8.0% | 94.4% | 57.8% |
| Tutwiler | 162 | 10 | 45 | | 12 | 6 | 40 | 106 | 56 | 6 | 1 | 96 | 38 | 26 | 12 | 1 | 0 | 26 | 132 | 6.1% | 92.4% | 34.0% |
| Ventress | 222 | 3 | 21 | | 16 | 8 | 34 | 71 | 151 | 4.5 | 0 | 67 | 31 | 13 | 18 | 0 | 0 | 13 | 84 | 5.4% | 95.2% | 66.8% |
| TOTAL | 3326 | 57 | 307 | 25 | 196 | 98 | 703 | 1281 | 2045 | 102 | 7 | 1182 | 500 | 262 | 238 | 17 | 0 | 262 | 1543 | 8.2% | 93.6% | 59.7% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.



ADOC(DOJ)_2269771