FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: September 1, 2022**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING JUNE 30, 2022

| | | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | BCO Actual | CO Actual | PT Actual | PT Fact. | Sr. CO Actual | 6/30/22 Actual | Q2 Ending Vacancies | Q2 – 2022 Attrition Vol | Q2 – 2022 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 6/30/22 Actual | Q2 Ending Vacancies | Q2 - 2022 Attrition Vol | Q2 - 2022 Attrition Inv | Staff with ADOC in Excess of 12 Months | 6/30/22 Correctional Staff | Q2-2022 Turnover Rate | Retention Rate | Q2 - 2022 Vacancy Rate |
| Bibb | 272 | 1 | 22 | 1 | 7 | 3.5 | 31 | 58.5 | 213.5 | 9 | 1 | 57.5 | 39 | 16 | 23 | 0 | 1 | 16 | 74.5 | 14.8% | 98.7% | 76.0% |
| Bullock | 292 | 11 | 22 | 2 | 7 | 3.5 | 44 | 82.5 | 209.5 | 9 | 0 | 79.5 | 44 | 14 | 30 | 0 | 0 | 14 | 96.5 | 9.3% | 96.9% | 71.3% |
| Donaldson | 365 | 3 | 17 | 1 | 20 | 10 | 69 | 100 | 265 | 5 | 2 | 97 | 44 | 22 | 22 | 0 | 0 | 22 | 122 | 5.7% | 97.5% | 70.2% |
| Draper | | 0 | 5 | 0 | 0 | 0 | 16 | 21 | -21 | 2 | 1 | 21 | 0 | 7 | -7 | 0 | 0 | 7 | 28 | 10.7% | 100.0% | |
| Easterling | 219 | 13 | 14 | 3 | 9 | 4.5 | 32 | 66.5 | 152.5 | 8 | 0 | 61.5 | 33 | 12 | 21 | 0 | 0 | 12 | 78.5 | 10.2% | 93.6% | 68.8% |
| Elmore | 157 | 1 | 27 | 0 | 10 | 5 | 39 | 72 | 85 | 5 | 0 | 60 | 34 | 18 | 16 | 0 | 0 | 18 | 90 | 5.6% | 86.7% | 52.9% |
| Fountain | 194 | 0 | 15 | 1 | 20 | 10 | 35 | 61 | 133 | 3 | 1 | 58 | 36 | 14 | 22 | 0 | 0 | 14 | 75 | 5.3% | 96.0% | 67.4% |
| Hamilton A & I | 40 | 0 | 16 | 0 | 2 | 1 | 43 | 60 | -20 | 5 | 0 | 58 | 14 | 13 | 1 | 0 | 0 | 13 | 73 | 6.8% | 97.3% | -35.2% |
| Holman | 241 | 4 | 11 | 1 | 8 | 4 | 25 | 45 | 196 | 4 | 0 | 44 | 36 | 11 | 25 | 0 | 0 | 11 | 56 | 7.1% | 98.2% | 79.8% |
| Kilby | 272 | 2 | 22 | 4 | 19 | 9.5 | 86 | 123.5 | 148.5 | 5 | 0 | 118.5 | 47 | 24 | 23 | 0 | 0 | 24 | 147.5 | 3.4% | 96.6% | 53.8% |
| Limestone | 324 | 1 | 21 | 3 | 19 | 9.5 | 87 | 121.5 | 202.5 | 14 | 0 | 118.5 | 44 | 34 | 10 | 1 | 0 | 34 | 155.5 | 9.6% | 98.1% | 57.7% |
| St. Clair | 300 | 0 | 29 | 8 | 27 | 13.5 | 68 | 118.5 | 181.5 | 9 | 0 | 114.5 | 31 | 24 | 7 | 0 | 0 | 24 | 142.5 | 6.3% | 97.2% | 56.9% |
| Staton | 266 | 8 | 20 | 1 | 20 | 10 | 54 | 93 | 173 | 11 | 0 | 90 | 29 | 20 | 9 | 1 | 0 | 20 | 113 | 10.6% | 97.3% | 61.7% |
| Tutwiler | 162 | 10 | 45 | 0 | 12 | 6 | 40 | 101 | 61 | 10 | 0 | 94 | 38 | 26 | 12 | 0 | 0 | 26 | 127 | 7.9% | 94.5% | 36.5% |
| Ventress | 222 | 3 | 21 | 0 | 16 | 8 | 34 | 66 | 156 | 4 | 2 | 65 | 31 | 13 | 18 | 0 | 0 | 13 | 79 | 7.6% | 98.7% | 68.8% |
| | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 57 | 307 | 25 | 196 | 98 | 703 | 1190 | 2136 | 103 | 7 | 1137 | 500 | 268 | 232 | 2 | 1 | 268 | 1458 | 7.8% | 96.4% | 61.9% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.