FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: March 1, 2023**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING DECEMBER 31, 2022

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | BCO Actual | CO Actual | PT Actual | PT Fact. | Sr. CO Actual | 12/31/22 Actual | Q4 Ending Vacancies | Q4 – 2022 Attrition Vol | Q4 – 2022 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 12/31/22 Actual | Q4 Ending Vacancies | Q4 - 2022 Attrition Vol | Q4 - 2022 Attrition Inv | Staff with ADOC in Excess of 12 Months | 12/31/22 Correctional Staff | Q4-2022 Turnover Rate | Retention Rate | Q4 - 2022 Vacancy Rate |
| Bibb | 272 | 1 | 25 | 2 | 8 | 4 | 28 | 60 | 212 | 1 | 0 | 53.5 | 39 | 17 | 22 | 2 | 0 | 17 | 77 | 3.9% | 91.6% | 75.2% |
| Bullock | 292 | 10 | 16 | 1 | 7 | 3.5 | 38 | 68.5 | 223.5 | 6 | 0 | 74.5 | 44 | 14 | 30 | 1 | 0 | 14 | 82.5 | 8.5% | 107.3% | 75.4% |
| Donaldson | 365 | 3 | 20 | 4 | 19 | 9.5 | 65 | 101.5 | 263.5 | 1 | 0 | 97 | 44 | 19 | 25 | 1 | 0 | 19 | 120.5 | 1.7% | 96.3% | 70.5% |
| Draper | | | 4 | | | 0 | 15 | 19 | -19 | 1 | 0 | 20 | | 7 | -7 | 0 | 0 | 7 | 26 | 3.8% | 103.8% | |
| Easterling | 219 | 9 | 13 | 2 | 8 | 4 | 30 | 58 | 161 | 2.5 | 1 | 55.5 | 33 | 13 | 20 | 1 | 0 | 13 | 71 | 6.3% | 96.5% | 71.8% |
| Elmore | 157 | 1 | 19 | 3 | 9 | 4.5 | 35 | 62.5 | 94.5 | 2 | 0 | 57.5 | 34 | 21 | 13 | 1 | 0 | 21 | 83.5 | 3.6% | 94% | 56.3% |
| Fountain | 194 | | 14 | | 20 | 10 | 34 | 58 | 136 | 1 | 1 | 58 | 36 | 13 | 23 | 0 | 0 | 13 | 71 | 2.8% | 100% | 69.1% |
| Hamilton A & I | 40 | | 17 | | 3 | 1.5 | 40 | 58.5 | -18.5 | 0 | 0 | 55 | 14 | 13 | 1 | 0 | 0 | 13 | 71.5 | 0.0% | 95.1% | -32.4% |
| Holman | 241 | 4 | 11 | | 10 | 5 | 21 | 41 | 200 | 1 | 0 | 42.5 | 36 | 12 | 24 | 2 | 0 | 12 | 53 | 5.7% | 102.8% | 80.9% |
| Kilby | 272 | 2 | 20 | 3 | 18 | 9 | 79 | 113 | 159 | 6.5 | 1 | 115 | 47 | 22 | 25 | 1 | 0 | 22 | 135 | 6.3% | 101.5% | 57.7% |
| Limestone | 324 | 2 | 13 | 3 | 22 | 11 | 67 | 96 | 228 | 6 | 3 | 106.5 | 44 | 33 | 11 | 0 | 1 | 33 | 129 | 7.8% | 108.1% | 64.9% |
| St. Clair | 300 | | 26 | 2 | 25 | 12.5 | 64 | 104.5 | 195.5 | 3.5 | 2 | 106 | 31 | 26 | 5 | 0 | 0 | 26 | 130.5 | 4.2% | 101.1% | 60.6% |
| Staton | 266 | 7 | 14 | 2 | 22 | 11 | 40 | 74 | 192 | 5.5 | 0 | 78.5 | 29 | 16 | 13 | 1 | 0 | 16 | 90 | 7.2% | 105.0% | 69.5% |
| Tutwiler | 162 | 8 | 34 | 2 | 12 | 6 | 37 | 87 | 75 | 6 | 0 | 90 | 38 | 27 | 11 | 1 | 0 | 27 | 114 | 6.1% | 102.6% | 43.0% |
| Ventress | 222 | 5 | 17 | 3 | 18 | 9 | 26 | 60 | 162 | 0 | 0 | 63 | 31 | 11 | 20 | 0 | 0 | 11 | 71 | 0.0% | 104.2% | 71.9% |
| | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 52 | 263 | 27 | 201 | 100.5 | 619 | 1061.5 | 2264.5 | 43 | 8 | 1072.5 | 500 | 264 | 236 | 11 | 1 | 264 | 1325.5 | 4.8% | 100.8% | 65.4% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.