FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT**

**Dated: March 1, 2024**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING DECEMBER 31, 2023

| | | Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, CO-Hourly "factored" COT, "factored" Part-Time Retirees, and Sr. CO) | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Fact. | Sr. CO Actual | 12/31/23 Actual | Q4 Ending Vacancies | Q4 – 2023 Attrition Vol | Q4 – 2023 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 12/31/23 Actual | Q4 Ending Vacancies | Q4 - 2023 Attrition Vol | Q4 - 2023 Attrition Inv | Staff with ADOC in Excess of 12 Months | 12/31/23 Correctional Staff | Q4-2023 Turnover Rate | Retention Rate | Q4 - 2023 Vacancy Rate |
| Bibb | 276.26 | 1 | 14 | 8 | 4 | 4 | 2 | 17 | 5 | 2.5 | 28 | 76.5 | 199.76 | 2 | 0 | 49.5 | 32.5 | 20 | 12.5 | 0 | 0 | 20 | 96.5 | 2.1% | 72.0% | 68.7% |
| Bullock | 278.36 | 7 | 10 | 4 | 1 | 8 | 4 | 4 | 0 | 0 | 38 | 68 | 210.36 | 1 | 0 | 59 | 43.81 | 11 | 32.81 | 0 | 0 | 11 | 79 | 1.3% | 88.6% | 75.5% |
| Donaldson | 364.38 | 3 | 9 | 8 | 3 | 14 | 7 | 19 | 3 | 1.5 | 53 | 103.5 | 260.88 | 6.5 | 1 | 79.5 | 43.6 | 25 | 18.6 | 0 | 0 | 25 | 128.5 | 5.8% | 81.3% | 68.5% |
| Draper[2] | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Easterling | 210.41 | 7 | 6 | 0 | 1 | 1 | 0.5 | 6 | 7 | 3.5 | 26 | 50 | 160.41 | 3 | 0 | 43 | 31.4 | 13 | 18.4 | 1 | 0 | 13 | 63 | 6.3% | 88.9% | 73.9% |
| Elmore | 146.85 | 1 | 5 | 7 | 4 | 5 | 2.5 | 17 | 2 | 1 | 28 | 65.5 | 81.35 | 3 | 0 | 44.5 | 36.6 | 14 | 22.6 | 2 | 0 | 14 | 79.5 | 6.3% | 73.6% | 56.7% |
| Fountain | 195.31 | 0 | 14 | 0 | 0 | 13 | 6.5 | 5 | 4 | 2 | 27 | 54.5 | 140.81 | 2.5 | 0 | 44.5 | 39.34 | 13 | 26.34 | 0 | 0 | 13 | 67.5 | 3.7% | 85.2% | 71.2% |
| Hamilton A & I | 40.2 | 0 | 4 | 7 | 2 | 3 | 1.5 | 5 | 0 | 0 | 39 | 58.5 | -18.3 | 1 | 0 | 49.5 | 13.2 | 14 | -0.8 | 0 | 0 | 14 | 72.5 | 1.4% | 87.6% | -35.8% |
| Holman | 112.95 | 4 | 6 | 2 | 2 | 0 | 0 | 11 | 12 | 6 | 21 | 52 | 60.95 | 1 | 0 | 36 | 30.71 | 15 | 15.71 | 0 | 0 | 15 | 67 | 1.5% | 76.1% | 53.4% |
| Kilby | 270.3 | 1 | 13 | 12 | 10 | 15 | 7.5 | 29 | 3 | 1.5 | 70 | 144 | 126.3 | 5.5 | 0 | 97 | 50.7 | 22 | 28.7 | 2 | 0 | 22 | 166 | 4.5% | 71.7% | 48.3% |
| Limestone | 321.24 | 2 | 14 | 7 | 7 | 21 | 10.5 | 24 | 3 | 1.5 | 59 | 125 | 196.24 | 2 | 0 | 90 | 49.17 | 36 | 13.17 | 0 | 0 | 36 | 161 | 1.2% | 78.3% | 56.5% |
| St. Clair | 304.18 | 2 | 14 | 8 | 7 | 14 | 7 | 15 | 11 | 5.5 | 59 | 117.5 | 186.68 | 1 | 0 | 88.5 | 40.6 | 27 | 13.6 | 0 | 0 | 27 | 144.5 | 0.7% | 79.9% | 58.1% |
| Staton | 260.03 | 8 | 14 | 1 | 0 | 7 | 3.5 | 18 | 15 | 7.5 | 45 | 97 | 163.03 | 8 | 1 | 71 | 26.41 | 29 | -2.59 | 1 | 0 | 29 | 126 | 7.9% | 79.4% | 56.0% |
| Tutwiler | 188.26 | 8 | 17 | 11 | 3 | 9 | 4.5 | 15 | 3 | 1.5 | 31 | 91 | 97.26 | 6 | 0 | 69 | 26.4 | 21 | 5.4 | 0 | 0 | 21 | 112 | 5.4% | 80.4% | 47.8% |
| Ventress | 221.26 | 4 | 11 | 4 | 1 | 10 | 5 | 6 | 6 | 3 | 22 | 56 | 165.26 | 1 | 2 | 46 | 26.3 | 7 | 19.3 | 1 | 0 | 7 | 63 | 6.3% | 84.1% | 74.6% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 48 | 151 | 79 | 45 | 124 | 62 | 191 | 74 | 37 | 546 | 1159 | 2030.99 | 43.5 | 4 | 867 | 490.74 | 267 | 223.74 | 7 | 0 | 267 | 1426 | 3.8% | 79.5% | 61.3% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guards ("CSG"), Senior Correctional Security Guards ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.

[2] ADOC transferred all correctional security staff assigned to Draper to Staton in November 2023. As a result, Draper will be removed from the next Quarterly Correctional Staffing Report.