FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT**

**Dated: September 3, 2024**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING JUNE 30, 2024

| | Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, CO-Hourly "factored" COT, "factored" Part-Time Retirees, and Sr. CO) | | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Fact. | Sr. CO Actual | 06/30/24 Actual | Q2 Ending Vacancies | Q2 – 2024 Attrition Vol | Q2 – 2024 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 06/30/24 Actual | Q2 Ending Vacancies | Q2 - 2024 Attrition Vol | Q2 - 2024 Attrition Inv | Staff with ADOC in Excess of 12 Months | 06/30/24 Correctional Staff | Q2-2024 Turnover Rate | Retention Rate | Q2 - 2024 Vacancy Rate |
| Bibb | 276.26 | 1 | 16 | 15 | 16 | 8 | 4 | 15 | 1 | 0.5 | 28 | 95.5 | 180.76 | 2 | 0 | 52.5 | 32.5 | 26 | 6.5 | 0 | 0 | 26 | 121.5 | 1.6% | 64.6% | 60.6% |
| Bullock | 278.36 | 7 | 10 | 8 | 3 | 8 | 4 | 4 | 0 | 0 | 35 | 71 | 207.36 | 2 | 1 | 58 | 43.81 | 14 | 29.81 | 0 | 0 | 14 | 85 | 3.5% | 84.7% | 73.6% |
| Donaldson | 364.38 | 2 | 14 | 10 | 14 | 17 | 8.5 | 20 | 0 | 0 | 53 | 121.5 | 242.88 | 5 | 0 | 77.5 | 43.6 | 27 | 16.6 | 0 | 0 | 27 | 148.5 | 3.4% | 70.4% | 63.6% |
| Easterling | 210.41 | 7 | 11 | 3 | 4 | 9 | 4.5 | 5 | 1 | 0.5 | 20 | 55 | 155.41 | 3 | 2 | 39 | 31.4 | 13 | 18.4 | 0 | 0 | 13 | 68 | 7.4% | 76.5% | 71.9% |
| Elmore | 146.85 | 1 | 6 | 8 | 7 | 5 | 2.5 | 11 | 1 | 0.5 | 25 | 61 | 85.85 | 3 | 0 | 43 | 36.6 | 17 | 19.6 | 1 | 0 | 17 | 78 | 5.1% | 76.9% | 57.5% |
| Fountain | 195.31 | 0 | 13 | 8 | 0 | 19 | 9.5 | 7 | 2 | 1 | 27 | 65.5 | 129.81 | 2 | 0 | 48.5 | 39.34 | 13 | 26.34 | 0 | 0 | 13 | 78.5 | 2.5% | 78.3% | 66.5% |
| Hamilton A&I | 40.2 | 0 | 1 | 8 | 5 | 3 | 1.5 | 2 | 0 | 0 | 37 | 54.5 | -14.3 | 0 | 0 | 48.5 | 13.2 | 14 | -0.8 | 0 | 0 | 14 | 68.5 | 0.0% | 91.2% | -28.3% |
| Holman | 112.95 | 4 | 18 | 3 | 5 | 11 | 5.5 | 8 | 1 | 0.5 | 20 | 64 | 48.95 | 3 | 0 | 38 | 30.71 | 15 | 15.71 | 0 | 0 | 15 | 79 | 3.8% | 67.1% | 45.0% |
| Kilby | 270.3 | 1 | 10 | 10 | 23 | 17 | 8.5 | 24 | 1 | 0.5 | 66 | 143 | 127.3 | 9 | 1 | 88 | 50.7 | 24 | 26.7 | 0 | 0 | 24 | 167 | 6.0% | 67.1% | 48.0% |
| Limestone | 321.24 | 2 | 21 | 5 | 12 | 23 | 11.5 | 39 | 2 | 1 | 59 | 150.5 | 170.74 | 8 | 3 | 91.5 | 49.17 | 33 | 16.17 | 1 | 1 | 33 | 183.5 | 7.1% | 67.8% | 50.5% |
| St. Clair | 304.18 | 2 | 26 | 11 | 4 | 19 | 9.5 | 26 | 8 | 4 | 62 | 144.5 | 159.68 | 5 | 1 | 94.5 | 40.6 | 28 | 12.6 | 0 | 1 | 28 | 172.5 | 4.1% | 71.0% | 50.0% |
| Staton | 260.03 | 8 | 16 | 4 | 1 | 24 | 12 | 28 | 0 | 0 | 38 | 107 | 153.03 | 6 | 1 | 65 | 26.41 | 29 | -2.59 | 1 | 0 | 29 | 136 | 5.9% | 69.1% | 52.5% |
| Tutwiler | 188.26 | 8 | 10 | 22 | 6 | 10 | 5 | 16 | 2 | 1 | 27 | 95 | 93.26 | 5 | 0 | 68 | 26.4 | 22 | 4.4 | 0 | 0 | 22 | 117 | 4.3% | 76.9% | 45.5% |
| Ventress | 221.26 | 5 | 15 | 6 | 1 | 16 | 8 | 11 | 2 | 1 | 20 | 67 | 154.26 | 10 | 0 | 44 | 26.3 | 8 | 18.3 | 0 | 0 | 8 | 75 | 13.3% | 69.3% | 69.7% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 48 | 187 | 121 | 101 | 189 | 94.5 | 216 | 21 | 10.5 | 517 | 1295 | 1894.99 | 63 | 9 | 856 | 490.74 | 283 | 207.74 | 3 | 2 | 283 | 1578 | 4.9% | 72.2% | 57.1% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guards ("CSG"), Senior Correctional Security Guards ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.