FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 2:20-cv-01971-HDM** |

# DECLARATION OF STAN GOOLSBY

I, Stan Goolsby, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true as of January 31, 2025, and state as follows:

## BACKGROUND AND EXPERIENCE

1. I currently serve as the Deputy Commissioner of Administrative Services for the Alabama Department of Corrections ("ADOC") and have served in this capacity since I began my employment with ADOC on March 16, 2023.

2. I obtained a bachelor's degree in business administration from Auburn University in 1999.

3. I began my career in state service as an analyst with the Alabama State Personnel Department in May of 2000. I served in this position for approximately

seven years, and my responsibilities included project management, job analysis, exam development, classification and compensation studies, financial and statistical analysis, and position audits.

4. Beginning in January of 2007, I then served as Personnel Director of the Alabama Alcoholic Beverage Control Board. I remained in this position for over seven years. In this position, I oversaw human resource functions for over 900 employees of the Alabama Alcoholic Beverage Control Board in 200 separate locations.

5. In April of 2014, I began serving as Personnel Director for the Alabama Law Enforcement Agency ("ALEA") where I remained for seven years. In this position, I managed the human resource functions for approximately 1,500 employees of ALEA. The State of Alabama created ALEA with Act 2013-67 to coordinate public safety in Alabama by consolidating several state law enforcement and investigative functions into one law enforcement agency. Between April 16, 2014 and December 31, 2015, I served in coordination with a transition team composed of key stakeholders to organize and execute the transition of employees.

6. In April of 2021, I was promoted to serve as ALEA's Administrative Bureau Director. In that position, while continuing to serve as the Personnel Director, I managed the Information Technology, Radio Engineering, General Services, and Fleet Management Divisions.

7. ADOC and ALEA entered into an interagency agreement effective February 1, 2023, under which I provided human resources and personnel services to ADOC and assisted with ADOC's recruiting and retention efforts.

8. On March 16, 2023, then-Commissioner John Hamm ("Commissioner Hamm") appointed me Deputy Commissioner of Administrative Services.

9. Upon my appointment, my primary objective was to strengthen ADOC's hiring, recruiting, and retention efforts to continue the on-going work to increase ADOC's correctional staffing levels. At the outset, I conducted a comprehensive review of ADOC's historical recruitment and retention practices and strategies and evaluated additional strategies to recruit and retain correctional staff. Since that time, ADOC pursued multiple strategies to increase correctional staffing, including increasing compensation, expanding recruiting efforts, creating and modifying correctional staffing classifications, removing barriers in the hiring process, and develop additional pathways for individuals to become correctional officers.

10. In my role as the Deputy Commissioner of Administrative Services, I oversee ADOC's personnel and training functions. In carrying out those responsibilities, I regularly receive and review information concerning ADOC's hiring, recruiting, retention, training, and correctional staffing. I also participate in

meetings concerning these subjects and am familiar with ADOC's efforts to recruit and retain correctional staff.

11. In connection with my responsibilities for ADOC's personnel, recruiting, and retention efforts, I served as the main point of contact for requests and communication with the Alabama Commission on the Evaluation of Services ("ACES") with respect to its evaluation of the effectiveness of ADOC's bonuses to impact the recruitment and retention of correctional officers for ADOC.As part of my role as the point of contact, I executed a data sharing agreement between ADOC and ACES, provided various reports on staffing, recruiting and retention efforts, compensation, and other similar information to ACES. Additionally, the State Personnel Department contributed to ACES evaluation by providing information to ACES directly.

**PERSONNEL AND RECRUITING LEADERSHIP**

12. As Deputy Commissioner of Administrative Services, I helped recruit individuals to fill key personnel and recruiting leadership roles, including Personnel Director, Hiring Manager, and a Talent Acquisition Manager.

13. In June 2023, I recruited a new Personnel Director for ADOC: Renee Minor. The addition of Ms. Minor in the role of Personnel Director improved the efficiency of ADOC's hiring timeline. Ms. Minor is an experienced professional who has assisted me with accomplishing numerous goals related to hiring and

retention of correctional staff. Ms. Minor also took over the correctional staff bonus program and audited historical records. This effort resulted in several correctional staff members receiving bonuses who otherwise would not have received them. In 2024, Ms. Minor worked with other Personnel Division employees to review and propose improvements to ADOC's on-the-job injury reporting process to ensure compliance with statutes governing correctional staff line of duty benefits.

14. In August 2023, ADOC hired Michele Free as Hiring Manager to manage the Hiring Unit and provide strategic planning for ADOC's process for hiring correctional staff. Ms. Free works closely with ADOC's Security Threat Group Division to vet candidates during the hiring process. Ms. Free also worked with the Alabama Department of Public Health to obtain birth certificates for candidates at no cost to the applicant.

15. ADOC hired Tina Keith in December of 2023 to assist with the timely processing of Certificates of Eligibles, the registers certified by the Alabama State Personnel Department ("SPD") of eligible candidates from which state agencies may hire, rehire, or promote.

16. In January 2024, ADOC hired Kevin Jones as ADOC's first Talent Acquisition Manager. In this role, Mr. Jones provides targeted recruiting solutions for security and non-security staffing. Since joining ADOC, Mr. Jones worked to improve ADOC's marketing and branding efforts, negotiated agreements with

community partners, and pursued new recruiting initiatives. Some of the specific changes Mr. Jones has made include social media rebranding, the introduction of the ACTIVATE Workforce Development Program, advertisement campaigns on television stations in Birmingham, partnership with APT for the production of television episodes focusing on ADOC jobs, expansion of hiring event locations, and issuing internet cradle points to the ADOC recruiting team in order to improve their internet connectivity at hiring events. Additionally, Mr. Jones introduced a 60-day social media content calendar to manage ADOC's online platforms, this was later reduced to a 30-day calendar.

17. In 2024, Mr. Jones developed a project tracker that he utilized with the Talent Acquisition Specialist to keep an accurate list of all marketing projects and review edits of the Talent Acquisition Specialist's work in real-time. Additionally, Mr. Jones created a style guidelines booklet used by both ADOC and vendors concerning fonts, logos, icons and seals. The style guidelines booklet allowed ADOC to maintain accuracy in representations of ADOC.

18. In February 2024, ADOC worked with SPD to establish Police Communications Officer ("PCO") II and III, Intelligence Analysts, and Investigative Technician I and II positions to staff the ADOC Command Center. These positions provide a 24-hour intelligence and investigative support function to support correctional operations.

## COMPENSATION AND PAY INITIATIVES

19. Prior to my appointment as Deputy Commissioner of Administrative Services, ADOC contracted a third-party consultant, Warren Averett, to compile and release a report on the recruitment and retention of correctional officers (the "Averett Report"). ADOC shared the Averett Report in April of 2019.

20. ADOC's efforts to increase correctional staffing included both recruiting new employees and retaining experienced correctional staff. Compensation remained an important component of both efforts.

21. Leading into Fiscal Year 2023, ADOC implemented several compensation measures including a one-time, two-step salary increase of approximately 5%, revised salary ranges for officer classifications, and created the Correctional Security Guard Senior classification, which provided Correctional Security Guards an additional promotional opportunity with two separate 5% pay increases. On March 16, 2023, ADOC implemented one of the largest pay range increases in ADOC's history. The starting salary for Correctional Officer Trainees ("COTs") increased from approximately $35,000 to $51,000 annually. As a result of the legislatively approved pay increases, COTs also became eligible for pay increases totaling approximately 27% during their first eighteen to twenty-four months of employment.

22. To inform potential candidates across Alabama of this unprecedented change, ADOC advertised open positions on social media and job posting platforms including Indeed.com, highlighting the increased starting salary. Following the salary changes and these recruiting efforts, ADOC received thousands of applications, and we began seeing increases in the number of graduates from the Corrections Academy. For example, the first two Corrections Academy classes in 2023, prior to the salary increase, graduated twenty and fourteen COTs, respectively. The final two Corrections Academy classes in 2023 graduated sixty and sixty-six COTs, respectively. ADOC also experienced increased interest from lateral-hire candidates[1]and added lateral-hire Academy classes in November 2023 and May 2024.

23. Academy graduation numbers continued to increase in 2024. In 2023, 160 trainees graduated from the Academy. In 2024, 266 trainees graduated from the Academy. Based on my knowledge of ADOC's recruitment and retention efforts, including my review of internal reporting and participation in meetings concerning hiring, recruiting, and retention, I observed that the compensation increases, targeted recruiting initiatives, and hiring events corresponded with a larger applicant pool and increased correctional-staff hiring.

---

[1] "Lateral-Hire Candidates" are candidates who meet the criteria set forth by Alabama Administrative Code Rule 650-X-11-04.

24. In addition to increasing the starting salaries for new correctional officers, ADOC implemented pay adjustments for existing officers in April 2023. Under this initiative, existing officers received pay increases of approximately 10%. Following implementation of the pay adjustments, ADOC improved its retention of experienced officers and experienced a net gain in correctional staffing levels.

25. In July 2023, the Personnel Division requested SPD review pay ranges for the K-9 Coordinator, Handler, and Assistant Handler classifications. SPD approved an increase in the K-9 Coordinator salary range from $56,971.20 through $95,800.80 to $62,894.40 through $105,710.40. SPD also approved salary range increases for the K-9 Handler from $46,900.80 through $78,549.60 to $49,267.20 through $82,627.20 and K-9 Assistant Handler from $42,501.60 through $71,083.20 to $44,664.00 through $74,673.60.

26. Prior to 2023, ADOC implemented a 5% location differential at medium security facilities and a 10% location differential at maximum security facilities for Correctional Officers. However, in September 2023, SPD approved the same differentials for the newly created Correctional Security Guard Senior position. In 2019, 2021, 2022, 2023, and 2024, State Legislature approved Cost of Living Allowance increases for all state employees to be effective at the beginning of the next respective fiscal year.

**<u>CORRECTIONAL STAFFING CLASSIFICATIONS</u>**

HIGHLY CONFIDENTIAL PRIVILEGED ATTORNEY WORK-PRODUCT

27. ADOC streamlined the process for hiring Correctional Security Guards ("CSGs") (formerly referred to as "Basic Correctional Officers," or BCOs). CSGs work in no-contact or limited-contact posts, performing fixed-post security functions such as control rooms, monitoring, and gate posts, and are not subject to Alabama Peace Officer Standards and Training Commission ("APOSTC") standards. By comparison, Correctional Officers work in full inmate supervision and control posts and may conduct searches, use force consistent with policy, transport inmates, respond to emergencies, and work any security post. Correctional Officers must also complete the Corrections Academy and maintain certification. In 2019, when the State first introduced CSGs (originally known as Basic Correctional Officers), CSGs completed six weeks of training, compared to the ten-week Corrections Academy for COTs. The shorter training period allowed ADOC to place newly hired CSGs in facilities more quickly. Since July 2023, ADOC modified the CSG hiring process several times to improve its efficiency. For example, in January 2025, ADOC modified CSG training to a one-week course paired with a Field Training Officer. CSGs that completed the one-week training course were assigned to non-contact posts.

28. In September 2023, ADOC began promoting eligible CSGs to the newly developed CSG Senior classification. Promotion to CSG Senior provides eligible CSGs with a promotional pay increase.

29. During my tenure as Deputy Commissioner, the Personnel Division worked with SPD to create the "Correctional Officer-Hourly" classification, providing ADOC another means of staffing facilities with experienced, APOSTC-certified personnel. Retired or active APOSTC-certified individuals who wish to work part-time may serve in these positions. Correctional Officer-Hourly personnel can earn up to $52,000 annually. Prior to this change, these Correctional Officer-Hourly personnel's hourly rate was based on their rate of pay at retirement and typically did not permit earnings up to the $52,000 annual limit. The change was intended to retain existing Correctional Officer-Hourly personnel and encourage other qualified retirees to return to ADOC.

30. As of December 31, 2023, ADOC employed 157 individuals in the Correctional Officer-Hourly classification.

31. As of December 31, 2024, ADOC employed 244 individuals in the Correctional Officer-Hourly classification.

## Recruitment Initiatives and Hiring Events

32. ADOC further reconfigured ADOC's approach to hosting hiring events to make the hiring process more accessible to candidates. Hiring events provide an opportunity for candidates to take the prerequisite Physical Agility/Ability Test ("PAAT"), complete an interview with ADOC law enforcement staff, provide fingerprints for a criminal history background check, complete a drug screen, and

submit required documents. ADOC previously hosted hiring events at particular locations across the State in order to market to those areas with the highest success rate of attendees. However, ADOC added additional hiring events across the State in different locations to reduce the travel required of potential candidates to attend a hiring event. This approach resulted in 125 hiring events in 2024.

33. In August 2023, ADOC began offering hiring events on Saturdays to provide potential candidates with more opportunities to attend hiring events outside of their current work commitments.

34. ADOC sends recruiting officers to college and high school career fairs. At these events, ADOC recruiters meet with high school students in the morning and host events open to the public in the afternoon so recruiters can meet a wide range of potential candidates. ADOC recruiters focus on building relationships with faculty at Alabama high schools and maintaining a database of high school career counselors in an effort to facilitate hiring outreach.

35. The ADOC recruiting officers also travel to neighboring states to attend career fairs.

36. Between 2019 and 2024, ADOC hosted 259 hiring events that drew a combined 6,086 attendees. In 2019, ADOC hosted 16 hiring events with 1,498 total attendees. In 2020, ADOC hosted 14 hiring events with 849 total attendees. In 2021, ADOC hosted 17 hiring events with 443 total attendees. In 2022, ADOC hosted 17

hiring events with 375 total attendees. In 2023, ADOC hosted 57 hiring events with 691 total attendees. In 2024, ADOC hosted 138 hiring events with 2,230 total attendees.

37. From October 2024 to November 2024, ADOC attended the following job fairs: Jacksonville State University; Career Day hosted by Alabama Career Center; Jefferson State University; Columbus State University; Troy State University; Alex City Career Center; West Alabama University; Northport City Hall Workforce Initiative; East Alabama Works Oxford; Alexander City Career Center; University of West Alabama; Stillman College; AUM State of Alabama; Veteran and Public Job Fair Tuscaloosa Career Center; Jasper Career Center and Bevill State Job Far; Veteran Resource and Hiring Fair-Opelika Career Center; Handley High School Next Steps College and Career Fair-Roanoke; Jacksonville State University Social Services Career Fair; Veteran Resources and Hiring Job Fair in Auburn, Alabama; Goodwill Career Center Job Fair in Phenix City, Alabama; University of Alabama Huntsville Spring Career Fair; Big Lots Distribution Job Fair Hosted by ADOL-Montgomery; and Bay Minette Veteran and Job Expo – Alabama Career Center.

38. ADOC's recruiting methods include social media, the largest driver of interest. Since 2023, ADOC tracks interactions and "impression" metrics by individuals engaging with ADOC's social media posts through Sprout, a social media management platform that measures performance with reporting and analytics

to prove return on investment and improve content. By tracking interactions and "impression" metrics, we can obtain a better understanding of what recruitment strategies improve applicant interest.

39. In 2024, ADOC initiated a rebranding of ADOC's social media campaigns which resulted in an increase of 12.5% in total engagements across ADOC's online platforms for the 30-day period compared to the previous 30-day period; an increase of 7.1% in total impressions across ADOC's online platforms for the 30-day period compared to the previous 30-day period; and an increase of 24.5% in total net audience growth across ADOC's online platforms.

40. Other recruitment channels include advertisements on television, radio, newspapers, public billboards, and online job postings through Indeed.com and the ADOC website. ADOC utilizes sponsored ads through Indeed.com and uses matching tools and artificial intelligence to identify potential candidates.

41. ADOC uses sponsored Indeed.com advertisements that are targeted at the geographic regions around facilities.

**HIRING PROCESS IMPROVEMENTS**

42. In addition to expanding recruiting efforts, ADOC examined its hiring process from the outset through onboarding new hires to identify steps that might delay or prevent otherwise qualified candidates from completing the process. As a

result of this review, ADOC implemented several changes to reduce those barriers while maintaining applicable hiring and screening requirements.

43. In November 2023, ADOC entered into a Memorandum of Understanding with the Alabama Department of Public Health to establish a process that allows the Hiring Unit to obtain birth certificates for Alabama-born candidates during the hiring process. APOSTC requires COTs to submit an original certified birth certificate with their APOSTC application, but some candidates lacked copies of their birth certificates and faced difficulties obtaining them. By procuring the birth certificates for candidates and absorbing the $15 cost per birth certificate, ADOC eliminated one of the identified barrier to the COT hiring process.

44. ADOC also coordinated with the ADOC Office of Health Services to staff a mobile medical unit for on-site medical exams. This practice eliminates the requirement for COT candidates who passed the physical fitness assessment to travel to another facility or visit their primary care provider to obtain a medical exam. Providing a mobile medical unit at ADOC hiring events expedites the hiring process and eliminates the need for applicants to pay for their own medical exams.

**HIRING AND CANDIDATE PROCESSING**

45. ADOC conducts a series of hiring events over the course of a year to meet face-to-face with candidates. All new security hires must attend an ADOC hiring event.

46. Prior to holding an actual hiring event, ADOC staff conduct roll call to confirm attendance of potential candidates. Then, at the beginning of the hiring event, ADOC recruiting staff, such as Captain Goodson, conduct a group introductory session followed by the candidates rotating between completing the physical fitness assessment, filling out applications, and receiving medical evaluations.

47. The physical fitness assessment tests whether candidates can perform core correctional duties under physical stress and includes timed work-style events, an agility circuit where candidates push a 165-lb sled, run and navigate over/under hurdles, complete a balance walk on a beam, and drag a 165-lb dummy/object, followed by a 300-meter sprint and then a 10-second hold with a 165-lb dummy. Additionally, the physical fitness assessment measures muscular endurance with 60-second max-effort sets of step-ups on a 12-inch platform, sit-ups, and push-ups.

48. While some candidates perform the physical fitness assessment during ADOC's hiring event, other candidates fill out applications and begin medical evaluations. Candidates may provide ADOC with their top three facility preferences on their applications, but ADOC retains ultimate assignment authority, though we attempt to match location preferences where possible. ADOC's Wardens sometimes attend these hiring events to speak with interested candidates.

49. Once all candidates rotate between filling out an application and completing the physical fitness assessment and medical evaluation, ADOC conducts drug tests; collects fingerprints; and collects required documents, such as high school and college transcripts, birth certificates, and social security cards. Lastly, the Law Enforcement Services Division ("LESD") conducts Security Threat Group (STG) assessments of all candidates to screen them for any gang affiliations or security threats. Once a candidate completes each of these steps at the hiring event, they undergo a comprehensive background check, and all application information is uploaded into iSolved, the program ADOC utilizes to track applicants. If a candidate passes the background check, they receive a conditional offer of employment, undergo a psychological evaluation, and then report either to their facility Field Training Supervisor for pre-Academy training or to the ADOC Corrections Academy directly.

50. COTs and CSGs begin working at their assigned facility under the supervision of the FTO Supervisor if ADOC hires the COT/CSG between Academy classes. Once the next Academy class begins, COTs attend the Academy and then return to their assigned facility to complete the FTO program.

**ACTIVATE PROGRAM**

51. ADOC also pursued partnerships designed to expand the pool of individuals who could qualify to become correctional officers. One such initiative is the ACTIVATE program.

52. In 2024, ADOC partnered with the Alabama Community College System ("ACCS") to create the ACTIVATE program. The ACTIVATE program is a six-week, no-cost college and career readiness program designed to assist individuals with meeting pre-employment standards. Participants may earn up to nine college credit hours and are eligible to move on to the ten-week APOSTC Academy for certification as an ADOC correctional officer upon completion of the ACTIVATE program. The inaugural ACTIVATE class began at Reid State Technical College and Jefferson State Community College on August 12, 2024.

53. ADOC expanded ACTIVATE from its initial locations at Reid State Technical College and Jefferson State Community College to additional community colleges including Central Alabama Community College and Calhoun Community College in December 2024.

54. From August 12, 2024, through September 20, 2024, the ACTIVATE program resulted in 20 newly hired correctional officers. ADOC assigned the newly hired correctional officers to: Bibb (3), Donaldson (4), Easterling (1), Fountain (4), Holman (3), Limestone (1), St. Clair (3) and Staton (1).

HIGHLY CONFIDENTIAL PRIVILEGED ATTORNEY WORK-PRODUCT

55. From December 16, 2024, through January 24, 2025, the ACTIVATE program resulted in 21 newly hired correctional officers. ADOC assigned the newly hired correctional officers to: Bibb (1); Donaldson (3); Limestone (7); St. Clair (4); Staton (3); and Kilby (3).

**FIELD TRAINING OFFICER PROGRAM**

56. On January 1, 2024, the Training Division began implementing the Field Training Officer ("FTO") program at ADOC facilities. ADOC launched the FTO program with a captain, three lieutenants, and fourteen facility training sergeants assigned to major correctional facilities. The FTO program provides a standardized initial orientation for newly hired correctional staff. The program assists new hires in transitioning from ADOC's Corrections Academy to working in facilities and provides new hires with on-site mentoring by assigning an FTO to each CSG and COT. The FTO Program provides newly hired staff with mentorship intended to support staff retention and relationships among staff.

57. Following initiation in 2024 and through January 31, 2025, ADOC updates the FTO program to improve the continuous evaluation of correctional officer performance under field conditions, identify which areas require further training, and provide remedial instructions.

**PHYSICAL AGILITY/ABILITY TEST**

58. ADOC and APOSTC held four Corrections Academy classes per year. The Academy requires COTs to pass the modified PAAT. The PAAT consists of two phases, the first being a timed agility course that must be finished within ninety seconds. The agility course requires COTs to perform sled pushes, hurdles, balance beam, and dummy drags. The second phase requires COTs to perform a 300-meter sprint plus a ten second hold of a 165-pound dummy, sit ups, pushups, and step ups.

59. In 2019, ADOC partnered with Troy University to conduct a validation study to develop a PAAT specific to the ADOC Correctional Officer job duties and a performance rubric. The APOSTC adopted the PAAT and performance rubric, effective for three years from October 1, 2022. On May 10, 2023, the APOSTC approved ADOC's request to extend the time frame for COTs to pass the PAAT. From the third Academy class of 2023, COTs no longer had to pass the PAAT within the first week of the Academy and instead could pass the PAAT within the first six weeks of the Academy. In addition to changing the physical components of the PAAT, the modified PAAT changed the scoring from pass/fail to a sliding scale assessment, allowing for higher performance in one component to offset lower performance in another. APOSTC permanently adopted the modified PAAT and performance rubric effective February 27, 2024. This granted COTs more time and opportunities to pass the PAAT and increases the number of Academy graduates.

**CORRECTIONAL OFFICER TRAINING**

60. As of January 31, 2025, COTs must attend the ten-week Corrections Academy where ADOC provides training in various disciplines.

61. As Deputy Commissioner of Administrative Services, I oversee ADOC's Training Division, directed by Elliot Sanders. At the Academy, COT and CSG attendees receive training in several areas:

a. COTs receive training on: professionalism; racial intelligence; sexual harassment; officer/inmate relationships; the Prison Rape Elimination Act ("PREA"); LGBTQIA+ inmate populations; gender responsiveness; implicit bias; report writing; interpersonal communications; radio and telephone communications; effective writing; classification procedures; inmate behavior; Security Threat Groups; offender intake; offender complaints and resolutions; firearms training; strategic self-defense and grappling tactics; defensive driving, use of chemical sprays; first aid/CPR; stress management; institutional hygiene; handling emotionally disturbed inmates/suicide prevention; illicit drugs; the Americans with Disabilities Act ("ADA"); APOSTC; overview of the criminal justice system; use of force; inmate rights; staff rights and responsibilities; courtroom procedures; search and seizure; evidence collection; ethics law; disciplinary procedures; restraint and transportation of inmates; security, custody, and control; contraband; key and tool control; count procedures; Dining Hall procedures; officer safety; searches of bodies,

cells, and areas; visitation procedures; fire and emergency procedures; hostage situations; riot control and emergency procedures; and de-escalation tactics.

b. Beginning in January 2025, CSGs that ADOC hired received one week of training to work a non-contact post. Training for CSGs working non-contact posts includes: PREA; Restraint/Transportation of Inmates; ADA; Con Games; Hospital Security; Contraband; Fire and Emergency Procedures; Hostage Situations; Key and Tool Control; incident Report Writing; LGBTI; Undue Familiarity; Radio and Telephone Communications; Security/Custody/Control; Security Threat Groups; Professional Employee Conduct with Offenders; and Sexual Harassment.

62. The ADOC Training Division also oversees annual in-service training.

a. APOSTC requires correctional officers to obtain at least twelve hours of training annually, but ADOC's Training Division provides correctional officers with forty hours of training annually.

b. The Training Division also provides leadership training to correctional officers and supervisors through the Law Enforcement Command College, a partnership with Jacksonville State University. At the Law Enforcement Command College, ADOC staff members receive four days of training on conflict resolution, building trust, leadership, ethics, influence, and change management. ADOC's leadership training course develops entry-level supervisors and correctional officers who aspire to become supervisors.

c. The Training Division plans and hosts the annual Executive Leadership Conference ("ELC") in August of each year. The ELC is a dynamic forum designed to elevate leadership capabilities for wardens, facility heads, division directors, and executive leadership within ADOC. These gatherings foster an environment ripe for knowledge exchange and professional growth. Through collaborative discussions and insightful keynote presentations, participants delve into topics ranging from strategic decision-making and crisis management to team empowerment and organizational resilience. By embracing innovative approaches and leveraging collective expertise, attendees leave equipped with enhanced leadership acumen, poised to drive positive change within their respective facilities and advance the overarching goals of corrections administration.

63. ADOC's Academy graduated the following number of applicants by year for employment with ADOC:

| Graduation Year | Number of Graduates |
|---|---|
| **2019** | 169 |
| **2020** | 89 |
| **2021** | 72 |
| **2022** | 52 |
| **2023** | 160 |
| **2024** | 266 |

HIGHLY CONFIDENTIAL PRIVILEGED ATTORNEY WORK-PRODUCT

64. Since I began working with ADOC in 2023, ADOC continued to pursue multiple approaches to recruit and retain correctional staff. These efforts included increased compensation, expanded recruiting, additional correctional staffing classifications, changes to the hiring process, partnerships designed to expand the pool of qualified applicants, and changes to training and onboarding. ADOC continues to evaluate its recruiting, hiring, and retention efforts and identify additional opportunities to increase correctional staffing.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Dated: August 28, 2026

Stan Goolsby