FILED
2026 Aug-28 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# COMP COMPARISONS

| Jurisdiction | Starting Salary | Source |
|---|---|---|
| Alabama | $58,111 (Max Unit) | |
| New York | $56,465 | https://doccs.ny.gov/employment/correction-officer-trainee |
| Tennessee | $51,204 | https://www.tn.gov/correction/eo/choose-a-career/correctional-officer.html |
| Texas | $49,104 (Max Unit) | https://www.tdcj.texas.gov/divisions/hr/coinfo/cosalary.html |
| Florida | $47,133 | https://www.fldocjobs.com/career-paths/correctional-officer |
| Washington | $46,920 | https://ofm.wa.gov/state-human-resources/compensation-job-classes/ClassifiedJobListing/SalaryRange/1223 |
| South Carolina | $44,140 (Level 2) | https://doc.sc.gov/sites/doc/files/Documents/research/SystemOverview/correctional_officer_vacancy_and_salary_information_031423.pdf |

DEPARTMENT OF CORRECTIONS

DEFENDANT'S EXHIBIT 7
Ray
PENGAD 800-631-6989