FILED
2026 Aug-31 PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| STATE OF ALABAMA and | ] | |
| ALABAMA DEPARTMENT OF | ] | Civil No. 2:20-cv-01971-HDM |
| CORRECTIONS, | ] | **Unopposed** |
| | ] | |
| Defendants. | | |

**THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION**

The United States requests a short extension of time to file its brief in support of summary judgment. The United States requests that it be permitted to file its brief in support of its motion for summary judgment one calendar day after the Clerk of Court completes the docketing of the United States' evidentiary submissions, filed under seal, and the CM/ECF document numbers become available. As good cause, the United States submits that it filed its evidentiary submission on Tuesday, August 25, 2026, Docs. 354 & 355, to provide sufficient time for the exhibits to be docketed before the summary judgment deadline. However, the United States understands that it is a time-consuming process to docket over 700 exhibits. Accordingly, the United States seeks this brief extension to allow additional time for the Clerk of Court to complete docketing the United

States' exhibits and provide the CM/ECF numbers necessary to comply with this Court's order on summary judgment filings. Doc. 349. One additional day after the docketing is completed will provide the United States with sufficient time to file its brief in support of summary judgment.

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

/s/ *Carla Ward*
CARLA C. WARD
Deputy Civil Chief

JASON R. CHEEK
Chief, Civil Division

GRACE J. POSEY
DON B. LONG III
Assistant United States Attorneys
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
carla.ward@usdoj.gov

ASHLEY LIGHT
EILEEN ULATE
MATTHEW J. DONNELLY
CRISTINA GAMONDI
JULIA Z. HALLER
PATRICIA NATION
JOSHUA BACHMAN
MARLYSHA MYRTHIL
JOSHUA BEDOYA
ELENA BEN DAVID
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 718-2258
ashley.light@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Carla Ward*
CARLA C. WARD
Attorney for the United States