FILED
2026 Sep-21 PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2026 SEP 18 P 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,

Defendants.

Case No.: 2:20-cv-01971-HDM

**MOTION FOR LIMITED PERMISSIVE INTERVENTION PURSUANT TO FRCP 24(b)(1)(B) AND TO MODIFY THE PROTECTIVE ORDER**

COMES NOW, Movant Lee Cunningham, pro se plaintiff in related action Cunningham v. Minor et al., Case No. 7:26-cv-00846-ACA (N.D. AL), and hereby moves this Court, pursuant to Federal Rule of Civil Procedure 24(b)(1)(B) and this Court's inherent supervisory powers, for limited permissive intervention and for an order modifying the Protective Order entered in this action to allow access to specific deposition transcripts (See Doc. 62, 63 and 195). In support of this Motion, Movant states as follows:

A. Pursuant to Federal Rule of Civil Procedure 24(c) Movant files concurrently herewith a memorandum of law and a proposed order detailing the factual and legal grounds for granting this motion and incorporates the the filing by

reference.

B. Movant seeks limited intervention solely for the purpose of accessing discovery materials and depositions generated in this action (U.S. v. State of Alabama et.al, Case No. 2:20-cv-01971-HDM). Common Questions of Law and Fact: Movant's pending civil action (Cunningham v. Minor et al., No. 7:26-cv-00846-ACA) asserts claims by and through 42 USC § 1983 and Alabama state law against Defendants Renee Minor, John Quinton Hamm, Gregory O. Lovelace, John Hutton, Christopher Gordy, Charles Williams, Robert Earl Rutledge and Fitzgerald Clemons, for Fourteenth Amendment procedural due process violations, misrepresentation, whistle-blower retaliation, violation of the Alabama State Employees Protection Act, and constructive discharge against the same agency and overlapping state actors. Both actions share core common questions of fact regarding the internal administrative personnel practices, standard investigatory operating procedures, and supervisory accountability within the Alabama Department of Corrections (ADOC).

C. The depositions sought contain vital evidence regarding ADOC's hiring practices, supervisor responsibilities, handling of internal whistle-blowing complaints, conducting of internal investigations regarding claims of staff misconduct and the Commissioners delegation of responsibilities assigned to him to lower ranking personnel. Defendants cannot establish "good cause" under FRCP 26(c) to maintain blanket sealing over these materials against a related litigant

seeking to prevent redundant discovery and serve the interests of judicial economy.

D. Prior to filing this motion, Movant conferred with counsel for Plaintiff. On September 16, 2026 Movant spoke with Carla Ward, Lead Attorney for Plaintiff United States of America and was informed by her that she takes no position as to the Movants request to intervene for the limited purpose of obtaining deposition transcripts.

**WHEREFORE PREMISES CONSIDERED,** Movant Lee Cunningham respectfully requests that this Court enter an Order: Granting this Motion for Limited Permissive Intervention pursuant to FRCP 24(b)(1) (B); Modifying the Protective Order entered in this action (Doc 62, 63 and 195) to permit Movant access to the specific deposition transcripts: former ADOC Commissioner and Defendant in related action 26-846 (Doc. 357 # 44 Ex 73 – Hamm, John - Depo) John Hutton, Correctional Warden 2 at Bibb Correctional Facility and Defendant in 26-846 (Doc. 357 # 48 Ex 78 – Hutton, John - Depo), John Hamm, Renee Minor, former Director of Personnel Division at ADOC, Current Associate Commissioner of Administrative Services, and Defendant in 26-846 (Doc. 357 # 55 Ex 92 – Minor, Renee - Depo), Napoleon Goodson, ADOC Recruiting Division (Doc. 357 # 41 Ex 69 – Goodson, Napoleon - Depo), Malcolm, Holtzclaw, former Correctional Lieutenant at Bibb Correctional whom transferred to Donaldson in early 2025, after raising allegations of potential misconduct at Bibb Correctional Facility (Doc. 357 # 47 Ex

77 – Holtzclaw, Malcolm - Depo), Christopher Gordy, Correctional Warden 3 at Bibb Correctional Facility, and Defendant in 26-846(Doc. 370 Ex 70), Gregory O. Lovelace, Current Commissioner of ADOC, former Chief Deputy Commissioner, and Defendant in 26-846 (Doc. 370 Ex 86 – Lovelace, Greg (Deposition), Charles Williams, Deputy Commissioner of Mens Services, and Defendant in 26-846 (Doc. 370 Ex 113 – Williams, Charles (Deposition), Terry Wilson, Correctional Captain at Bibb Correctional Facility (Doc. 370 Ex 117 – Wilson, Terry (Deposition), Christopher Gordy, Warden 3 at Bibb Correctional (Doc. 373 # 6 Exhibit Ex 140 – Depo of Christopher Gordy), Malcolm Holtzclaw, former Lieutenant at Bibb Correctional, (Doc. 373 # 30 Exhibit Ex 164 – Depo of Malcolm Holtzclaw), John Quinton Hamm (Doc. 373 # 20 Exhibit Ex 154 – Depo of John Hamm) John Hutton (Doc. 373 # 21 Exhibit Ex 155 – Depo of John Hutton) Napoleon Goodson – Director of Recruiting ADOC (Doc. # 40 Exhibit Ex 175 – Depo of Napoleon Goodson) and Renee Minor – former Director of Personnel Division, now Associate Commissioner of Administrative Services ADOC (Doc. 373 Exhibit # 45 Exhibit Ex 180 – Depo of Renee Minor). and granting such other and further relief as the Court deems just and proper.

/s/ [signature]
Movant

Lee Cunningham
28 Thomas Fulgham Road
Brierfield, AL 35035
Tel: 205-900-5000
Email: leecunningham@email.com

## CERTIFICATE OF SERVICE

I Lee Cunningham hereby certify that I caused a true and correct copy of the foregoing to be served upon the parties via CM/ECF Notice of Electronic Filing.

/s/______________

Lee Cunningham
28 Thomas Fulgham Road
Brierfield, AL 35035
Tel: 205-900-5000
Email: leecunningham@email.com