FILED
2026 Sep-24 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2026 SEP 24 P 3:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA, ]
]
Plaintiff, ]
]
v. ]
]
STATE OF ALABAMA and ]
ALABAMA DEPARTMENT OF ] Civil No. 2:20-cv-01971-HDM
CORRECTIONS, ]
]
Defendants.

**THE UNITED STATES' EVIDENTIARY SUBMISSION IN SUPPORT OF ITS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 | Savages Staffing Analysis, Doc. 1813-1 (Sealed), *Braggs v. Dunn*, Case No. 2:14-cv-00601 (N.D. Al. May 2, 2018). | ADOC(DOC)_2373973 |
| 2 | Kevin Quinn United States Supplemental Expert Report (September 22, 2026) | |
| 3 | Matrix of Defs.' MSJ Exhibits Which Are Objectionable as Post-Fact Cutoff | |

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

/s/ *Carla Ward*
CARLA C. WARD
Deputy Civil Chief

JASON R. CHEEK
Chief, Civil Division

DON B. LONG III
GRACE J. POSEY
ALEX M. LAGANKE
Assistant United States Attorneys

United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
carla.ward@usdoj.gov

ASHLEY LIGHT
EILEEN ULATE
MATTHEW J. DONNELLY
CRISTINA GAMONDI
JULIA Z. HALLER
PATRICIA NATION
JOSHUA BACHMAN
MARLYSHA MYRTHIL
JOSHUA BEDOYA
ELENA BEN DAVID
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 718-2258
ashley.light@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I filed the foregoing with the Clerk of the Court which will send notification of such filing to counsel of record.

/s/ *Carla Ward*
CARLA C. WARD
Attorney for the United States