FILED
2026 Oct-09 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-01971-HDM** |
| | ) | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF JANET EDDINGS**

I, Janet Eddings, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true and state as follows:

1. I am employed by the Alabama Department of Corrections ("ADOC") and have worked in ADOC's Constituent Services for more than forty years. I previously testified by deposition in this case on July 12, 2023, and provided a declaration on September 22, 2026. My declaration submitted updated information about ADOC's Constituent Services that took place prior to or on January 31, 2025.

2. This declaration provides further updates regarding steps taken by ADOC related to Ala. Code § 14-1-1.7, which authorized the Commissioner to appoint fifteen employees for Constituent Services, including one employee to

oversee departmental Constituent Services and serve as liaison to the Joint Legislative Prison Oversight Committee and fourteen employees to oversee constituent services for ADOC facilities.

3. ADOC implemented the staffing structure authorized by Ala. Code § 14-1-1.7 by appointing a Constituent Services Coordinator and fourteen Constituent Services employees assigned to ADOC facilities.

4. ADOC appointed the Constituent Services Coordinator on March 1, 2025 and the first facility-level employee began on May 16, 2025.

5. As of the date of this declaration, ADOC employs a facility-level Constituent Services employee at Bibb Correctional Facility, Bullock Correctional Facility, Donaldson Correctional Facility, Easterling Correctional Facility, Elmore Correctional Facility, Fountain Correctional Facility, Holman Correctional Facility, Kilby Correctional Facility, Limestone Correctional Facility, Staton Correctional Facility, St. Clair Correctional Facility, and Ventress Correctional Facility. The remaining two facility-level Constituent Services employees are dedicated for Hamilton Aged and Infirmed and Julia Tutwiler Prison for Women.

6. The process for responding to a constituent inquiry as outlined in my September 22, 2026, declaration remains the same today, however, inquiries are also routed to the facility-level Constituent Services employee for handling.

7. Since January 31, 2025, ADOC reported information concerning constituent inquiries and responses to the Joint Legislative Prison Oversight Committee on a monthly basis. ADOC provided both a written memorandum and a verbal report and provided information concerning the status of inquiries requested by the Committee. Between February 1, 2025, to September 20, 2026, ADOC received and responded to 18,436 constituent inquiries, all of which ADOC reported to, or for September 2026 inquiries, will be reported to, the Joint Legislative Prison Oversight Committee.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Dated: 9/22/2026

Janet Eddings
Janet Eddings