FILED
2026 Oct-09 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 2:20-cv-01971-HDM** |
| | ) | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CHARLES WILLIAMS**

I, Charles Williams, make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. I have personal knowledge of the facts stated below, and I declare that they are true.

**Background and Purpose of Declaration**

1. I am over the age of 19 and am employed by the Alabama Department of Corrections ("ADOC" or the "Department"). I serve as ADOC's Deputy Commissioner of Operations for the men's correctional facilities.

2. During my decades-long corrections career, I have served as a Correctional Officer, Lieutenant, Captain, Associate Warden, Warden, and Regional Correctional Services Administrator. I have worked in federal, state, and private

correctional systems, including the Federal Bureau of Prisons ("BOP"), and I previously served ADOC in Operations/Men's Services.

3. I previously provided a declaration describing ADOC operations and other matters as of January 31, 2025. I submit this Declaration to describe developments that occurred after January 31, 2025, including ADOC's use of positions authorized by Act 2024-307.

**Act 2024-307 Administrator Positions**

4. In 2024, the Alabama Legislature authorized ADOC to establish new administrator positions. As of January 31, 2025, ADOC was in the middle of the process for recruiting, evaluating, and selecting candidates for those positions. After January 31, 2025, ADOC hired personnel into positions classified as Act 2024-307 Administrator (Class 86145E).

5. ADOC assigned personnel hired into Act 2024-307 Administrator positions to correctional facilities and other correctional operations as follows:

a. **Bullock Correctional Facility:** Marquez D. Eckford - Sergeant; Reginald L. Carter - Sergeant; Joshua D. Morton - Lieutenant; Michael N. Moore - Facility Administrator (Warden II); Joseph M. Henger - Regional Director.

b. **Limestone Correctional Facility:** Nicholas J. Pastella - Facility Administrator.

c. **Kilby Correctional Facility:** Douglas M. Williams - Regional Director.

d. **Elmore Correctional Facility:** Kenneth M. Greggs - Facility Administrator.

e. **Fountain Correctional Facility:** Quincy T. Scott - Drug Treatment Program; Sheri Y. Saulsberry - Facility Administrator.

f. **St. Clair Correctional Facility:** Chance C. Leeds - Facility Administrator; Dennis M. Kaiser - Facility Administrator (Warden II); Stacy R. Stokes - Drug Treatment Program.

g. **Ventress Correctional Facility:** Vincent M. Vantell - Facility Administrator; Keith H. Huggins - Facility Administrator (Warden II); Jaylen J. Mason - Sergeant; Tenisha A. Moore - Sergeant.

h. **Easterling Correctional Facility:** Dontae T. Tinson - Lieutenant (hired May 26, 2026); Theodore T. Williams - Facility Administrator; Alexandria R. Blakemore - Sergeant; Justin T. Howell - Lieutenant (hired April 28, 2026); Darriel L. Royal - Facility Administrator (Warden II).

6. The Act 2024-307 Administrator classification authorized ADOC greater flexibility to recruit experienced correctional leaders from outside ADOC's traditional internal promotion system. Historically, ADOC developed much of its facility leadership from within the Department. That experience remains valuable,

but relying principally on internal candidates can limit the range of correctional systems, practices, and perspectives represented in facility leadership. The Administrator classification allows ADOC to recruit experienced leaders from other state correctional systems, the federal system, and private corrections.

7. Many of the Administrators bring prior Warden-level or comparable correctional leadership experience. Their experience provides ADOC with additional perspectives on facility management and gives facility leadership another experienced set of eyes to identify operational problems, evaluate existing practices, and recommend changes. Administrators also increase ADOC's capacity to review and audit facility operations.

8. Facility Administrators supplement ADOC's existing Warden structure and chain of command by providing additional facility-level management coverage and operational support. ADOC can use a Facility Administrator as a facility head or in another senior management role based on the Administrator's experience and the needs of the facility. A facility head does not necessarily hold the title of Warden III.

9. ADOC maintains flexibility in assigning Administrators so that it can place an experienced correctional leader in the role that best fits the facility's needs. When an Administrator serves as a facility head, the Administrator works with the facility's Wardens and Regional Director, reports through the chain of command,

and carries management expectations comparable to those of a Warden serving as facility head.

10. Operations staff work with Facility Administrators, Wardens, and Regional Directors to ensure that facilities implement ADOC policies and procedures and address identified operational issues. That work includes follow-up concerning facility operations, staffing deployment, overtime, security practices, sanitation, count procedures, and other matters within Operations staff's responsibilities.

11. Administrator Chance C. Leeds at St. Clair Correctional Facility provides one example. Administrator Leeds has focused on inmate security, contraband and overdose concerns, use of force, sanitation, entrance security, count procedures, and other facility-management issues. In my observation, St. Clair has experienced reductions in inmate violence, Narcan uses, and drug overdoses during his tenure. Administrator Leeds has also helped facility leadership identify operational problems and move corrective initiatives forward.

12. Administrator Leeds established a practice referred to as "Roll Back Wednesday." During that process, correctional staff conduct cell inspections and searches, have inmates stand outside their bunk areas, review cleanliness and hygiene conditions, and identify maintenance, sanitation, security, or other problems requiring attention. The process also gives facility leadership an opportunity to

interact with inmates and identify issues that may not otherwise come to leadership's attention.

**Post-January 31, 2025 Management and Operational Developments**

13. The Administrator positions have supplemented ADOC's management structure by adding experienced correctional leaders who can serve as facility heads, support existing Wardens, provide management coverage, review facility practices, and address specific operational needs. The title "facility head" describes the person responsible for leading a facility and does not necessarily mean that the person holds the classification or title of Warden III.

14. Administrator Sheri Y. Saulsberry at Fountain Correctional Facility provides another example. Administrator Saulsberry focused on staff morale, sanitation, and the physical working environment. Among other things, she addressed the condition of staff offices and bathrooms and made changes intended to improve the work environment for correctional staff.

15. Those efforts matter because staffing remains an operational challenge. In my experience, the condition of the workplace and the manner in which a facility is managed affect staff morale and retention. Facility Administrators give ADOC additional leadership capacity to address those issues at the facility level while also addressing security, sanitation, staffing, and other operational concerns.

16. Based on my observations since ADOC began using the Administrator positions, the additional leadership capacity and outside correctional experience have improved ADOC's ability to identify and address facility-level problems. I have observed improvements in facility management, security practices, staff morale, and the ability of facility leadership to move operational initiatives forward.

17. I understand that I offer the statements in this Declaration under oath and that the Court, our expert witnesses, and others may review and rely upon portions of this Declaration in this case. I carefully reviewed this Declaration to maintain accuracy. While counsel assisted with the preparation of this document, this Declaration is my testimony and is based upon my personal knowledge and information made available to me in my position with ADOC. If called upon, I will voluntarily testify in federal court to these matters.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Charles Williams

9/23/26

Date