FILED
2026 Oct-09 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-01971-HDM** |
| | ) | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF STAN GOOLSBY**

I, Stan Goolsby, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury and declare that the statements made below are true and state as follows:

1. I am employed by the Alabama Department of Corrections ("ADOC") and serve as the Chief of Staff. I previously served as the Deputy Commissioner of Administrative Services since my employment began with ADOC in March 16, 2023, until August 24, 2026, when I transitioned to Chief of Staff.

2. I provided a declaration in this matter on August 28, 2026. (Doc. 360-120 (Ex. 121)). My August 28, 2026, declaration included information about my role as ADOC's Deputy Commissioner of Administrative Services, including topics

such as leadership, hiring, retention, and various other initiatives, that took place prior to January 31, 2025.

3. This declaration sets forth additional updated information regarding staffing levels within Alabama's male prisons after January 31, 2025, and information related to the implementation of TeleStaff after January 31, 2025.

## 2025 CORRECTIONAL STAFFING LEVELS

4. In compliance with the United States District Court (M.D. Ala.)'s Phase 2A Understaffing Remedial Order in the Braggs, *et al*. v. Dunn, *et al.* case (Case No. 2:14-cv-00601-MHT, Doc. No. 1657), ADOC submits Quarterly Staffing Reports to the Court.

5. Attached to this Declaration as **Exhibits A, B, C,** and **D,** are the Quarterly Staffing Reports submitted in Braggs for the Quarters ending March 31, 2025 (Ex. A), June 30, 2025 (Ex. B), September 30, 2025 (Ex. C), and December 31, 2025 (Ex. D), respectively. Exhibits A-D represent true and correct copies of the Quarterly Staffing Reports as submitted to the Braggs Court. Exhibits A-D also serve as true and correct copies of the correctional staffing data maintained by ADOC related to correctional staffing which it maintains in the ordinary course of its regularly conducted activities.

6. As outlined in the attached exhibits, ADOC's efforts with regard to recruiting, hiring, and retaining correctional staff continued to result in positive

outcomes. The correctional staffing levels below reflect the efforts undertaken by ADOC's staffing levels during 2025:

a. **Bibb Correctional Facility.** Bibb reported 109.5 correctional staff in Q1 2025, followed by 135.5 in Q22025, 123.5 in Q3 2025, and 134 in Q4 2025. Over the same period, assigned correctional staffing increased from 268.66 to 276.26, while the correctional vacancy rate decreased from 53.5% to 47.5%. Supervisory staffing increased from 26 in Q1 2025 to 28 in Q4 2025, and assigned supervisory staffing increased from 23 to 32.5.

b. **Bullock Correctional Facility.** Bullock increased its correctional staffing from 69.5 in Q1 2025 to 83 in Q4 2025, with interim totals of 71.5 in Q2 2025 and 72 in Q3 2025. Assigned correctional staffing increased from 264.23 to 278.36 during the year. The correctional vacancy rate changed from 72.5% in Q1 2025 to 69.9% in Q4 2025. Supervisory staffing ranged from 14 to 15 during the four quarters.

c. **Donaldson Correctional Facility.** Correctional staffing at Donaldson increased each quarter of 2025, from 121 in Q1 2025 to 140.5 in Q2 2025, 147.5 in Q3 2025, and 164.5 in Q4 2025. During that period, the correctional vacancy rate decreased from 63.4% to 52.8%. Supervisory staffing remained between 27 and 28 throughout the year.

d. **Easterling Correctional Facility.** Easterling reported 49 correctional staff in Q1 2025. That number increased to 51 in Q2 2025, 55.5 in Q3 2025, and 59.5 in Q4 2025. The correctional vacancy rate declined from 73.0% at the beginning of the period to 69.2% at the end. Supervisory staffing remained at 14 for the first two quarters and increased to 15 for the final two quarters.

e. **Elmore Correctional Facility.** Correctional staffing at Elmore moved from 66.5 in Q1 2025 to 68 in Q2 2025, decreased to 64 in Q3 2025, and reached 74 in Q4 2025. The correctional vacancy rate decreased from 49.4% to

48.2% between Q1 2025 and Q4 2025. Elmore reported 20 supervisors in Q1 2025 and 21 in each of the remaining three quarters of 2025.

f. **Fountain Correctional Facility.** Fountain increased correctional staffing by 42.5 positions during 2025, from 78.5 in Q1 2025 to 121 in Q4 2025. Over the same period, the correctional vacancy rate decreased from 59.0% to 41.6%. Supervisory staffing increased from 14 to 16.

g. **Holman Correctional Facility.** Holman's correctional staffing increased from 58 in Q1 2025 to 60 in Q2 2025, then to 74 in Q3 2025 and 82 in Q4 2025. The correctional vacancy rate decreased from 46.6% to 33.9% between Q1 2025 and Q4 2025. Supervisory staffing remained at 13 during the first two quarters, increased to 16 in Q3 2025, and returned to 13 in Q4 2025.

h. **Kilby Correctional Facility.** Kilby began Q1 2025 with 167 correctional staff and increased to 183 in Q2 2025. Staffing then decreased to 157 in Q3 2025 before reaching 162.5 in Q4 2025. The correctional vacancy rate followed those staffing changes, decreasing from 37.9% in Q1 2025 to 33.9% in Q2 2025 and reaching 41.9% in Q4 2025. Supervisory staffing ranged from 24 to 26 during the year.

i. **Limestone Correctional Facility.** Limestone added 54 correctional staff between Q1 2025 and Q4 2025. Staffing increased from 160.5 in Q1 2025 to 183 in Q2 2025, 202 in Q3 2025, and 214.5 in Q4 2025. During the same period, the correctional vacancy rate decreased from 46.2% to 32.1%. Supervisory staffing increased from 35 in Q1 2025 to 37 in Q4 2025.

j. **St. Clair Correctional Facility.** St. Clair reported quarterly correctional staffing totals of 159.5, 165, 176, and 184 from Q1 2025 through Q4 2025, respectively. The correctional vacancy rate decreased from 41.9% to 38.2%. Supervisory staffing remained at 32 for the first two quarters, decreased to 28 in Q3 2025, and increased to 29 in Q4 2025.

k. **Staton Correctional Facility.** At Staton, correctional staffing increased from 108.5 in Q1 2025 to 109 in Q2 2025, followed by 125 in Q3 2025 and 133 in Q4 2025. The correctional vacancy rate decreased from 52.7% to 43.1% over that period. Supervisory staffing ranged from 28 to 30.

l. **Ventress Correctional Facility.** Correctional staffing at Ventress increased from 69.5 in Q1 2025 to 75 in Q2 2025, remained at 75 in Q3 2025, and increased to 80 in Q4 2025. The correctional vacancy rate moved from 65.8% in Q1 2025 to 61.6% in Q4 2025. Ventress reported 14 supervisors in Q1 2025, 16 in Q2 2025, and 15 in both Q3 2025 and Q4 2025.

7. Across all 12 of the above facilities, correctional staffing increased by 275 officers, from 1,217 in Q1 to 1,492 in Q4, an increase of approximately 22.6%. Correctional vacancies decreased from 1,693.37 in Q1 to 1,469.53 in Q4, a reduction of 223.84 positions. Supervisory staffing increased from 264 in Q1 to 270 in Q4. Across the 12 facilities, the combined vacancy rate decreased from 55.1% to 48.3%, a decrease of 6.8 percentage points from Q1 through Q4.

8. As it relates to recruiting and hiring, 2025 constituted a record-breaking year for ADOC achieving the highest number of graduates from the Department's Academy, which is the training program for new officers. In 2025, ADOC reported the following graduates for each Academy class:

a. Class 2025-01 – Beginning enrollment totaled 149 individuals with 144 who graduated.

b. Class 2025-02 – The class started with 105 enrolled with 92 graduated.

c. Class 2025-03 – 120 individuals enrolled and 101 graduated.

d. Class 2025-04 – A total of 153 individuals enrolled with 136 who graduated.

9. Thus, in 2025, a total of 473 trainees graduated from the Academy, which represents the highest number of graduates in a calendar year for ADOC. The previous highest number of graduates in a calendar year was 380 graduates in 2010.

10. 2025 also represented the first full year of the ACTIVATE program.[1] ACTIVATE numbers are below:

a. Class 2025-01 – 38 individuals enrolled and 29 graduated.

b. Class 2025-02 – 26 individuals enrolled and 21 graduated.

c. Class 2025-03 – 27 individuals enrolled and 24 graduated.

d. Class 2025-04 – 30 individuals enrolled and 26 graduated.

**TELESTAFF**

11. ADOC began evaluating options to modernize its deployment of correctional staffing and roster-management processes in 2024. As part of that

[1] As noted in my August 28, 2026, declaration, ACTIVATE is a six-week, no-cost college and career readiness program designed to assist individuals with meeting pre-employment standards. Upon completion of ACTIVATE, participants move on to the ten-week Academy course for certification as an officer.

effort, ADOC evaluated TeleStaff - an electronic scheduling and roster-management platform capable of supporting the operational needs of ADOC's correctional facilities, including management of facility rosters, post assignments, vacancies, overtime, leave, and other staffing activity. In approximately August 2024, ADOC received approval to purchase TeleStaff through a purchase order and thereafter began working with TeleStaff to configure the system for ADOC's correctional operations. Beginning in approximately November 2024, that process included configuring facility post structures, work codes, scheduling and "fill by" rules,[2] user access, and other system features; entering employee and facility information; and testing the system before implementation. ADOC then proceeded through testing, training, and facility implementation before beginning the rollout of TeleStaff across its correctional facilities in approximately February 2025.

12. ADOC utilizes TeleStaff as its electronic roster and scheduling system to manage and document correctional staffing assignments by facility at each ADOC facility, including the 12 male prisons at issue in this case. TeleStaff functions as ADOC's master electronic roster and displays employee schedules, post assignments, and work codes. Work codes are payroll and scheduling designations

[2] "Fill by" rules are configurable rules within TeleStaff that establish the criteria and sequence used to identify personnel eligible to fill a vacancy when a post or shift becomes open. The rules allow ADOC to structure the vacancy-filling process based on predetermined criteria rather than requiring supervisors to identify potential employees manually each time a vacancy arises.

that classify the type of time associated with an employee during a scheduled period, including regular work, overtime, annual or sick leave, and training. TeleStaff also supports rules-based filling of vacancies, overtime management, identification and management of critical posts, and reporting regarding staffing activity.

13. Telestaff provided ADOC with an important additional capability, which did not exist with the prior roster management procedures. TeleStaff allows ADOC facilities to update their rosters throughout each shift, as staffing circumstances evolve over any shift. Staffing within a correctional facility, including the number of correctional officers, does not remain static or constant after a shift begins or throughout the duration of each shift. Employees may call in sick, leave during a shift for appointments or emergencies, work overtime, transition to a different assignment, temporarily cover another post, respond to changes in operations, including emergencies that might arise, attend training, or perform another assignment outside the initial assigned post. Vacancies at any facility may arise during a shift only to be filled later in the shift by another correctional officer. Supervisors may reassign available personnel in response to operational needs such as reassigning an officer overseeing visitation once visitation concludes. TeleStaff allows authorized personnel to record and document these changes in its electronic roster as such changes occur so that the roster reflects the evolving nature of correctional staffing and assignments within a facility during the course of a shift.

14. The implementation of Telestaff represented a significant improvement over the paper Shift Assignment Rosters that ADOC previously used. A paper Shift Assignment Roster primarily reflected the staffing plan recorded on that roster at the time it was prepared or updated. As a result, a paper roster functioned only as a snapshot of staffing at a particular point in time without necessarily reflecting every staffing change that occurred later during the shift. For example, the paper roster prepared for the beginning of a shift might identify an officer assigned to a particular post even though that officer later became unavailable and another officer assumed the assignment. Unless someone subsequently attempted to document those changes on the paper roster (which presents a variety of challenges), the roster continues to reflect the assignments made at the outset of each shift.

15. TeleStaff also provides a more accurate record of facility staffing over the course of each shift at each facility. Rather than relying upon a static paper roster created at the outset of a shift to represent an entire shift, authorized users can update TeleStaff when circumstances change, including callouts, vacancies, leave, overtime, reassignments, and other staffing activity. Thus, when evaluating staffing through TeleStaff, the roster should not be understood merely as a document created at the beginning of a shift. It is an electronic staffing record that can be modified to reflect changes in correctional staffing at a facility throughout the day as facility personnel respond to changing staffing conditions. This distinction provides ADOC

with greater visibility into who is assigned to work, where personnel are assigned, what vacancies exist, and how staffing changes during the course of a shift.

16. TeleStaff also provides ADOC with greater standardization in how facilities record and manage staffing. Rather than each facility relying principally on a locally prepared paper roster, TeleStaff provides a common electronic platform through which facilities rely upon established posts, work codes, scheduling rules, and other standardized data. These established posts constitute the same posts established by ADOC's Resource Planning Unit, as part of our established staffing analysis process. TeleStaff's reporting functions also permit staffing information maintained in the system to be reviewed and analyzed without manually reconstructing information from individual paper rosters. These capabilities improve ADOC's ability to review staffing information across shifts and facilities and to evaluate how facilities address vacancies and critical staffing needs.

17. Rules-based filling of vacancies refers to TeleStaff's process for identifying employees who are eligible to fill an open shift or unstaffed post according to pre-established eligibility and priority criteria. For example, when a housing-unit post becomes vacant because the assigned officer calls in sick and the Shift Supervisor records the vacancy in TeleStaff using the appropriate work code, TeleStaff can identify eligible employees based on the criteria configured in the system. TeleStaff's customizable features allow ADOC to configure scheduling

rules consistent with ADOC policies and procedures. This provides a structured method for addressing vacancies and distributing overtime rather than relying exclusively on an individual supervisor to identify potential employees manually.

18. Implementation of TeleStaff included three formal, eight-hour training sessions for wardens from each facility between February 2025 and July 2025. The training introduced executive and facility leadership to TeleStaff's roster-management and scheduling functions and promoted a standardized approach to documenting staffing coverage and maintaining staffing data across ADOC facilities. The training addressed building and maintaining shift rosters; using calendars and work codes; using "events" to capture non-routine assignments; applying "fill by" rules for vacancies; managing overtime; identifying and managing critical staffing needs; and generating reports and audit information.

19. An "event" is an entry placed on the facility's staffing schedule to record an employee's work assignment when the employee is performing work outside the facility's normal post structure. Facilities use events to account for non-routine or temporary assignments, such as an employee temporarily assigned to duties other than the employee's regular post. A "fill by" rule establishes the criteria and sequence used to identify personnel to fill a vacancy after a post becomes open. These functions within TeleStaff allow ADOC to capture staffing circumstances that

a traditional paper roster may not readily reflect and provide a more complete electronic record of changes affecting staffing during a shift.

20. Captain Tionee Baskin, who served as the Resource Planning Unit Coordinator at that time, led all three training sessions and served as the point of contact for questions and implementation follow-up. While facility wardens completed training, ADOC uploaded correctional staff names and positions into TeleStaff and began rolling out the system across facilities. During implementation, ADOC also designated TeleStaff "subject matter experts" at facilities to centralize follow-up questions, assist facility personnel, and promote consistent implementation of the system.

21. Each facility's TeleStaff subject matter expert conducts daily and weekly audits relating to the facility's use of TeleStaff, including review of critical-post staffing. These reviews provide an additional mechanism for identifying whether critical posts are being filled and whether facilities are documenting staffing activity in TeleStaff. The combination of a standardized electronic roster, facility-level subject matter experts, and recurring review gives ADOC greater ability to review facility staffing practices than was available when staffing information depended principally on individual paper Shift Assignment Rosters.

22. Overall, TeleStaff gives ADOC a better way to manage and document staffing as it changes throughout the day. Unlike the former paper Shift Assignment

Rosters, TeleStaff can be updated as vacancies, callouts, overtime, reassignments, and other staffing changes occur. This gives facility and executive leadership a more current view of staffing and a better record for reviewing staffing after the fact.

23. ADOC implemented TeleStaff at the following facilities on the following dates:

a. February 2, 2025 – Kilby, St. Clair, and Bibb

b. March 31, 2025 – Bullock, Donaldson, Easterling, Elmore, Staton and Ventress

c. May 1, 2025 – Fountain and Holman

d. June 2, 2025 – Limestone

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Dated: October 6, 2026

Stan Goolsby

# Exhibit A

# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT**

**Dated: June 2, 2025**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING MARCH 31, 2025

| Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, "factored" CO-Hourly, COT, "factored" Part-Time Retirees and Sr. CO) | | | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned[2] | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Factor | Sr. CO Actual | 3/31/25 Actual | Q1 Ending Vacancies | Q1-2025 Attrition Vol | Q1-2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 3/31/25 Actual | Q1 Ending Vacancies | Q1-2025 Attrition Vol | Q1-2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | 3/31/25 Correctional Staff | Q1-2025 Turnover Rate | Q1-2025 Retention Rate | Q1-2025 Vacancy Rate |
| Bibb | 268.66 | 1 | 7 | 16 | 16 | 8 | 4 | 31 | 1 | 0.5 | 34 | 109.5 | 159.16 | 6 | | 60.5 | 23 | 26 | -3 | | | 26 | 135.5 | 4.4% | 95.6% | 53.5% |
| Bullock | 264.23 | 7 | 3 | 6 | 4 | 9 | 4.5 | 16 | | 0 | 29 | 69.5 | 194.73 | 2 | | 52.5 | 39.43 | 14 | 25.43 | 1 | | 14 | 83.5 | 3.6% | 96.4% | 72.5% |
| Donaldson | 362.8 | 2 | 6 | 8 | 10 | 16 | 8 | 35 | | 0 | 52 | 121 | 241.8 | 3 | | 78 | 44 | 28 | 16 | 1 | | 28 | 149 | 2.7% | 97.3% | 63.4% |
| Easterling | 207.18 | 5 | 3 | 4 | 5 | 9 | 4.5 | 6 | 1 | 0.5 | 21 | 49 | 158.18 | 5 | | 41 | 26.03 | 14 | 12.03 | 1 | | 14 | 63 | 9.5% | 90.5% | 73.0% |
| Elmore | 144.8 | 1 | 2 | 9 | 11 | 9 | 4.5 | 13 | | 0 | 26 | 66.5 | 78.3 | 4 | | 47.5 | 26.02 | 20 | 6.02 | | | 20 | 86.5 | 4.6% | 95.4% | 49.4% |
| Fountain | 192.55 | | 5 | 7 | 6 | 19 | 9.5 | 24 | 2 | 1 | 26 | 78.5 | 114.05 | 2 | | 47.5 | 33.04 | 14 | 19.04 | | | 14 | 92.5 | 2.2% | 97.8% | 59.0% |
| Hamilton A & I | 39 | | | 6 | 3 | 3 | 1.5 | 2 | | 0 | 40 | 52.5 | -13.5 | 1 | | 48.5 | 17 | 13 | 4 | | | 13 | 65.5 | 1.5% | 98.5% | -17.0% |
| Holman | 111.03 | 4 | 5 | 4 | 7 | 11 | 5.5 | 11 | 1 | 0.5 | 21 | 58 | 53.03 | 4 | | 38 | 22.02 | 13 | 9.02 | 1 | | 13 | 71 | 7.0% | 93.0% | 46.6% |
| Kilby | 265.61 | 1 | 6 | 10 | 24 | 17 | 8.5 | 45 | 1 | 0.5 | 72 | 167 | 98.61 | 5 | | 103 | 45.04 | 26 | 19.04 | | | 26 | 193 | 2.6% | 97.4% | 37.9% |
| Limestone | 321.85 | 1 | 7 | 7 | 25 | 24 | 12 | 55 | 1 | 0.5 | 53 | 160.5 | 161.35 | 15 | 1 | 97.5 | 41.33 | 35 | 6.33 | 1 | | 35 | 195.5 | 8.7% | 91.3% | 46.2% |
| St. Clair | 292.42 | 1 | 7 | 17 | 16 | 17 | 8.5 | 49 | 8 | 4 | 57 | 159.5 | 132.92 | 4 | 1 | 102.5 | 37 | 32 | 5 | | | 32 | 191.5 | 2.6% | 97.4% | 41.9% |
| Staton | 261.81 | 4 | 5 | 4 | 16 | 23 | 11.5 | 33 | | 0 | 35 | 108.5 | 153.31 | 1 | | 62.5 | 27.02 | 28 | -0.98 | | | 28 | 136.5 | 0.7% | 99.3% | 52.7% |
| Tutwiler | 188.81 | 8 | 5 | 11 | 6 | 12 | 6 | 30 | 2 | 1 | 25 | 92 | 96.81 | 4 | 2 | 57 | 27.03 | 19 | 8.03 | 2 | | 19 | 111 | 7.2% | 92.8% | 48.6% |
| Ventress | 217.43 | 4 | 7 | 7 | 5 | 16 | 8 | 20 | 3 | 1.5 | 17 | 69.5 | 147.93 | 5 | 2 | 43.5 | 27.03 | 14 | 13.03 | | | 14 | 83.5 | 8.4% | 91.6% | 65.8% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3138.18 | 39 | 68 | 116 | 154 | 193 | 96.5 | 370 | 20 | 10 | 508 | 1361.5 | 1776.68 | 61 | 6 | 879.5 | 434.99 | 296 | 138.99 | 7 | 0 | 296 | 1657.5 | 4.5% | 95.5% | 53.6% |

[1]The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guard ("CSG"), Senior Correctional Security Guard ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.
[2]The number of assigned Correctional Staffing and Correctional Supervisors for each facility is updated to reflect the numbers reported in the Staffing Analysis completed on November 1, 2024.

# Exhibit B

Case 2:14-cv-00601-MHT-JTA Document 4339-1 Filed 10/21/25 Page 18 of 22



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT**

**Dated: September 2, 2025**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING JUNE 30, 2025

| | Correctional Staffing[1] (Includes CCO, CSO, Sr. CSO, CO, "factored" CO-Hourly, COT, "factored" Part-Time Retirees and Sr. CO) | | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSO Actual | Sr. CSO Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Factor | Sr. CO Actual | 6/30/25 Actual | Q2 Ending Vacancies | Q2- 2025 Attrition Vol | Q2- 2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 6/30/25 Actual | Q2 Ending Vacancies | Q2- 2025 Attrition Vol | Q2- 2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | 3/31/25 Correctional Staff | 6/30/25 Correctional Staff | Q2- 2025 Turnover Rate | Retention Rate | Q2- 2025 Vacancy Rate |
| Bibb | 268.66 | 1 | 18 | 14 | 24 | 8 | 4 | 39 | 1 | 0.5 | 35 | 135.5 | 133.16 | 2 | | 56 | 32.5 | 24 | 8.5 | 1 | | 24 | 135.5 | 159.5 | 2.0% | 98.0% | 47.0% |
| Bullock | 264.23 | 7 | 3 | 8 | 6 | 9 | 4.5 | 14 | | 0 | 29 | 71.5 | 192.73 | 5 | | 42.5 | 43.81 | 15 | 28.81 | | | 15 | 83.5 | 86.5 | 5.9% | 94.1% | 71.9% |
| Donaldson | 362.8 | | 13 | 8 | 10 | 15 | 7.5 | 50 | | 0 | 52 | 140.5 | 222.3 | 2 | | 67.5 | 43.6 | 27 | 16.6 | | | 27 | 149 | 167.5 | 1.3% | 98.7% | 58.8% |
| Easterling | 207.18 | 5 | 4 | 3 | 4 | 9 | 4.5 | 8 | 1 | 0.5 | 22 | 51 | 156.18 | 2 | | 30.5 | 31.4 | 14 | 17.4 | | | 14 | 63 | 65 | 3.1% | 96.9% | 72.8% |
| Elmore | 144.8 | 1 | 5 | 9 | 7 | 8 | 4 | 15 | | 0 | 27 | 68 | 76.8 | 5.5 | | 41 | 36.6 | 21 | 15.6 | | | 21 | 86.5 | 89 | 6.3% | 93.7% | 50.9% |
| Fountain | 192.55 | | 16 | 7 | 8 | 18 | 9 | 29 | 2 | 1 | 24 | 94 | 98.55 | 3 | 1 | 42 | 39.34 | 15 | 24.34 | | | 15 | 92.5 | 109 | 4.0% | 96.0% | 53.0% |
| Hamilton | 39 | | | 5 | 2 | 2 | 1 | 3 | | 0 | 39 | 50 | -11 | 0.5 | 1 | 45 | 13.2 | 16 | -2.8 | | | 16 | 65.5 | 66 | 2.3% | 97.7% | -26.4% |
| Holman | 111.03 | 4 | 10 | 5 | 11 | 11 | 5.5 | 4 | 1 | 0.5 | 20 | 60 | 51.03 | 3 | | 39.5 | 30.71 | 13 | 17.71 | 1 | | 13 | 71 | 73 | 5.6% | 94.4% | 48.5% |
| Kilby | 265.61 | 1 | 15 | 10 | 26 | 17 | 8.5 | 50 | 1 | 0.5 | 72 | 183 | 82.61 | 6 | 1 | 103.5 | 50.7 | 26 | 24.7 | | | 26 | 193 | 209 | 3.5% | 96.5% | 33.9% |
| Limestone | 321.85 | | 9 | 9 | 21 | 23 | 11.5 | 76 | 1 | 0.5 | 56 | 183 | 138.85 | 17.5 | 1 | 87.5 | 49.17 | 36 | 13.17 | 1 | | 36 | 195.5 | 219 | 9.4% | 90.6% | 41.0% |
| St. Clair | 292.42 | | 11 | 17 | 23 | 16 | 8 | 47 | 8 | 4 | 55 | 165 | 127.42 | 7 | | 93 | 40.6 | 32 | 8.6 | | | 32 | 191.5 | 197 | 3.6% | 96.4% | 40.8% |
| Staton | 261.81 | 3 | 9 | 5 | 15 | 22 | 11 | 33 | | 0 | 33 | 109 | 152.81 | 5.5 | | 72 | 26.41 | 29 | -2.59 | | | 29 | 136.5 | 138 | 4.0% | 96.0% | 52.1% |
| Tutwiler | 188.81 | 3 | 17 | 11 | 9 | 12 | 6 | 28 | 2 | 1 | 28 | 103 | 85.81 | 2 | | 54 | 26.4 | 21 | 5.4 | 1 | | 21 | 111 | 124 | 2.6% | 97.4% | 42.4% |
| Ventress | 217.43 | 4 | 7 | 7 | 6 | 16 | 8 | 28 | | 0 | 15 | 75 | 142.43 | 6 | | 48 | 26.3 | 16 | 10.3 | | | 16 | 83.5 | 91 | 6.9% | 93.1% | 62.7% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3138.18 | 29 | 137 | 118 | 172 | 186 | 93 | 424 | 17 | 8.5 | 507 | 1488.5 | 1649.68 | 67 | 4 | 822 | 490.74 | 305 | 185.74 | 4 | 0 | 305 | 1657.5 | 1793.5 | 4.3% | 95.7% | 50.6% |

[1]The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guard ("CSG"), Senior Correctional Security Guard ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.

# Exhibit C

# AMENDED QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT**

**Dated: January 12, 2026**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2025

| Correctional Staffing[1] (Includes CCO, CSG, Sr. CSO, CO, "factored" CO-Hourly, COT, "factored" Part-Time Retirees and Sr. CO) | | | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSO Actual | Sr. CSO Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Factor | Sr. CO Actual | 9/30/25 Actual | Q3 Ending Vacancies | Q3- 2025 Attrition Vol | Q3- 2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 9/30/25 Actual | Q3 Ending Vacancies | Q3- 2025 Attrition Vol | Q3- 2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | 6/30/25 Correctional Staff | 9/30/25 Correctional Staff | Q3- 2025 Turnover Rate | Q3- 2025 Retention Rate | Q3- 2025 Vacancy Rate |
| Bibb | 276.26 | 1 | 19 | 13 | 22 | 8 | 4 | 35 | 1 | 0.5 | 29 | 123.5 | 152.76 | 11 | 4 | 9.5 | 32.5 | 27 | 5.5 | 0 | 0 | 27 | 159.5 | 150.5 | 9.7% | 90.3% | 51.3% |
| Bullock | 278.36 | 2 | 12 | 8 | 6 | 8 | 4 | 12 | 0 | 0 | 28 | 72 | 206.36 | 7.5 | 1 | 44 | 43.81 | 14 | 29.81 | 1 | 0 | 14 | 86.5 | 86 | 11.0% | 89.0% | 73.3% |
| Donaldson | 364.38 | 0 | 16 | 9 | 10 | 15 | 7.5 | 55 | 0 | 0 | 50 | 147.5 | 216.88 | 9 | 4 | 80.5 | 43.6 | 28 | 15.6 | 1 | 0 | 28 | 167.5 | 175.5 | 8.2% | 91.8% | 57.0% |
| Easterling | 210.41 | 3 | 9 | 3 | 3 | 8 | 4 | 10 | 1 | 0.5 | 23 | 55.5 | 154.91 | 7.5 | 1 | 40.5 | 31.4 | 15 | 16.4 | 1 | 0 | 15 | 65 | 70.5 | 14.0% | 86.0% | 70.8% |
| Elmore | 146.85 | 1 | 6 | 5 | 5 | 8 | 4 | 17 | 0 | 0 | 26 | 64 | 82.85 | 5 | 1 | 44 | 36.6 | 21 | 15.6 | 1 | 0 | 21 | 89 | 85 | 8.0% | 92.0% | 53.7% |
| Fountain | 195.31 | 0 | 17 | 6 | 9 | 18 | 9 | 42 | 2 | 1 | 24 | 108 | 87.31 | 4 | 1 | 47 | 39.34 | 15 | 24.34 | 0 | 0 | 15 | 109 | 123 | 4.3% | 95.7% | 47.6% |
| Hamilton | 40.2 | 0 | 0 | 4 | 2 | 2 | 1 | 2 | 0 | 0 | 38 | 47 | -6.8 | 3 | 0 | 44 | 13.2 | 16 | -2.8 | 0 | 0 | 16 | 66 | 63 | 4.7% | 95.3% | -18.0% |
| Holman | 112.95 | 4 | 18 | 4 | 13 | 10 | 5 | 11 | 0 | 0 | 19 | 74 | 38.95 | 0 | 0 | 37 | 30.71 | 16 | 14.71 | 0 | 0 | 16 | 73 | 90 | 0.0% | 100.0% | 37.4% |
| Kilby | 270.3 | 1 | 16 | 6 | 26 | 17 | 8.5 | 33 | 1 | 0.5 | 66 | 157 | 113.3 | 12 | 1 | 94 | 50.7 | 25 | 25.7 | 0 | 0 | 25 | 209 | 182 | 6.6% | 93.4% | 43.3% |
| Limestone | 321.24 | 0 | 14 | 10 | 23 | 23 | 11.5 | 81 | 1 | 0.5 | 62 | 202 | 119.24 | 6 | 0 | 92 | 49.17 | 36 | 13.17 | 0 | 0 | 36 | 219 | 238 | 2.6% | 97.4% | 35.7% |
| St. Clair | 304.18 | 0 | 14 | 16 | 28 | 17 | 8.5 | 48 | 7 | 3.5 | 58 | 176 | 128.18 | 6 | 0 | 99 | 40.6 | 28 | 12.6 | 1 | 0 | 28 | 197 | 204 | 3.5% | 96.5% | 40.8% |
| Staton | 260.03 | 2 | 18 | 4 | 15 | 22 | 11 | 40 | 0 | 0 | 35 | 125 | 135.03 | 4 | 0 | 69 | 26.41 | 30 | -3.59 | 1 | 0 | 30 | 138 | 155 | 3.4% | 96.6% | 45.9% |
| Tutwiler | 188.26 | 3 | 18 | 14 | 19 | 14 | 7 | 38 | 2 | 1 | 29 | 129 | 59.26 | 6 | 1 | 58 | 26.4 | 21 | 5.4 | 0 | 0 | 21 | 124 | 150 | 5.1% | 94.9% | 30.1% |
| Ventress | 221.26 | 3 | 10 | 7 | 7 | 16 | 8 | 25 | 0 | 0 | 15 | 75 | 146.26 | 5 | 3 | 44 | 26.3 | 15 | 11.3 | 0 | 0 | 15 | 91 | 90 | 8.8% | 91.2% | 63.6% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 20 | 187 | 109 | 188 | 186 | 93 | 449 | 15 | 7.5 | 502 | 1555.5 | 1634.49 | 86 | 17 | 802.5 | 490.74 | 307 | 183.74 | 6 | 0 | 307 | 1793.5 | 1862.5 | 6.0% | 94.0% | 49.4% |

[1]The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guard ("CSG"), Senior Correctional Security Guard ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.

# Exhibit D

# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT**

**Dated: March 2, 2026**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING DECEMBER 31, 2025

| Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, "factored" CO-Hourly, COT, "factored" Part-Time Retirees and Sr. CO) | | | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Factor | Sr. CO Actual | 12/31/25 Actual | Q4 Ending Vacancies | Q4-2025 Attrition Vol | Q4-2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 12/31/25 Actual | Q4 Ending Vacancies | Q4-2025 Attrition Vol | Q4-2025 Attrition Inv | Staff with ADOC in Excess of 12 Months | 12/31/25 Correctional Staff | Q4-2025 Turnover Rate | Q4-2025 Retention Rate | Q4-2025 Vacancy Rate |
| Bibb | 276.26 | 1 | 22 | 15 | 18 | 9 | 4.5 | 39 | 1 | 0.5 | 34 | 134 | 142.26 | 7 | 2 | 54 | 32.5 | 28 | 4.5 | 0 | 0 | 28 | 162 | 5.8% | 94.2% | 47.5% |
| Bullock | 278.36 | 1 | 19 | 8 | 5 | 8 | 4 | 17 | 0 | 0 | 29 | 83 | 195.36 | 2 | 1 | 48 | 43.81 | 14 | 29.81 | 1 | 0 | 14 | 97 | 4.4% | 95.6% | 69.9% |
| Donaldson | 364.38 | 0 | 24 | 10 | 18 | 15 | 7.5 | 53 | 0 | 0 | 52 | 164.5 | 199.88 | 5 | 2 | 89.5 | 43.6 | 28 | 15.6 | 0 | 0 | 28 | 192.5 | 3.8% | 96.2% | 52.8% |
| Easterling | 210.41 | 3 | 9 | 4 | 2 | 8 | 4 | 12 | 1 | 0.5 | 25 | 59.5 | 150.91 | 2 | 0 | 40.5 | 31.4 | 15 | 16.4 | 1 | 0 | 15 | 74.5 | 4.1% | 95.9% | 69.2% |
| Elmore | 146.85 | 0 | 10 | 5 | 9 | 8 | 4 | 23 | 0 | 0 | 23 | 74 | 72.85 | 2 | 1 | 40 | 36.6 | 21 | 15.6 | 0 | 1 | 21 | 95 | 4.4% | 95.6% | 48.2% |
| Fountain | 195.31 | 0 | 17 | 6 | 12 | 19 | 9.5 | 52 | 1 | 0.5 | 24 | 121 | 74.31 | 3 | 0 | 52 | 39.34 | 16 | 23.34 | 0 | 0 | 16 | 137 | 2.3% | 97.7% | 41.6% |
| Hamilton | 40.2 | 0 | 0 | 4 | 2 | 2 | 1 | 1 | 0 | 0 | 39 | 47 | -6.8 | 1 | 0 | 45 | 13.2 | 16 | -2.8 | 0 | 0 | 16 | 63 | 1.6% | 98.4% | -18.0% |
| Holman | 112.95 | 4 | 24 | 4 | 9 | 10 | 5 | 13 | 0 | 0 | 23 | 82 | 30.95 | 1 | 1 | 42 | 30.71 | 13 | 17.71 | 0 | 0 | 13 | 95 | 2.2% | 97.8% | 33.9% |
| Kilby | 270.3 | 1 | 22 | 4 | 33 | 16 | 8 | 23 | 1 | 0.5 | 71 | 162.5 | 107.8 | 4 | 1 | 95.5 | 50.7 | 24 | 26.7 | 0 | 0 | 24 | 186.5 | 2.7% | 97.3% | 41.9% |
| Limestone | 321.24 | 0 | 21 | 8 | 27 | 22 | 11 | 80 | 1 | 0.5 | 67 | 214.5 | 106.74 | 10 | 1 | 95.5 | 49.17 | 37 | 12.17 | 2 | 0 | 37 | 251.5 | 5.3% | 94.7% | 32.1% |
| St. Clair | 304.18 | 0 | 25 | 16 | 27 | 18 | 9 | 48 | 6 | 3 | 56 | 184 | 120.18 | 10 | 1 | 95 | 40.6 | 29 | 11.6 | 1 | 0 | 29 | 213 | 5.8% | 94.2% | 38.2% |
| Staton | 260.03 | 2 | 17 | 4 | 23 | 22 | 11 | 38 | 0 | 0 | 38 | 133 | 127.03 | 6 | 0 | 72 | 26.41 | 30 | -3.59 | 1 | 0 | 30 | 163 | 4.4% | 95.6% | 43.1% |
| Tutwiler | 188.26 | 2 | 20 | 13 | 20 | 13 | 6.5 | 38 | 2 | 1 | 29 | 129.5 | 58.76 | 5.5 | 3 | 58.5 | 26.4 | 21 | 5.4 | 1 | 0 | 21 | 150.5 | 6.3% | 93.7% | 29.9% |
| Ventress | 221.26 | 1 | 18 | 7 | 3 | 16 | 8 | 27 | 0 | 0 | 16 | 80 | 141.26 | 6 | 1 | 42 | 26.3 | 15 | 11.3 | 1 | 0 | 15 | 95 | 8.6% | 91.4% | 61.6% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 15 | 248 | 108 | 208 | 186 | 93 | 464 | 13 | 6.5 | 526 | 1668.5 | 1521.49 | 65 | 14 | 869.5 | 490.74 | 307 | 183.74 | 8 | 1 | 307 | 1975.5 | 4.6% | 95.4% | 46.3% |

CONFIDENTIAL

[1]The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guard ("CSG"), Senior Correctional Security Guard ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.