FILED
2026 Oct-20 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Stipulated Admitted Documents**

| U.S. Exhibit Number | Exhibit Description | Bates | Document Filename |
|---|---|---|---|
| U.S. Ex. 16035 | ADOC MSJ Exhibit 012 - January 2019 Monthly Statistical Report | | Exhibit 012 - January 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16036 | ADOC MSJ Exhibit 013 - February 2019 Monthly Statistical Report | | Exhibit 013 - February 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16037 | ADOC MSJ Exhibit 014 - March 2019 Monthly Statistical Report | | Exhibit 014 - March 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16038 | ADOC MSJ Exhibit 015 - April 2019 Monthly Statistical Report | | Exhibit 015 - April 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16039 | ADOC MSJ Exhibit 016 - May 2019 Monthly Statistical Report | | Exhibit 016 - May 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16040 | ADOC MSJ Exhibit 017 - June 2019 Monthly Statistical Report | | Exhibit 017 - June 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16041 | ADOC MSJ Exhibit 018 - July 2019 Monthly Statistical Report | | Exhibit 018 - July 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16042 | ADOC MSJ Exhibit 019 - August 2019 Monthly Statistical Report | | Exhibit 019 - August 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16043 | ADOC MSJ Exhibit 020 - September 2019 Monthly Statistical Report | | Exhibit 020 - September 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16044 | ADOC MSJ Exhibit 021 - October 2019 Monthly Statistical Report | | Exhibit 021 - October 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16045 | ADOC MSJ Exhibit 022 - November 2019 Monthly Statistical Report | | Exhibit 022 - November 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16046 | ADOC MSJ Exhibit 023 - December 2019 Monthly Statistical Report | | Exhibit 023 - December 2019 Monthly Statistical Report.pdf |
| U.S. Ex. 16047 | ADOC MSJ Exhibit 024 - January 2020 Monthly Statistical Report | | Exhibit 024 - January 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16048 | ADOC MSJ Exhibit 025 - February 2020 Monthly Statistical Report | | Exhibit 025 - February 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16049 | ADOC MSJ Exhibit 026 - March 2020 Monthly Statistical Report | | Exhibit 026 - March 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16050 | ADOC MSJ Exhibit 027 - April 2020 Monthly Statistical Report | | Exhibit 027 - April 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16051 | ADOC MSJ Exhibit 028 - May 2020 Monthly Statistical Report | | Exhibit 028 - May 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16052 | ADOC MSJ Exhibit 029 - June 2020 Monthly Statistical Report | | Exhibit 029 - June 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16053 | ADOC MSJ Exhibit 030 - July 2020 Monthly Statistical Report | | Exhibit 030 - July 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16054 | ADOC MSJ Exhibit 031 - August 2020 Monthly Statistical Report | | Exhibit 031 - August 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16055 | ADOC MSJ Exhibit 032 - September 2020 Monthly Statistical Report | | Exhibit 032 - September 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16056 | ADOC MSJ Exhibit 033 - October 2020 Monthly Statistical Report | | Exhibit 033 - October 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16057 | ADOC MSJ Exhibit 034 - November 2020 Monthly Statistical Report | | Exhibit 034 - November 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16058 | ADOC MSJ Exhibit 035 - December 2020 Monthly Statistical Report | | Exhibit 035 - December 2020 Monthly Statistical Report.pdf |
| U.S. Ex. 16059 | ADOC MSJ Exhibit 036 - January 2021 Monthly Statistical Report | | Exhibit 036 - January 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16060 | ADOC MSJ Exhibit 037 - February 2021 Monthly Statistical Report | | Exhibit 037 - February 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16061 | ADOC MSJ Exhibit 038 - March 2021 Monthly Statistical Report | | Exhibit 038 - March 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16062 | ADOC MSJ Exhibit 039 - April 2021 Monthly Statistical Report | | Exhibit 039 - April 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16063 | ADOC MSJ Exhibit 040 - May 2021 Monthly Statistical Report | | Exhibit 040 - May 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16064 | ADOC MSJ Exhibit 041 - June 2021 Monthly Statistical Report | | Exhibit 041 - June 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16065 | ADOC MSJ Exhibit 042 - July 2021 Monthly Statistical Report | | Exhibit 042 - July 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16066 | ADOC MSJ Exhibit 043 - August 2021 Monthly Statistical Report | | Exhibit 043 - August 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16067 | ADOC MSJ Exhibit 044 - September 2021 Monthly Statistical Report | | Exhibit 044 - September 2021 Monthly Statistical Report.pdf |

**Stipulated Admitted Documents**

| U.S. Exhibit Number | Exhibit Description | Bates | Document Filename |
|---|---|---|---|
| U.S. Ex. 16068 | ADOC MSJ Exhibit 045 - October 2021 Monthly Statistical Report | | Exhibit 045 - October 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16069 | ADOC MSJ Exhibit 046 - November 2021 Monthly Statistical Report | | Exhibit 046 - November 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16070 | ADOC MSJ Exhibit 047 - December 2021 Monthly Statistical Report | | Exhibit 047 - December 2021 Monthly Statistical Report.pdf |
| U.S. Ex. 16071 | ADOC MSJ Exhibit 048 - January 2022 Monthly Statistical Report | | Exhibit 048 - January 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16072 | ADOC MSJ Exhibit 049 - February 2022 Monthly Statistical Report | | Exhibit 049 - February 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16073 | ADOC MSJ Exhibit 050 - March 2022 Monthly Statistical Report | | Exhibit 050 - March 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16074 | ADOC MSJ Exhibit 051 - April 2022 Monthly Statistical Report | | Exhibit 051 - April 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16075 | ADOC MSJ Exhibit 052 - May 2022 Monthly Statistical Report | | Exhibit 052 - May 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16076 | ADOC MSJ Exhibit 053 - June 2022 Monthly Statistical Report | | Exhibit 053 - June 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16077 | ADOC MSJ Exhibit 054 - July 2022 Monthly Statistical Report | | Exhibit 054 - July 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16078 | ADOC MSJ Exhibit 055 - August 2022 Monthly Statistical Report | | Exhibit 055 - August 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16079 | ADOC MSJ Exhibit 056 - September 2022 Monthly Statistical Report | | Exhibit 056 - September 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16080 | ADOC MSJ Exhibit 057 - October 2022 Monthly Statistical Report | | Exhibit 057 - October 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16081 | ADOC MSJ Exhibit 058 - November 2022 Monthly Statistical Report | | Exhibit 058 - November 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16082 | ADOC MSJ Exhibit 059 - December 2022 Monthly Statistical Report | | Exhibit 059 - December 2022 Monthly Statistical Report.pdf |
| U.S. Ex. 16083 | ADOC MSJ Exhibit 060 - January 2023 Monthly Statistical Report | | Exhibit 060 - January 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16084 | ADOC MSJ Exhibit 061 - February 2023 Monthly Statistical Report | | Exhibit 061 - February 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16085 | ADOC MSJ Exhibit 062 - March 2023 Monthly Statistical Report | | Exhibit 062 - March 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16086 | ADOC MSJ Exhibit 063 - April 2023 Monthly Statistical Report | | Exhibit 063 - April 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16087 | ADOC MSJ Exhibit 064 - May 2023 Monthly Statistical Report | | Exhibit 064 - May 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16088 | ADOC MSJ Exhibit 065 - June 2023 Monthly Statistical Report | | Exhibit 065 - June 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16089 | ADOC MSJ Exhibit 066 - July 2023 Monthly Statistical Report | | Exhibit 066 - July 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16090 | ADOC MSJ Exhibit 067 - August 2023 Monthly Statistical Report | | Exhibit 067 - August 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16091 | ADOC MSJ Exhibit 068 - September 2023 Monthly Statistical Report | | Exhibit 068 - September 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16092 | ADOC MSJ Exhibit 069 - October 2023 Monthly Statistical Report | | Exhibit 069 - October 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16093 | ADOC MSJ Exhibit 070 - November 2023 Monthly Statistical Report | | Exhibit 070 - November 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16094 | ADOC MSJ Exhibit 071 - December 2023 Monthly Statistical Report | | Exhibit 071 - December 2023 Monthly Statistical Report.pdf |
| U.S. Ex. 16095 | ADOC MSJ Exhibit 072 - January 2024 Monthly Statistical Report | | Exhibit 072 - January 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16096 | ADOC MSJ Exhibit 073 - February 2024 Monthly Statistical Report | | Exhibit 073 - February 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16097 | ADOC MSJ Exhibit 074 - March 2024 Monthly Statistical Report | | Exhibit 074 - March 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16098 | ADOC MSJ Exhibit 075 - April 2024 Monthly Statistical Report | | Exhibit 075 - April 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16099 | ADOC MSJ Exhibit 076 - May 2024 Monthly Statistical Report | | Exhibit 076 - May 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16100 | ADOC MSJ Exhibit 077 - June 2024 Monthly Statistical Report | | Exhibit 077 - June 2024 Monthly Statistical Report.pdf |

**Stipulated Admitted Documents**

| U.S. Exhibit Number | Exhibit Description | Bates | Document Filename |
|---|---|---|---|
| U.S. Ex. 16101 | ADOC MSJ Exhibit 078 - July 2024 Monthly Statistical Report | | Exhibit 078 - July 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16102 | ADOC MSJ Exhibit 079 - August 2024 Monthly Statistical Report | | Exhibit 079 - August 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16103 | ADOC MSJ Exhibit 080 - September 2024 Monthly Statistical Report | | Exhibit 080 - September 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16104 | ADOC MSJ Exhibit 081 - October 2024 Monthly Statistical Report | | Exhibit 081 - October 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16105 | ADOC MSJ Exhibit 082 - November 2024 Monthly Statistical Report | | Exhibit 082 - November 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16106 | ADOC MSJ Exhibit 083 - December 2024 Monthly Statistical Report | | Exhibit 083 - December 2024 Monthly Statistical Report.pdf |
| U.S. Ex. 16229 | ADOC MSJ Exhibit 192 - Administrative Regulation Number 327 - Use of Force – January 27, 2025 (ADOC(DOJ)_4130179-4130192) | ADOC(DOJ)_4130179 | Exhibit 192 - Administrative Regulation Number 327 - Use of Force – January 27, 2025 (ADOC(DOJ)_4130179- |
| U.S. Ex. 16230 | ADOC MSJ Exhibit 193 - ADOC Use of Force Manual (December 2024) (ADOC(DOJ)_4016815-4016842) | ADOC(DOJ)_4016815 | Exhibit 193 - ADOC Use of Force Manual (December 2024) (ADOC(DOJ)_4016815-4016842).pdf |
| U.S. Ex. 16231 | ADOC MSJ Exhibit 194 - Administrative Regulation Number 327 - Use of Force – March 4, 2015 (ADOC(DOJ)_4015642-4015655) | ADOC(DOJ)_4015642 | Exhibit 194 - Administrative Regulation Number 327 - Use of Force – March 4, 2015 (ADOC(DOJ)_4015642-4015655).pdf |
| U.S. Ex. 06416 | Unjustified - ADOC MSJ Exhibit 214 - Use of Force Review Board Report (ADOC(DOJ)_4129362) | ADOC(DOJ)_4129362 | Exhibit 214 - Use of Force Review Board Report (ADOC(DOJ)_4129362).pdf |
| U.S. Ex. 06417 | Unjustified - ADOC MSJ Exhibit 215 - Use of Force Review Board Report (ADOC(DOJ)_4129363-4129364) | ADOC(DOJ)_4129363 | Exhibit 215 - Use of Force Review Board Report (ADOC(DOJ)_4129363-4129364).pdf |
| U.S. Ex. 16250 | ADOC MSJ Exhibit 216 - Use of Force Review Board Report (ADOC(DOJ)_4129365-4129366) | ADOC(DOJ)_4129365 | Exhibit 216 - Use of Force Review Board Report (ADOC(DOJ)_4129365-4129366).pdf |
| U.S. Ex. 05056 | ADOC MSJ Exhibit 217 - Use of Force Review Board Report(ADOC(DOJ)_4129367) - "Justified" | ADOC(DOJ)_4129367 | Exhibit 217 - Use of Force Review Board Report(ADOC(DOJ)_4129367).pdf |
| U.S. Ex. 05057 | ADOC MSJ Exhibit 218 - Use of Force Review Board Report (ADOC(DOJ)_4129368) - "Unsubstantiated" | ADOC(DOJ)_4129368 | Exhibit 218 - Use of Force Review Board Report (ADOC(DOJ)_4129368).pdf |
| U.S. Ex. 05143 | CERT (justified) - ADOC MSJ Exhibit 219 - Use of Force Review Board Report (ADOC(DOJ)_4129369) | ADOC(DOJ)_4129369 | Exhibit 219 - Use of Force Review Board Report (ADOC(DOJ)_4129369).pdf |
| U.S. Ex. 05144 | CERT (justified) - ADOC MSJ Exhibit 220 - Use of Force Review Board Report (ADOC(DOJ)_4129370) | ADOC(DOJ)_4129370 | Exhibit 220 - Use of Force Review Board Report (ADOC(DOJ)_4129370).pdf |
| U.S. Ex. 16251 | ADOC MSJ Exhibit 221 - Use of Force Review Board Report (ADOC(DOJ)_4129371-4129372) | ADOC(DOJ)_4129371 | Exhibit 221 - Use of Force Review Board Report (ADOC(DOJ)_4129371-4129372).pdf |
| U.S. Ex. 16252 | ADOC MSJ Exhibit 222 - Use of Force Review Board Report (ADOC(DOJ)_4129373-4129374) | ADOC(DOJ)_4129373 | Exhibit 222 - Use of Force Review Board Report (ADOC(DOJ)_4129373-4129374).pdf |
| U.S. Ex. 05283 | Inconclusive - ADOC MSJ Exhibit 223 - Use of Force Review Board Report (ADOC(DOJ)_4129375-4129377) | ADOC(DOJ)_4129375 | Exhibit 223 - Use of Force Review Board Report (ADOC(DOJ)_4129375-4129377).pdf |

**Stipulated Admitted Documents**

| U.S. Exhibit Number | Exhibit Description | Bates | Document Filename |
|---|---|---|---|
| U.S. Ex. 06418 | Unjustified - ADOC MSJ Exhibit 224 - Use of Force Review Board Report (ADOC(DOJ)_4129378-4129380) | ADOC(DOJ)_4129378 | Exhibit 224 - Use of Force Review Board Report (ADOC(DOJ)_4129378-4129380).pdf |
| U.S. Ex. 06419 | Unjustified - ADOC MSJ Exhibit 225 - Use of Force Review Board Report (ADOC(DOJ)_4129381-4129383) | ADOC(DOJ)_4129381 | Exhibit 225 - Use of Force Review Board Report (ADOC(DOJ)_4129381-4129383).pdf |
| U.S. Ex. 16253 | ADOC MSJ Exhibit 226 - Use of Force Review Board Report (ADOC(DOJ)_4129384-4129386) | ADOC(DOJ)_4129384 | Exhibit 226 - Use of Force Review Board Report (ADOC(DOJ)_4129384-4129386).pdf |
| U.S. Ex. 16254 | ADOC MSJ Exhibit 227 - Use of Force Review Board Report (ADOC(DOJ)_4129387-4129389) | ADOC(DOJ)_4129387 | Exhibit 227 - Use of Force Review Board Report (ADOC(DOJ)_4129387-4129389).pdf |
| U.S. Ex. 16255 | ADOC MSJ Exhibit 228 - Use of Force Review Board Report (ADOC(DOJ)_4129390-4129391) | ADOC(DOJ)_4129390 | Exhibit 228 - Use of Force Review Board Report (ADOC(DOJ)_4129390-4129391).pdf |
| U.S. Ex. 05284 | Inconclusive - ADOC MSJ Exhibit 229 - Use of Force Review Board Report (ADOC(DOJ)_4129392-4129394) | ADOC(DOJ)_4129392 | Exhibit 229 - Use of Force Review Board Report (ADOC(DOJ)_4129392-4129394).pdf |
| U.S. Ex. 06439 | Unnecessary - ADOC MSJ Exhibit 230 - Use of Force Review Board Report (ADOC(DOJ)_4129395-4129397) | ADOC(DOJ)_4129395 | Exhibit 230 - Use of Force Review Board Report (ADOC(DOJ)_4129395-4129397).pdf |
| U.S. Ex. 05285 | Inconclusive - ADOC MSJ Exhibit 231 - Use of Force Review Board Report (ADOC(DOJ)_4129398-4129400) | ADOC(DOJ)_4129398 | Exhibit 231 - Use of Force Review Board Report (ADOC(DOJ)_4129398-4129400).pdf |
| U.S. Ex. 06440 | Unnecessary - ADOC MSJ Exhibit 232 - Use of Force Review Board Report (ADOC(DOJ)_4129401-4129403) | ADOC(DOJ)_4129401 | Exhibit 232 - Use of Force Review Board Report (ADOC(DOJ)_4129401-4129403).pdf |
| U.S. Ex. 05286 | Inconclusive - ADOC MSJ Exhibit 233 - Use of Force Review Board Report (ADOC(DOJ)_4129404-4129406) | ADOC(DOJ)_4129404 | Exhibit 233 - Use of Force Review Board Report (ADOC(DOJ)_4129404-4129406).pdf |
| U.S. Ex. 16256 | ADOC MSJ Exhibit 234 - Use of Force Review Board Report (ADOC(DOJ)_4129407-4129409) | ADOC(DOJ)_4129407 | Exhibit 234 - Use of Force Review Board Report (ADOC(DOJ)_4129407-4129409).pdf |
| U.S. Ex. 06441 | Unnecessary - ADOC MSJ Exhibit 235 - Use of Force Review Board Report (ADOC(DOJ)_4129410-4129412) | ADOC(DOJ)_4129410 | Exhibit 235 - Use of Force Review Board Report (ADOC(DOJ)_4129410-4129412).pdf |
| U.S. Ex. 05287 | Inconclusive - ADOC MSJ Exhibit 236 - Use of Force Review Board Report (ADOC(DOJ)_4129413-4129415) | ADOC(DOJ)_4129413 | Exhibit 236 - Use of Force Review Board Report (ADOC(DOJ)_4129413-4129415).pdf |
| U.S. Ex. 16257 | ADOC MSJ Exhibit 237 - Use of Force Review Board Report (ADOC(DOJ)_4129416-4129417) | ADOC(DOJ)_4129416 | Exhibit 237 - Use of Force Review Board Report (ADOC(DOJ)_4129416-4129417).pdf |
| U.S. Ex. 06420 | Unjustified - ADOC MSJ Exhibit 238 - Use of Force Review Board Report (ADOC(DOJ)_4129418-4129419) | ADOC(DOJ)_4129418 | Exhibit 238 - Use of Force Review Board Report (ADOC(DOJ)_4129418-4129419).pdf |
| U.S. Ex. 16258 | ADOC MSJ Exhibit 239 - Use of Force Review Board Report (ADOC(DOJ)_4129420-4129421) | ADOC(DOJ)_4129420 | Exhibit 239 - Use of Force Review Board Report (ADOC(DOJ)_4129420-4129421).pdf |

**Stipulated Admitted Documents**

| U.S. Exhibit Number | Exhibit Description | Bates | Document Filename |
|---|---|---|---|
| U.S. Ex. 16259 | ADOC MSJ Exhibit 240 - Use of Force Review Board Report (ADOC(DOJ)_4129422-4129423) | ADOC(DOJ)_4129422 | Exhibit 240 - Use of Force Review Board Report (ADOC(DOJ)_4129422-4129423).pdf |
| U.S. Ex. 06421 | Unjustified - ADOC MSJ Exhibit 241 - Use of Force Review Board Report (ADOC(DOJ)_4129424-4129426) | ADOC(DOJ)_4129424 | Exhibit 241 - Use of Force Review Board Report (ADOC(DOJ)_4129424-4129426).pdf |
| U.S. Ex. 16260 | ADOC MSJ Exhibit 242 - Use of Force Review Board Report (ADOC(DOJ)_4129427-4129429) | ADOC(DOJ)_4129427 | Exhibit 242 - Use of Force Review Board Report (ADOC(DOJ)_4129427-4129429).pdf |
| U.S. Ex. 06422 | Unjustified - ADOC MSJ Exhibit 243 - Use of Force Review Board Report (ADOC(DOJ)_4129430-4129431) | ADOC(DOJ)_4129430 | Exhibit 243 - Use of Force Review Board Report (ADOC(DOJ)_4129430-4129431).pdf |
| U.S. Ex. 06423 | Unjustified - ADOC MSJ Exhibit 244 - Use of Force Review Board Report (ADOC(DOJ)_4129432-4129434) | ADOC(DOJ)_4129432 | Exhibit 244 - Use of Force Review Board Report (ADOC(DOJ)_4129432-4129434).pdf |
| U.S. Ex. 06424 | Unjustified - ADOC MSJ Exhibit 245 - Use of Force Review Board Report (ADOC(DOJ)_4129435-4129437) | ADOC(DOJ)_4129435 | Exhibit 245 - Use of Force Review Board Report (ADOC(DOJ)_4129435-4129437).pdf |
| U.S. Ex. 05288 | Inconclusive - ADOC MSJ Exhibit 246 - Use of Force Review Board Report (ADOC(DOJ)_4129438-4129439) | ADOC(DOJ)_4129438 | Exhibit 246 - Use of Force Review Board Report (ADOC(DOJ)_4129438-4129439).pdf |
| U.S. Ex. 06425 | Unjustified - ADOC MSJ Exhibit 247 - Use of Force Review Board Report (ADOC(DOJ)_4129440-4129441) | ADOC(DOJ)_4129440 | Exhibit 247 - Use of Force Review Board Report (ADOC(DOJ)_4129440-4129441).pdf |
| U.S. Ex. 16261 | ADOC MSJ Exhibit 248 - Use of Force Review Board Report (ADOC(DOJ)_4129442-4129443) | ADOC(DOJ)_4129442 | Exhibit 248 - Use of Force Review Board Report (ADOC(DOJ)_4129442-4129443).pdf |
| U.S. Ex. 06426 | Unjustified - ADOC MSJ Exhibit 249 - Use of Force Review Board Report (ADOC(DOJ)_4129444-4129446) | ADOC(DOJ)_4129444 | Exhibit 249 - Use of Force Review Board Report (ADOC(DOJ)_4129444-4129446).pdf |
| U.S. Ex. 06427 | Unjustified - ADOC MSJ Exhibit 250 - Use of Force Review Board Report (ADOC(DOJ)_4129447-4129449) | ADOC(DOJ)_4129447 | Exhibit 250 - Use of Force Review Board Report (ADOC(DOJ)_4129447-4129449).pdf |
| U.S. Ex. 06428 | Unjustified - ADOC MSJ Exhibit 251 - Use of Force Review Board Report (ADOC(DOJ)_4129450-4129451) | ADOC(DOJ)_4129450 | Exhibit 251 - Use of Force Review Board Report (ADOC(DOJ)_4129450-4129451).pdf |
| U.S. Ex. 06429 | Unjustified - ADOC MSJ Exhibit 252 - Use of Force Review Board Report (ADOC(DOJ)_4129452-4129455) | ADOC(DOJ)_4129452 | Exhibit 252 - Use of Force Review Board Report (ADOC(DOJ)_4129452-4129455).pdf |
| U.S. Ex. 06430 | Unjustified - ADOC MSJ Exhibit 253 - Use of Force Review Board Report (ADOC(DOJ)_4129456-4129457) | ADOC(DOJ)_4129456 | Exhibit 253 - Use of Force Review Board Report (ADOC(DOJ)_4129456-4129457).pdf |
| U.S. Ex. 06431 | Unjustified - ADOC MSJ Exhibit 254 - Use of Force Review Board Report (ADOC(DOJ)_4129458-4129459) | ADOC(DOJ)_4129458 | Exhibit 254 - Use of Force Review Board Report (ADOC(DOJ)_4129458-4129459).pdf |
| U.S. Ex. 05396 | Justified but Reprimanded - ADOC MSJ Exhibit 255 - Use of Force Review Board Report (ADOC(DOJ)_4129460-4129461) | ADOC(DOJ)_4129460 | Exhibit 255 - Use of Force Review Board Report (ADOC(DOJ)_4129460-4129461).pdf |

**Stipulated Admitted Documents**

| U.S. Exhibit Number | Exhibit Description | Bates | Document Filename |
|---|---|---|---|
| U.S. Ex. 16262 | ADOC MSJ Exhibit 256 - Use of Force Review Board Report (ADOC(DOJ)_4129462) | ADOC(DOJ)_4129462 | Exhibit 256 - Use of Force Review Board Report (ADOC(DOJ)_4129462).pdf |
| U.S. Ex. 05395 | Justified - ADOC MSJ Exhibit 257 - Use of Force Review Board Report (ADOC(DOJ)_4129463-4129464) | ADOC(DOJ)_4129463 | Exhibit 257 - Use of Force Review Board Report (ADOC(DOJ)_4129463-4129464).pdf |
| U.S. Ex. 06432 | Unjustified - ADOC MSJ Exhibit 258 - Use of Force Review Board Report (ADOC(DOJ)_4129465-4129466) | ADOC(DOJ)_4129465 | Exhibit 258 - Use of Force Review Board Report (ADOC(DOJ)_4129465-4129466).pdf |
| U.S. Ex. 06433 | Unjustified - ADOC MSJ Exhibit 259 - Use of Force Review Board Report (ADOC(DOJ)_4129467-4129468) | ADOC(DOJ)_4129467 | Exhibit 259 - Use of Force Review Board Report (ADOC(DOJ)_4129467-4129468).pdf |
| U.S. Ex. 06434 | Unjustified - ADOC MSJ Exhibit 260 - Use of Force Review Board Report (ADOC(DOJ)_4129469-4129470) | ADOC(DOJ)_4129469 | Exhibit 260 - Use of Force Review Board Report (ADOC(DOJ)_4129469-4129470).pdf |
| U.S. Ex. 06435 | Unjustified - ADOC MSJ Exhibit 261 - Use of Force Review Board Report (ADOC(DOJ)_4129471-4129472 | ADOC(DOJ)_4129471 | Exhibit 261 - Use of Force Review Board Report (ADOC(DOJ)_4129471-4129472).pdf |
| U.S. Ex. 16263 | ADOC MSJ Exhibit 262 - Use of Force Review Board Report (ADOC(DOJ)_4129473) | ADOC(DOJ)_4129473 | Exhibit 262 - Use of Force Review Board Report (ADOC(DOJ)_4129473).pdf |
| U.S. Ex. 16264 | ADOC MSJ Exhibit 263 - Use of Force Review Board Report (ADOC(DOJ)_4129474) | ADOC(DOJ)_4129474 | Exhibit 263 - Use of Force Review Board Report (ADOC(DOJ)_4129474).pdf |
| U.S. Ex. 06436 | Unjustified - ADOC MSJ Exhibit 264 - Use of Force Review Board Report (ADOC(DOJ)_4129475) | ADOC(DOJ)_4129475 | Exhibit 264 - Use of Force Review Board Report (ADOC(DOJ)_4129475).pdf |
| U.S. Ex. 16265 | ADOC MSJ Exhibit 265 - Use of Force Review Board Report (ADOC(DOJ)_4129476-4129477) | ADOC(DOJ)_4129476 | Exhibit 265 - Use of Force Review Board Report (ADOC(DOJ)_4129476-4129477).pdf |
| U.S. Ex. 16266 | ADOC MSJ Exhibit 266 - Use of Force Review Board Report (ADOC(DOJ)_4129478-4129479) | ADOC(DOJ)_4129478 | Exhibit 266 - Use of Force Review Board Report (ADOC(DOJ)_4129478-4129479).pdf |