FILED
2026 Nov-11 PM 08:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 2:20-cv-01971-HDM** |
| | **)** | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

# NOTICE OF CONFLICT

Defendants, the State of Alabama ("Alabama") and Alabama Department of Corrections ("ADOC," and together with Alabama, the "State") by and through undersigned counsel, respectfully moves this Court to continue the presently set hearing, currently set for November 20, 2026, and gives notice of a scheduling conflict. The State offers the following in support of this motion:

1. On April 23, 2026, the Court set a hearing on all motions *in limine*, including any outstanding *Daubert* motions, for November 20, 2026, at 1:00 p.m. (Doc. 304).

2. Subsequently, the State filed a Motion to Strike Plaintiff's Seventh Amended Disclosures and Supplemental Expert Report. (Doc. 428). The Court

entered an Order setting the State's Motion for oral argument during the previously set motion *in limine* hearing. (Doc. 430).

3. Following the pre-trial conference, on November 2, 2026, the Court adjusted the start time of the motion *in limine* hearing to 10:00 a.m. on the same day (November 20, 2026). (Doc. 463).

4. On November 4, 2026, the Parties filed fifteen motions *in limine* (collectively, the "Motions *in Limine*"). (Docs. 467-481).

5. Counsel for the State remain available to attend the hearing on the Motions *in Limine* at the Court's original setting of 1:00 p.m. The Court's adjusted 10:00 a.m. time for the November 30, 2026, hearing conflicts with a previously scheduled telephone conference in Carty, *et al.* v. Bryan, *et al.*, In the United States District Court for the Virgin Islands, Division of St. Thomas and St. John; Case No. 3:94-cv-0078. On July 30, 2026, the Carty court scheduled the status conference for November 20, 2026, beginning at 11:00 a.m. Atlantic Time (i.e., 9:00 a.m. Central Time). (Carty Doc. 1654). The Carty conference concerns the status of monitoring and compliance under a longstanding Settlement Agreement and the resolution of disputes involving five individual monitoring reports.

6. Upon the Court setting the motion *in limine* hearing, undersigned counsel submitted a Notice Regarding Scheduling Conflict and Time Constraint for November Status Conference requesting the Carty court consider the undersigned's

conflict in scheduling the November 20, 2026, status conference in a manner that will permit counsel to participate in both proceedings. (Carty Doc. 1656). Undersigned counsel did not request a continuance of the Carty conference in order to prevent a potential rescheduling resulting in conflicts with the commencement of trial in this matter.

7. Several members of the undersigned counsel's legal team also serve as counsel of record in Carty, and their attendance and substantive participation in the November 20, 2026, conference are necessary to address the disputed monitoring reports and the matters presently before the Carty court.

8. Maintaining the Court's original 1:00 p.m. setting would permit counsel to discharge their obligations in both proceedings without materially compromising their representation in either matter. The Carty conference will involve consideration of disputed expert monitoring reports addressing institutional operations, staffing, policies, and training, based upon extensive monitoring activities, documentary reviews, and facility inspections conducted over a period of several months. Similarly, the hearing on the Motions *in Limine* involves fifteen separate motions presenting evidentiary issues bearing directly upon the presentation of proof at the forthcoming trial. Conducting the hearing at the proposed earlier time would require counsel either to withdraw from the Carty conference before the disputed monitoring matters have been fully addressed or to divide counsel's legal

team between simultaneous proceedings, thereby depriving one or both courts of the participation of counsel principally responsible for preparing and presenting the matters at issue.

9. Thus, the State respectfully requests the Court return the motion *in limine* hearing to its previously scheduled time of 1:00 p.m. to permit undersigned counsel to participate in both proceedings.

Dated: November 11, 2026

/s/ *William R. Lunsford*
William R. Lunsford
*One of the Attorneys for the State*


William R. Lunsford
Lynette E. Potter
Daniel J. Chism
Megan M. Everett
Sonia M. Lazaro
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
lynette.potter@butlersnow.com
daniel.chism@butlersnow.com
megan.everett@butlersnow.com
sonia.lazaro@butlersnow.com

John R. Alford, Jr.
**BUTLER SNOW LLP**
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203

Telephone: (205) 297-2200
Facsimile: (205) 297-2201
john.alford@butlersnow.com

Will R. Allen
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
will.allen@butlersnow.com

Keith J. Fernandez
George Wright
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com
george.wright@butlersnow.com

Michael B. Beers
**BUTLER SNOW LLP**
250 Commerce Street
Suite 100
Montgomery, AL 36104
Telephone: (334) 832-2905
Facsimile: (334) 832-2901
mike.beers@butlersnow.com

Anne A. Hill
**OFFICE OF THE ATTORNEY GENERAL**
Criminal Appeals Division
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300

Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 11th day of November, 2026:

Ashley N. Light
Eileen Ulate
Matthew J. Donnelly
Cristina Gamondi
Julia Z. Haller
Patricia Nation
Joshua C. Bachman
Elena David
Ben Luo
Richard C. Goemann
**UNITED STATES**
**DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 705-8762
ashley.light@usdoj.gov
natasha-eileen.ulate@usdoj.gov
matthew.donnelly@usdoj.gov
cristina.gamondi@usdoj.gov
julia.haller@usdoj.gov
patricia.nation@usdoj.gov
joshua.bachman@usdoj.gov
elena.bendavid@usdoj.gov
ben.luo@usdoj.gov
richard.goemann@usdoj.gov

Carla Ward
Jason R. Cheek
Grace J. Posey
Praveen Krishna
Don B. Long III
Alex LaGanke
**UNITED STATES ATTORNEY'S OFFICE**
1801 4th Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2185
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
grace.posey@usdoj.gov
praveen.krishna@usdoj.gov
don.long2@usdoj.gov
alex.laganke@usdoj.gov

*/s/ William R. Lunsford*
Of Counsel