FILED
2026 Nov-17 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-01971-HDM** |
| | ) | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## THE UNITED STATES' SUPPLEMENTAL EXHIBIT LIST

Pursuant to this Court's Order, Doc. 490, the United States hereby supplements its Exhibit List, Doc. 445, and gives notice that it may present the exhibits included in the attached Addendum at trial.

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

CARLA C. WARD
Deputy Civil Chief

JASON R. CHEEK
Chief, Civil Division

*s/ Grace J. Posey*
GRACE J. POSEY
ALEX MCKENZIE LAGANKE
DON B. LONG III
PRAVEEN KRISHNA
Assistant United States Attorneys
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2185
carla.ward@usdoj.gov

ASHLEY LIGHT
EILEEN ULATE
MATTHEW J. DONNELLY
RICHARD CHARLES GOEMANN
CRISTINA GAMONDI
JULIA Z. HALLER
PATRICIA NATION
JOSHUA BACHMAN
ELENA BEN DAVID
BEN LUO
KEVIN MAWYER
Trial Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 718-2258
ashley.light@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Grace J. Posey*
GRACE J. POSEY
Attorney for the United States