FILED
2026 Nov-20 PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-cv-01971-HDM** |
| | ) | |
| **STATE OF ALABAMA and ALABAMA DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THE STATE'S OBJECTIONS TO**
**PLAINTIFF'S EXHIBIT LIST ADDENDUM**

Defendants the State of Alabama ("Alabama") and Alabama Department of Corrections ("ADOC," and together with Alabama, the "State") hereby submit their objections to Plaintiff United States' ("Plaintiff's") Exhibit List Addendum (Doc. 504). The accompanying exhibit-by-exhibit spreadsheet, attached hereto as **Exhibit A**, identifies the exhibits and grounds for objection. The State reserves the right to amend or modify any of the objections set forth on **Exhibit A** on the basis of any additional stipulation by the parties; revisions or other modifications to the underlying exhibits; any order from the Court on any outstanding or upcoming motion; and any ruling from the Court impacting admissibility. The State continues to meet and confer with Plaintiff for the purpose of submitting joint exhibits at the outset of the trial of this matter.

The State preserves objections based on lack of relevance, unfair prejudice, confusion of the issues, foundation, inadmissible hearsay, needlessly cumulative evidence, inadequate authentication, attorney-client privilege, work-product protection, and other such objections contemplated by the Federal Rules of Civil Procedure. FED. R. EVID. 401–403, 602, 611(a), 802, 805 901; FED. R. CIV. P. 26(a), 26(e), 37(c)(1). Any references to "rules" within **Exhibit A** refer to the Federal Rule of Evidence unless otherwise noted. The State requests appropriate pretrial resolution of disputed exhibits that the parties are unable to resolve. The State maintains the right to assert objections to specific questions and exhibits as they arise.

Dated: November 20, 2026

/s/ *Lynette E. Potter*
Lynette E. Potter
*One of the Attorneys for the State*

William R. Lunsford
Lynette E. Potter
Daniel J. Chism
Megan M. Everett
Sonia M. Lazaro
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
lynette.potter@butlersnow.com
daniel.chism@butlersnow.com

megan.everett@butlersnow.com
sonia.lazaro@butlersnow.com

John R. Alford, Jr.
**BUTLER SNOW LLP**
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
Telephone: (205) 297-2200
Facsimile: (205) 297-2201
john.alford@butlersnow.com

Will R. Allen
**BUTLER SNOW LLP**
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
will.allen@butlersnow.com

Keith J. Fernandez
George Wright
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com
george.wright@butlersnow.com

Michael B. Beers
**BUTLER SNOW LLP**
250 Commerce Street
Suite 100
Montgomery, AL 36104
Telephone: (334) 832-2905
Facsimile: (334) 832-2901
mike.beers@butlersnow.com

Anne A. Hill
**OFFICE OF THE ATTORNEY GENERAL**
Criminal Appeals Division
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
anne.Hill@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 20th day of November, 2026:

Ashley N. Light
Eileen Ulate
Matthew J. Donnelly
Cristina Gamondi
Julia Z. Haller
Patricia Nation
Joshua C. Bachman
Elena David
Ben Luo
Richard C. Goemann
Kevin E. Mawyer II
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 705-8762
ashley.light@usdoj.gov
natasha-eileen.ulate@usdoj.gov
matthew.donnelly@usdoj.gov
cristina.gamondi@usdoj.gov
julia.haller@usdoj.gov
patricia.nation@usdoj.gov
joshua.bachman@usdoj.gov
elena.bendavid@usdoj.gov
ben.luo@usdoj.gov
richard.goemann@usdoj.gov
kevin.mawyer@usdoj.gov

Carla Ward
Jason R. Cheek
Grace J. Posey
Praveen Krishna
Don B. Long III
Alex LaGanke
**UNITED STATES ATTORNEY'S OFFICE**
1801 4th Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2185
carla.ward@usdoj.gov
jason.cheek@usdoj.gov
grace.posey@usdoj.gov
praveen.krishna@usdoj.gov
don.long2@usdoj.gov
alex.laganke@usdoj.gov

*/s/ Lynette E. Potter*
Of Counsel