FILED
2026 Nov-23 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**STATE OF ALABAMA, *et al.*,**

**Defendants.**

**Case No. 2:20-cv-1971-HDM**

# ORDER

The United States moved in limine to exclude Sean T. Stewart's expert report and testimony, (doc. 471); Robert Carter's expert report and testimony, (doc. 473); Kathleen P. Lane's expert report and testimony, (doc. 474); and Mary Ila Ward's expert report and testimony, (doc. 475). The State moved in limine to exclude or limit Michelle Bonner's expert testimony, (doc. 477), and Martin Horn's expert testimony, (doc. 478).

Upon consideration of the briefing and the entire record, and with the benefit of oral argument, the court **RESERVES RULING** on these motions. The parties have leave to raise timely objections at trial when any expert witness is called. Each expert will first be qualified and subjected to appropriate voir dire upon request of any party.

**DONE** and **ORDERED** November 23, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE